UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Alexander Fleiss,
*Individually and on behalf of all others similarly situated*

                Plaintiff,

-against-

Optionable, Inc., Mark Nordlicht, Kevin Cassidy, Edward J. O'Connor, Albert Helmig and Marc Andre Boisseau

                Defendants.

Case No.: 07 – 03753 LAK (MHD)

**NOTICE OF APPEARANCE**

---

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendant Kevin Cassidy in the above-captioned matter.

*/s/ Lawrence R. Gelber*
Lawrence R. Gelber Attorney at Law
The Vanderbilt Plaza
34 Plaza Street – Suite 1107
Brooklyn, New York 11238
(718) 638 2383 / (917) 992-3596
Fax: (718) 857 9339
Email: GelberLaw@aol.com

Dated:    Brooklyn, New York
            May 15, 2007

## CERTIFICATE OF SERVICE

, Lawrence R. Gelber, an attorney duly admitted to practice in the courts of the state of New York, including the United States District Court for the Southern District of New York, do hereby affirm and certify, that on Tuesday, May 15, 2007, served a copy of the foregoing Notice of Appearance by regular mail to:

**Lewis Stephen Kahn**
Kahn, Gauthier Law Group, L.L.C
650 Poydras Street.
Suite 2150
New Orleans, Louisiana 70130

**Kim Elaine Miller**
Kahn Gauthier Swick LLC
114 East 39th Street
New York, New York 10016


Dated:      Brooklyn, New York
            May 15, 2007

                                        _____
                                        Lawrence R. Gelber
                                        Attorney at Law