UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER FLEISS, Individually and on behalf of others similarly situated,

     *Plaintiff,*

vs.

OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,

     *Defendants.*

Case No. 07-CV-3753 (LAK)

**ECF Case**

---

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
   May 18, 2007

            LOWEY DANNENBERG BEMPORAD
             SELINGER & COHEN, P.C.

            By: /S/_____
              Richard W. Cohen (RC-5220)
              Geoffrey M. Horn (GH-4179)
              Scott V. Papp (SP-6005)
            White Plains Plaza
            One North Broadway, 5th Floor
            White Plains, New York 10601
            Telephone: 914-997-0500
            Facsimile: 914-997-0035
            rcohen@lowey.com
            ghorn@lowey.com
            spapp@lowey.com

            *Attorneys for Defendant Optionable, Inc.*