UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER FLEISS, Individually and on behalf of others similarly situated,

           *Plaintiff,*

vs.

OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,

           *Defendants.*

Case No. 07-CV-3753 (LAK)

**ECF Case**

---

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
      May 21, 2007

                              LOWEY DANNENBERG BEMPORAD
                                SELINGER & COHEN, P.C.

By: _____
                                Geoffrey M. Horn (GH-4179)
White Plains Plaza
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:   914-997-0500
Facsimile:    914-997-0035
ghorn@lowey.com

*Attorneys for Defendant Optionable, Inc.*