UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER FLEISS, Individually and on
behalf of others similarly situated,

               *Plaintiff,*

      vs.

OPTIONABLE, INC., MARK NORDLICHT,
KEVIN CASSIDY, EDWARD J. O'CONNOR,
ALBERT HELMIG, and MARC-ANDRE
BOISSEAU,

               *Defendants.*

Case No. 07-CV-3753 (LAK)

**ECF Case**

---

## NOTICE OF APPEARANCE

    Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for

**Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon

such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 21, 2007

                              LOWEY DANNENBERG BEMPORAD
                               SELINGER & COHEN, P.C.

                    By: _____
                        Scott Vincent Papp (SP-6005)
                  White Plains Plaza
                  One North Broadway, 5th Floor
                  White Plains, New York 10601
                  Telephone:     914-997-0500
                  Facsimile:      914-997-0035
                  spapp@lowey.com

                  *Attorneys for Defendant Optionable, Inc.*