```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/08
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re OPTIONABLE, INC. SECURITIES LITIGATION

-----------------------------------------------------------X

07 CIVIL 3753 (LAK)

**JUDGMENT**

Plaintiffs having moved to lift the PSLRA discovery stay in order to permit it to seek discovery of the so-called Deloitte report, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on October 20, 2008, having rendered its Memorandum and Order denying plaintiffs' motion in all respects and as plaintiffs have not moved for leave to amend, directing the Clerk to enter final judgment of dismissal, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 20, 2008, plaintiffs' motion is denied in all respects and as plaintiffs have not moved for leave to amend, a final judgment of dismissal is entered.

**Dated:** New York, New York
October 23, 2008

**J. MICHAEL McMAHON**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____