UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>   Defendants. | Case No. 07-CV-3753 (LAK)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Connell Foley LLP hereby appears as counsel for **Defendant Albert Helmig**, and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated:  New York, New York
   May 25, 2007

               CONNELL FOLEY LLP

               By: */s/ Peter J. Pizzi*
                 Peter J. Pizzi  (PP 6500)
               888 Seventh Avenue
               New York, NY  10106
               Telephone: (212) 262-2390
               Facsimile:   (212) 262-3118
               ppizzi@connellfoley.com

               Attorneys for Defendant
               Albert Helmig

1837283-01