UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually and on behalf of others similarly situated,<br>　　　　　　*Plaintiff,*<br><br>vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>　　　　　　*Defendants.* | Case No. 07-CV-3753 (LAK)<br><br>ECF Case |
| EDWARD PETERS, Individually and on behalf of others similarly situated,<br>　　　　　　*Plaintiff,*<br><br>vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>　　　　　　*Defendants.* | Case No. 07-CV-3877 (LAK)<br><br>ECF Case<br><br>[RELATED ACTION] |
| JAGDISH PATEL, on behalf of himself and all others similarly situated,<br>　　　　　　*Plaintiff,*<br><br>vs.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,<br>　　　　　　*Defendants.* | Case No. 07-CV-3845 (LAK)<br><br>ECF Case<br><br>[RELATED ACTION] |

### NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC.

PLEASE TAKE NOTICE that Pursuant to Local Civil Rule 1.4 and the attached affidavit of Richard W. Cohen, sworn to on May 31, 2007 (attached hereto as Exhibit "A"), the firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. (the "LDBSC") hereby moves this Court,

before the Honorable Lewis A. Kaplan, at the U.S. District Court for the Southern District of New York, located at 500 Pearl Street, New York, N.Y. 10007, Courtroom 12D, for an order permitting LDBSC to withdraw as counsel for Defendant Optionable, Inc. on the grounds that Defendant Optionable, Inc. has chosen to engage other counsel to defend it in the above-entitled related actions.

PLEASE TAKE FURTHER NOTICE that, if necessary, the time and date of this motion will be set by the parties or the Court.

Dated: White Plains, New York
       May 31, 2007

                                        LOWEY DANNENBERG BEMPORAD
                                        SELINGER & COHEN, P.C.

                                        By: /s/ Richard W. Cohen
                                            Richard W. Cohen (RC-5220)
                                        Geoffrey M. Horn (GH-4179)
                                        Scott V. Papp (SP-6005)
                                        White Plains Plaza
                                        One North Broadway, 5th Floor
                                        White Plains, New York 10601
                                        Telephone:   914-997-0500
                                        Facsimile:   914-997-0035

## CERTIFICATE OF SERVICE

On June 1, 2007, I caused to be served by United States First Class Mail, a true and correct copy of the NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC., on the following parties:

Optionable, Inc.
465 Columbus Avenue
Suite 280
Valhalla, NY 10595

Marc-Andre Boisseau
c/o Optionable, Inc.
465 Columbus Avenue
Suite 280
Valhalla, NY 10595

Peter Joseph Pizzi           *Representing Albert Helmig*
Connell Foley LLP
888 7th Avenue
New York City, NY 10106
Email: ppizzi@connellfoley.com

Alan Lewis                   *Representing Edward J. O'Connor*
Carter Ledyard & Milburn, LLP
2 Wall Street
NY, NY 10005
lewis@clm.com

Lawrence R. Gelber           *Representing Kevin P. Cassidy*
34 Plaza Street East
Brooklyn, NY 11238
Email: gelberlaw@aol.com

| | |
|---|---|
| Kim Elaine Miller<br>Kahn Gauthier Swick LLC<br>114 East 39th Street<br>New York, NY 10016<br>Email: kimmiller225@yahoo.com | *Representing Plaintiff Alexander Fleiss* |
| Lewis Stephen Kahn<br>Kahn, Gauthier Law Group, L.L.C.<br>650 Poydras St., Suite 2150<br>New Orleans, LA 70130 | *Representing Plaintiff Alexander Fleiss* |
| Evan J Smith<br>Brodsky & Smith, L.L.C.<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Email: esmith@brodsky-smith.com | *Representing Plaintiff Edward Peters* |
| Ronen Sarraf<br>Sarraf Gentile, LLP<br>485 Seventh Avenue<br>New York, NY 10018<br>Email: ronen@sarrafgentile.com | *Representing Plaintiff Jagdish Patel* |

*/s/ Scott V. Papp*
_____
SCOTT V. PAPP