UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually and on behalf of others similarly situated,<br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　　vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>　　　　　　　　　*Defendants.* | Case No. 07-CV-3753 (LAK)<br><br>ECF Case |
| EDWARD PETERS, Individually and on behalf of others similarly situated,<br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　　vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>　　　　　　　　　*Defendants.* | Case No. 07-CV-3877 (LAK)<br><br>ECF Case<br><br>[RELATED ACTION] |
| JAGDISH PATEL, on behalf of himself and all others similarly situated,<br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　　vs.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,<br>　　　　　　　　　*Defendants.* | Case No. 07-CV-3845 (LAK)<br><br>ECF Case<br><br>[RELATED ACTION] |

### [PROPOSED] ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC.

WHEREAS Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC") moved this Court for an order permitting LDBSC to withdraw as counsel for Defendant Optionable, Inc.

in each of the above-entitled related actions on May 31, 2007 based on Defendant Optionable, Inc.'s decision to retain other counsel;

IT IS ORDERED, ADJUDGED AND DECREED, that the motion of LDBSC to withdraw as counsel for Defendant Optionable, Inc. is granted.

SO ORDERED:

_____    _____
U.S.D.C.J.                        DATED