Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     tkinzler@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>OPTIONABLE INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG and MARC-ANDRE BOISSEAU,<br><br>                    Defendants. | No. 07 Civ. 3753 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

         PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Thomas B. Kinzler, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

        Thomas B. Kinzler
        Kelley Drye & Warren LLP
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile:  (212) 808-7897
        E-mail:     tkinzler@kelleydrye.com


Dated: June 15, 2007        Respectfully submitted,

        KELLEY DRYE & WARREN LLP


        By:      /s/ Thomas B. Kinzler
        Thomas B. Kinzler
        Kelley Drye & Warren LLP
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile:  (212) 808-7897
        E-mail:     tkinzler@kelleydrye.com

        *Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>OPTIONABLE INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG and MARC-ANDRE BOISSEAU,<br><br>        Defendants. | No. 07 Civ. 3753 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                   KELLEY DRYE & WARREN LLP

                   By:   /s/ Thomas B. Kinzler
                     Thomas B. Kinzler
                     101 Park Avenue
                     New York, NY 10178
                     Telephone: (212) 808-7800
                     Facsimile:  (212) 808-7897
                     E-mail:  tkinzler@kelleydrye.com

                   *Counsel for Defendant Optionable, Inc.*