Kevin J. Smith
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:      ksmith@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually And On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    vs.<br><br>OPTIONABLE INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG and MARC-ANDRE BOISSEAU,<br><br>               Defendants. | No. 07 Civ. 3753 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

        PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley

Drye & Warren LLP and Kevin J. Smith, an associate at the firm, admitted to practice in this

District and a member in good standing of this Court, will be representing and appearing on

behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to

be served in this action should also be served on Defendant through counsel as follows:

Kevin J. Smith
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     ksmith@kelleydrye.com

Dated: June 15, 2007                    Respectfully submitted,

                                        KELLEY DRYE & WARREN LLP


                                        By:_____/s/ Kevin J. Smith_____
                                            Kevin J. Smith
                                            Kelley Drye & Warren LLP
                                            101 Park Avenue
                                            New York, NY 10178
                                            Telephone: (212) 808-7800
                                            Facsimile:  (212) 808-7897
                                            E-mail:     ksmith@kelleydrye.com

                                        *Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>OPTIONABLE INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG and MARC-ANDRE BOISSEAU,<br><br>                  Defendants. | No. 07 Civ. 3753 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP

By: _____/s/ Kevin J. Smith_____
      Kevin J. Smith
      101 Park Avenue
      New York, NY 10178
      Telephone: (212) 808-7800
      Facsimile: (212) 808-7897
      E-mail:    ksmith@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*