UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07
```

------------------------------------------------------------x
ALEXANDER FLEISS,

          Plaintiff,

    -against-                                          07 Civ. 3753 (LAK)

OPTIONABLE, INC., et al.,

          Defendants.
------------------------------------------------------------x
JAGISH PATEL,

          Plaintiff,

    -against-                                          07 Civ. 3845 (LAK)

OPTIONABLE, INC., et al.,

          Defendants.
------------------------------------------------------------x
EDWARD PETERS,

          Plaintiff,

    -against-                                          07 Civ. 3877 (LAK)

OPTIONABLE, INC., et al.,

          Defendants.
------------------------------------------------------------x
GERALD MANOWITZ,

          Plaintiff,

    -against-                                          07 Civ. 3884 (WP4)

2

OPTIONABLE, INC., et al.,

                                Defendants.
---------------------------------------x
JONATHAN GLAUBACH,

                                Plaintiff,

               -against-                                              07 Civ. 4085 (LAK)

OPTIONABLE, INC., et al.,

                                Defendants.
---------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        A pretrial conference having been held on June 18, 2007, it is hereby

        ORDERED, as follows:

        1.      Nos. 07 Civ. 3753, 3845, 3877 and 4085 are hereby consolidated under No. 07 Civ. 3753.

        2.      The parties to No. 07 Civ. 3884 shall show cause, on or before July 3, 2007, why that action should not be consolidated with 07 Civ. 3753.

        3.      Every paper filed in the consolidated action shall bear the following caption:

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

In re OPTIONABLE SECURITIES LITIGATION                    07 Civ. 3753 (LAK)


------------------------------------------x

       4.       All attorneys appearing in any of the above captioned cases, including any admitted *pro hac vice,* unless already registered, shall complete and file a CM/ECF registration form by July 3, 2007. All attorneys who appear subsequently shall do so within 10 days after the date of their appearance.

Dated: June 20, 2007

                                                  _____
                                                     Lewis A. Kaplan
                                                United States District Judge