Christine S. Poscablo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     csposcablo@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT OPTIONABLE, INC.** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Christine S. Poscablo, an associate at the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

> Christine S. Poscablo
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, NY 10178
> Telephone: (212) 808-7800
> Facsimile: (212) 808-7897
> E-mail:     csposcablo@kelleydrye.com

Dated: July 3, 2007

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____/s/ Christine S. Poscablo_____
    Christine S. Poscablo
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    E-mail: csposcablo@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*