UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 3, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP


By:      /s/ Christine S. Poscablo
    Christine S. Poscablo
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    E-mail:    csposcablo@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*