UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

In re OPTIONABLE SECURITIES LITIGATION          07-cv-3753 (LAK)

------------------------------------------------x

Stanley T. Bock
*Individually, and on behalf of all
others similarly situated* ,

          Plaintiff(s),          07-cv-05948 (LAK)

v.

Optionable Inc., et al.,

          Defendant(s).

------------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

    Any objectors to the consolidation of case number 07-cv-05948 with 07cv3753(LAK) are ORDERED to show cause by July 16, 2007 as to why it should not occur.

DATED: July 2, 2007

                                                        Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07