UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

In re OPTIONABLE SECURITIES LITIGATION          07 Civ. 3753 (LAK)

------------------------------------------------x

GERALD MANOWITZ, etc.,

        Plaintiff,

    -against-                                  07 Civ. 3884 (UA)

OPTIONABLE, INC.,

        Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    The Court having been advised that there is no objection to the consolidation of 07 Civ. 3884 into 07 Civ. 3753, the case is so consolidated. The order to show cause dated June 19, 2007 is discharged.

    SO ORDERED.

Dated:    July 3, 2007

                                        Lewis A. Kaplan
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07