# Exhibit 1

## PLAINTIFF CERTIFICATION

I, Scott Waldman, hereby state:

1. I have reviewed one or more complaints against Optionable Inc. ("Optionable"), and certain of its senior officers and directors, and have authorized the filing of a lead plaintiff motion on my behalf by Wolf Popper LLP.

2. I did not purchase any Optionable securities at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Period beginning May 6, 2005 through May 14, 2007, I made the following transactions in Optionable securities:

| Transaction/security (Buy, Sell, etc./stock, options, etc) | Trade Date | No. of Shares | Price Per Share |
|---|---|---|---|
| Buy | 1/30/07 | 2,000 | $5.69 |
| Sell | 2/1/07 | 750 | $6.10 |
| Buy | 3/6/07 | 500 | $6.54 |

5. During the three-year period preceding the date of my signing this certification, I have sought to serve as representative on behalf of a class in the following private action(s) arising under the federal securities laws: None.

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  06  day of July, 2007

_____
SIGNATURE