UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) |

**DECLARATION OF CATHERINE A. TORELL IN SUPPORT OF MOTION OF RAMESH M. SINGA FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPOINTMENT OF LEAD COUNSEL</u>**

Pursuant to 28 U.S.C. § 1746, I, Catherine A. Torell, declare as follows:

1. I am a member in good standing of the New York bar and admitted to practice in this District. I submit this declaration in support of the motion filed by Ramesh M. Singa ("Movant") to: (1) appoint Movant as Lead Plaintiff; and (2) appoint Lead Counsel for the class.

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A:   Notice of filing of a complaint to shareholders of Optionable Inc., dated May 11, 2007;

Exhibit B:   Certification of Movant;

Exhibit C:   Firm Biography of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated:   July 10, 2007            /s/ Catherine A. Torell
                                  Catherine A. Torell