# EXHIBIT A





Yahoo! My Yahoo! Mail      Make Y! your home page      Search:      Web Search



New User? Sign Up

Enter Symbol(s)      GET QUOTES      Symbol Lookup      Finance Search

Charles SCHWAB    E*TRADE    E*TRADE Securities    Switch to Scottrade

**Related Quote**

OPBL.OB 9-Jul 3:56pm (C)Yahoo!

0.50
0.45
0.40
0.35
Mon  Tue  Thu  Fri  Mon

OPBL.OB    0.38    0.00    News

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

Press Release                              Source: Kahn Gauthier Swick, LLC

# INVESTOR ALERT: KGS Announces Initial Filing of Shareholder Class Action Lawsuit Against Optionable, Inc.

Friday May 11, 11:45 pm ET

NEW ORLEANS, LA--(MARKET WIRE)--May 11, 2007 -- Kahn Gauthier Swick, LLC ("KGS") has filed the first class action lawsuit against Optionable, Inc. ("Optionable" or the "Company") (OTC BB:OPBL.OB - News), in the United States District Court for the Southern District of New York, Civil Action No. 07cv3753, on behalf of shareholders who purchased shares of the Company in connection with its Initial Public Offering ("IPO") in or about May 9, 2005, or who purchased shares thereafter in the open market (the "Class Period"). No class has yet been certified in this action.

ADVERTISEMENT



Neutrogena presents
one less stress TV

CLICK HERE!

UNTIL A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

Optionable and certain of its officers and directors are charged with including, or allowing the inclusion of, materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO, in violation of the Securities Act of 1933.

The Complaint alleges that, unbeknownst to investors, defendants failed to conduct an adequate due diligence investigation into the Company prior to the IPO, and failed to disclose at the time of the IPO that: (1) two of the Company's board members, including Chairman Mark Nordlicht, and its only purported independent director, Albert Helmig, were actually related parties and board members of a company called Platinum Energy; (2) the Company's customer base suffered from greater concentration than previously reported, with Bank of Montreal directly connected to over 80% of revenues, higher than the 20% to 30% reported; and (3) defendants had conspired with Bank of Montreal ("BMO") brokers to provide false trade data that was designed to avoid reporting hundreds of millions of dollars in trading losses -- losses that, if disclosed, would have terminated the BMO trading relationship.

It was only beginning in late April 2007 -- after defendants sold $28.94 million of their own shares to NYMEX Holdings in a private sale -- that investors learned the truth about the Company. On April 30, 2007, BMO's announcement of over $300 million in options-related losses shed light on the magnitude of Optionable's reliance on BMO for a large portion of its revenues. Days later on May 10, 2007, BMO suspended trading through Optionable and announced that its private forensic accountants had discovered that its own brokers -- who by then had been terminated -- had conspired to under-report trading losses, in order to maintain trading and avoid accountability to BMO.

On this news, Optionable's shares collapsed from just under $5.00 per share on April 30, 2007 to just over $1.00 per share on May 10, 2007 -- a decline of almost 80% in two trading days, on huge volume of tens of millions of shares.

If you wish to serve as lead plaintiff in this case, you must move the Court no later than July 10, 2007. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you would like to discuss your legal rights, you may e-mail or call KGS direct, toll free 1-866-467-1400, ext. You may contact Managing Partner Lewis Kahn of KGS direct, toll free 1-866-467-1400, ext.

**Related News Stories**

- Cohen, Milstein, Hausfeld & Toll, P.L.L.C. Announces Class Action Lawsuit Against Optionable Inc. - Business Wire (Fri Jun 22)

- Optionable Fortune Reversal: NYMEX More To Blame Than BMO - Seeking Alpha (Mon Jun 4)

- Abraham Fruchter & Twersky LLP Files Class Action Lawsuit Against Optionable Inc. - Marketwire (Tue May 29)

- Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against Optionable Inc. - Business Wire (Thu May 24)

More...

- By industry: Investment Brokerage - National



WATCH THE LATEST MOVIE TRAILERS.
NOW IN HD

YAHOO! MOVIES    Pick A Flick

**Top Stories**

- Home Depot Warns of Earnings Decline - AP (9:11 am)

- Rough Start Seen on Wall Street - AP (8:55 am)

- Apple May Launch Cheaper, Nano-based iPhone by Q4 - Reuters (Mon Jul 9)

- Sears Dramatically Lowers Guidance - AP (8:53 am)

More...

- Most-viewed articles

**RSS Feeds**

Add headlines to your

100, or by email at lewis.kahn@kgscounsel.com. To learn more about this case or KGS, you may visit www.kgscounsel.com.

SPECIAL NOTICE: While federal law does not prohibit other lawyers from "announcing" this class action through the issuance of other press releases, KGS is the law firm that researched, investigated, drafted and filed the securities fraud case against Optionable. If you are an Optionable shareholder who decides to contact one of these lawyers, KGS reminds you to fully interview any such lawyer to assure that they thoroughly understand the facts surrounding the substantive claims KGS has filed in Court. It is critically important that interested parties carefully evaluate any other firm that may be competing with KGS to prosecute the Optionable class action. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include its knowledge of applicable federal securities laws, the resources it will dedicate to prosecution of the case, including the number of lawyers the firm has available for the Optionable class action, AND especially the quality of the firm's work.

*Contact:*

    Contact:

    Lewis Kahn
    KGS
    1-866-467-1400, ext. 100
    email: lewis.kahn@kgscounsel.com

Source: Kahn Gauthier Swick, LLC

✉ Email Story    📢 Set News Alert    🖨 Print Story

[ Search News ]

Sponsor Results

Earn From 4.91% to 5.43%
With AAA rated, GE Capital Corp. Not an offer of securities for sale.
www.geinterestplus.com

Wachovia Free Checking
Open a New Free Checking Account & Receive Up to $50 from Wachovia.
www.Wachovia.com

Online Currency Trading - Free Demo
24-Hour trading, award-winning software, charts and more from GFT.
www.gftforex.com

(What's This?)

Copyright © 2007 Yahoo Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire, All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

personalized My Yahoo! Page
( About My Yahoo! and RSS )

OPBL.OB Headlines

Investment Brokerage - National Headlines

More Finance RSS Feeds