UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIONABLE INC.<br>Defendants. | Civil Action No.:  1:07-CV-03753 (LAK) |
| JAGDISH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR<br><br>Defendants. | Civil Action No.:   07-CV-03845 (LAK) |
| EDWARD PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU.<br><br>Defendants. | Civil Action No.: 07-CV-3877 (LAK) |

| | |
|---|---|
| JONATHAN Glaubach, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU.<br><br>    Defendants. | Civil Action No.: 07-CV-4085 (LAK) |
| STANLEY T. BOCK III, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU.<br><br>    Defendants. | Civil Action No.: 07-CV-5948 (LAK) |

## MOTION OF MARC A. HEMBROUGH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF LEAD COUNSEL

COMES NOW Marc A. Hembrough, by and through his counsel, and hereby moves this Court for: 1) consolidation of all related securities fraud cases against Optionable Inc. and the other defendants; 2) appointment of Marc A. Hembrough as Lead Plaintiff; and 3) appointment of the firm of Spector Roseman & Kodroff as Lead Counsel.

In support of this Motion Hembrough submits the accompanying Memorandum and the Declaration of Robert Roseman.

Dated: July 10, 2007                         Respectfully submitted,

                                             SPECTOR, ROSEMAN & KODROFF, P.C.

                                             _____
                                             Robert M. Roseman
                                             John A. Macoretta
                                             SPECTOR, ROSEMAN & KODROFF, P.C.
                                             1818 Market Street, Suite 2500
                                             Philadelphia, PA 19103
                                             Telephone: (215) 496-0300
                                             Facsimile: (215) 496-6612

                                             *Attorneys for Marc A. Hembrough*
                                             *Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, John A. Macoretta, hereby certify that I caused today the following to be electronically filed with the Clerk of Court by using the ECF System: Motion of Marc Hembrough for Consolidation, Appointment as Lead Plaintiff, and Approval of Choice of Lead Counsel; Memorandum of Law in Support of Motion of Marc Hembrough for Consolidation, Appointment as Lead Plaintiff, and Approval of Choice of Lead Counsel and Declaration of Robert M. Roseman with Exhibits A-C. I also caused said documents to be served via regular mail on the following:

**Kim Elaine Miller**
Kahn Gauthier Swick, LLC
12 East 41st Street
12th Floor
New York, NY 10017

**Donald R. Hall**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

**Ronen Sarraf**
Sarraf Gentile, L LP
485 Seventh Avenue
New York, NY 10018

**Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Catherine A. Torell**
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY 10022

**David Avi Rosenfeld**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747

**Peter J. Pizzi**
Connell Foley
888 &th Avenue
New York, NY 10106

**Kevin J. Smith**
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

**Lawrence Robert Gelber**
34 Plaza Street East
Suite 1107
Brooklyn, NY 11238

Dated: July 10, 2007

John A. Macoretta