UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEISS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIONABLE INC.<br>    Defendants. | Civil Action No.:  1:07-CV-03753 (LAK) |
| JAGDISH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR<br><br>    Defendants. | Civil Action No.:  07-CV-03845 (LAK) |
| EDWARD PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU.<br><br>    Defendants. | Civil Action No.: 07-CV-3877 (LAK) |

| | |
|---|---|
| JONATHAN Glaubach, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU.<br><br>           Defendants. | Civil Action No.:  07-CV-4085 (LAK) |
| STANLEY T. BOCK III, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU.<br><br>           Defendants. | Civil Action No.:  07-CV-5948 (LAK) |

**DECLARATION OF ROBERT M. ROSEMAN IN SUPPORT OF
MOTION OF MARC A. HEMBROUGH
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF CHOICE OF LEAD COUNSEL</u>**

Pursuant to 28 U.S.C. § 1746, I, Robert M. Roseman, declare as follows:

1. I am a member in good standing of the New York bar and admitted to practice in this District. I submit this declaration in support of the motion filed by Movant Marc A. Hembrough to consolidate all pending related actions, appoint Hembrough as Lead Plaintiffs, and approve Hembrough's selection of counsel for the class.

2. Attached as exhibits hereto are true and correct copies of the following:

   Exhibit A: Notice of filing of a complaint to shareholders of Optionable, Inc., dated May 11, 2007,

   Exhibit B: Certification of Marc A. Hembrough to serve as a Lead Plaintiff and a table summarizing Hembrough's losses in the subject securities;

   Exhibit C: Firm Biography of Spector, Roseman & Kodroff, P.C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:   July 10, 2007

Robert M. Roseman