UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | **FILED ELECTRONICALLY**<br><br>07 Civ. 3753 (LAK) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE
MOTION OF THE VLK GROUP FOR (1) APPOINTMENT AS LEAD PLAINTIFF;
(2) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1.  I am an associate at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of the Motion of the VLK Group for: (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Plaintiff's choice of Lead Counsel.

2.  Attached hereto are true copies of the following documents:

    A.  Exhibit A, Declarations of Robert Viccione ("Viccione"), James Lemsky ("Lemsky") and Neal H. Klein ("Klein");

    B.  Exhibit B, Charts of losses in Optionable Common stock for Viccione, Lemsky and Klein;

    C.  Exhibit C, plaintiff's complaint in *Fleiss v. Optionable, et al.* (07cv3753)(S.D.N.Y.).

    D.  Exhibit D, plaintiff's complaint in *Manowitz v. Optionable, et al.* (07cv3884)(S.D.N.Y.).

    E.  Exhibit E, May 11, 2007, Notice of Pendency of Class Action Lawsuit against Optionable, *et al.* for violation of certain provisions of the federal securities laws; and

    F.  Exhibit F, Firm resume of Kaplan Fox & Kilsheimer LLP.

Dated: July 10, 2007

                                                       s/Jeffrey P. Campisi
                                                       Jeffrey P. Campisi