UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : | 07 Civ. 3753 (LAK) |

**[PROPOSED] ORDER**

Upon the motion of the Patel Group for appointment as Lead Plaintiff and its counsel as Co-Lead Counsel, its memorandum of law, and the other papers submitted in support thereof, and upon all prior proceedings herein, it is hereby ordered that:

1. The Patel Group is appointed Lead Plaintiff in this action; and

2. The law firms of Sarraf Gentile LLP and Schatz Nobel Izard, P.C. are appointed Co-Lead Counsel for Plaintiff.

Dated: _____, 2007        SO ORDERED:

                                 _____
                                 HONORABLE LEWIS A. KAPLAN
                                 UNITED STATES DISTRICT JUDGE