UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : | 07 Civ. 3753 (LAK) |

## DECLARATION OF RONEN SARRAF

1. I, RONEN SARRAF, am a member of the Bar of New York and a member of the law firm of Sarraf Gentile LLP, co-counsel for Plaintiff and the Class. I submit this Declaration in Support of the Patel Group's Motion For Lead Plaintiff. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit 1:** Notice of class action lawsuit;

**Exhibit 2:** Movants' class action certifications;

**Exhibit 3:** Movants' computation of losses; and,

**Exhibit 4:** Firm resumes of Sarraf Gentile LLP and Schatz Nobel Izard, P.C.

/s/ Ronen Sarraf
Ronen Sarraf (RS 7694)
**SARRAF GENTILE LLP**
485 Seventh Avenue, Suite 1005
New York, NY 10018
T: 212-868-3610