UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : | Civil Action No. 07 Civ. 3753 (LAK) <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : | NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

PLEASE TAKE NOTICE that class member Doris Lee Ho, by her counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Doris Lee Ho as Lead Plaintiff; (ii) approving Doris Lee Ho's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Doris Lee Ho submits herewith a Memorandum of Law and Declaration of Mario Alba Jr. dated July 10, 2007.

DATED: July 10, 2007

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP


/s/ *Mario Alba, Jr.*
MARIO ALBA, JR.

SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Optionable Inc\LP Motion\LP Motion.doc

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on July 10, 2007, I caused a true and correct copy of the attached:

>Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

>Memorandum In Support Of The Motion Of Doris Lee Ho For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

>Declaration of Mario Alba Jr. In Support of the Motion of Doris Lee Ho For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

OPTIONABLE

Service List - 7/9/2007    (07-0112)

Page 1 of 2

**Counsel For Defendant(s)**

Peter J. Pizzi
Connell Foley LLP
888 7th Avenue
New York, NY 10106
   973/533-4221
   973/535-9217 (Fax)

Christine S. Poscablo
Kevin James Smith
Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
   212/808-7800
   212/808-7897 (Fax)

Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
   203/324-1400
   203/327-2669 (Fax)

Lawrence R. Gelber
Law Office of Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238
   718/638-2383
   718/857-9339 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
   212/279-5050
   212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501
   516/741-4977
   516/741-0626 (Fax)

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY 10022
   212/838-7797
   212/838-7745 (Fax)

Steven J. Toll
S. Douglas Bunch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC 20005-3964
   202/408-4600
   202/408-4699 (Fax)

OPTIONABLE
Service List - 7/9/2007    (07-0112)
Page 2 of 2

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
   504/455-1400
   504/455-1498 (Fax)

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
   212/696-3730
   504/455-1498 (Fax)

Frederic S. Fox
Donald R. Hall
Jeffrey P. Campisi
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
   212/687-1980
   212/687-7714 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Ronen Sarraf
Joseph Gentile
Sarraf Gentile LLP
485 Seventh Avenue, Suite 1005
New York, NY  10018
   212/868-3610
   212/918-7967 (Fax)

Andrew Schatz
Jeffrey S. Nobel
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290 (Fax)

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL  33064
   954/570-8989
   954/354-0205 (Fax)