UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : : : : : : | Civil Action No. 07 Civ. 3753 (LAK) <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF DORIS LEE HO FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

Mario Alba Jr., declares, under penalty of perjury:

1. I am an associate of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of plaintiff's counsel in the action entitled *Jonathan Glaubach vs. Optionable, Inc., et al.*, Civil Action No. 07-cv-4085. I submit this Declaration in support of the motion of Doris Lee Ho for appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the action entitled *Alexander Fleiss vs. Optionable, Inc., et al.*, Civil Action No. 07 Civ. 3753 (LAK), on *Market Wire*, a national, business-oriented newswire service, on May 11, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Doris Lee Ho at $207,803.59, in connection with her purchases of Optionable, Inc. shares.

4. Attached hereto as Exhibit C is the certification of Doris Lee Ho.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Lerach Coughlin.

DATED: July 10, 2007

                                                          /s/ *Mario Alba, Jr.*
                                              MARIO ALBA, JR. (MA-7240)

I:\Optionable Inc\LP Motion\LP Decl.doc

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on July 10, 2007, I caused a true and correct copy of the attached:

>Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

>Memorandum In Support Of The Motion Of Doris Lee Ho For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

>Declaration of Mario Alba Jr. In Support of the Motion of Doris Lee Ho For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

            /s/ *Mario Alba Jr.*          
            Mario Alba Jr.

OPTIONABLE

Service List - 7/9/2007    (07-0112)

Page 1 of 2

**Counsel For Defendant(s)**

Peter J. Pizzi
Connell Foley LLP
888 7th Avenue
New York, NY  10106
   973/533-4221
   973/535-9217 (Fax)

Christine S. Poscablo
Kevin James Smith
Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
   212/808-7800
   212/808-7897 (Fax)

Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT  06901
   203/324-1400
   203/327-2669 (Fax)

Lawrence R. Gelber
Law Office of Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY  11238
   718/638-2383
   718/857-9339 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
   212/279-5050
   212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
   212/838-7797
   212/838-7745 (Fax)

Steven J. Toll
S. Douglas Bunch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699 (Fax)

OPTIONABLE

Service List - 7/9/2007    (07-0112)

Page 2 of 2

| | |
|---|---|
| Lewis S. Kahn<br>Kahn Gauthier Swick, LLC<br>650 Poydras Street, Suite 2150<br>New Orleans, LA  70130<br>   504/455-1400<br>   504/455-1498 (Fax) | Kim E. Miller<br>Kahn Gauthier Swick, LLC<br>12 East 41st Street, 12th Floor<br>New York, NY  10017<br>   212/696-3730<br>   504/455-1498 (Fax) |
| Frederic S. Fox<br>Donald R. Hall<br>Jeffrey P. Campisi<br>Kaplan, Fox & Kilsheimer LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY  10022<br>   212/687-1980<br>   212/687-7714 (Fax) | Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>   631/367-7100<br>   631/367-1173 (Fax) |
| Ronen Sarraf<br>Joseph Gentile<br>Sarraf Gentile LLP<br>485 Seventh Avenue, Suite 1005<br>New York, NY  10018<br>   212/868-3610<br>   212/918-7967 (Fax) | Andrew Schatz<br>Jeffrey S. Nobel<br>Schatz Nobel Izard, P.C.<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>   860/493-6292<br>   860/493-6290 (Fax) |
| Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>   610/667-7706<br>   610/667-7056 (Fax) | Marc A. Wites<br>Wites & Kapetan, P.A.<br>4400 N. Federal Highway<br>Lighthouse Point, FL  33064<br>   954/570-8989<br>   954/354-0205 (Fax) |