UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE<br>SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) |

**DECLARATION OF JAMES S. NOTIS IN SUPPORT OF
MOTION OF MONARCH CAPITAL FUND LTD.
FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

JAMES S. NOTIS declares as follows pursuant to 18 U.S.C. §1746:

1. I am an attorney and admitted to practice before this Court and a partner in the law firm of Gardy & Notis LLP, counsel for movant Monarch Capital Fund Ltd. ("Monarch"). This declaration is submitted in support of Monarch's motion for appointment as lead plaintiff and approval of its selection of Gardy & Notis LLP as lead counsel.

2. Attached hereto as Exhibit A is a true and correct copy of Monarch's lead plaintiff certification.

3. Attached hereto as Exhibit B is a true and correct copy of a press release issued by counsel for plaintiff in *Fleiss v. Optionable Inc.*, No. 07 Civ. 3753 (LAK), announcing the pendency of the action.

4. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Gardy & Notis, LLP.

Dated: July 10, 2007

/s/ JAMES S. NOTIS
JAMES S. NOTIS

**CERTIFICATE OF SERVICE**

       Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system as follows:

Kim Elaine Miller
Email: kimmiller225@yahoo.com
KAHN GAUTHIER SWICK, LLC

*Counsel for plaintiff Alexander Fleiss*

Ronen Sarraf
Email: ronen@sarrafgentile.com
SARRAF GENTILE, LLP

*Counsel for plaintiff Jagdish Patel*

Evan J Smith
Email: esmith@brodsky-smith.com
BRODSKY & SMITH, L.L.C.

*Counsel for plaintiff Edward Peters*

Jeffrey Philip Campisi
Email: jcampisi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP

*Counsel for plaintiff Gerald Manowitz*

Catherine A. Torell
Email: ctorell@cmht.com
Steven Jeffrey Toll
Email: stoll@cmht.com
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

*Counsel for plaintiff Stanley T. Bock*

Jack Gerald Fruchter
Email: JFruchter@FruchterTwersky.com
ABRAHAM FRUCHTER & TWERSKY LLP

David Avi Rosenfeld
Email: drosenfeld@lerachlaw.com
Mario Alba, Jr.
Email: malba@lerachlaw.com
Samuel Howard Rudman
Email: srudman@lerachlaw.com
LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP

*Counsel for plaintiff Jonathan Glaubach*

Christine Schessler Poscablo
Email: CSPoscablo@kelleydrye.com
Kevin James Smith
Email: ksmith@kelleydrye.com
Mark Scott Gregory
Email: mgregory@kelleydrye.com
Thomas Benjamin Kinzler
Email: tkinzler@kelleydrye.com
KELLEY DRYE & WARREN, LLP

*Counsel for defendant Optionable Inc.*

Lawrence Robert Gelber
Email: gelberlaw@aol.com

*Counsel for defendant Kevin Cassidy*

Peter Joseph Pizzi
Email: ppizzi@connellfoley.com
CONNELL FOLEY LLP

*Counsel for defendant Albert Hemig*

In addition, on July 10, 2007, a true and correct copy of the foregoing was served by First Class U.S. Mail to non-ECF-listed counsel of record as follows:

| | |
|---|---|
| Lewis Stephen Kahn<br>Kahn, Gauthier Law Group, L.L.C.<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br><br>*Counsel for plaintiff Alexander Fleiss* | Frederick S. Fox<br>Donald R. Hall<br>Kaplan, Fox & Kilsheimer LLP<br>805 Third Avenue, 22nd Floor<br>New York, New York 10022<br><br>*Counsel for plaintiff Gerald Manowitz* |

s/ James S. Notis
James S. Notis (JN 4189)
GARDY & NOTIS, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337