# EXHIBIT A

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Joseph Franck, on behalf of Monarch Capital Fund Ltd., certifies that:

1.     I have reviewed the complaint and authorized its filing.

2.     Monarch Capital Fund Ltd. did not purchase the security that is the subject of this action (Optionable, Inc.) at the direction of plaintiff's counsel, or in order to participate in any private action arising under this title.

3.     Monarch Capital Fund Ltd. is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.     Monarch Capital Fund Ltd.'s transactions in the security that is the subject of this litigation during the class period set forth in the complaint are attached hereto as Exhibit A.

5.     Monarch Capital Fund Ltd. has not served as or sought to serve as a representative party on behalf of a class under this title during the last three years.

6.     Monarch Capital Fund Ltd. will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

The foregoing are, to the best of my knowledge and belief, true and correct statements.

Dated: July 9, 2007

Signed: _____
        Joseph Franck, on behalf of
        Monarch Capital Fund Ltd.

Optionable, Inc. (OPBL)

PURCHASE TRANSACTIONS

| DATE | SHARES | COST |
|---|---|---|
| 04/30/07 | 20,000 | $ 5.7169 |
| 04/30/07 | 10,000 | $ 5.8700 |
| 05/01/07 | 40,000 | $ 5.2629 |
| 05/02/07 | 25,000 | $ 4.6450 |
| 05/02/07 | 5,500 | $ 4.8113 |
| 05/02/07 | 500 | $ 4.8150 |
| 05/02/07 | 19,000 | $ 4.8450 |
| 05/02/07 | 3,500 | $ 5.0450 |
| 05/02/07 | 6,500 | $ 5.0700 |
| 05/02/07 | 5,500 | $ 5.3500 |
| 05/02/07 | 10,000 | $ 5.4306 |
| 05/03/07 | 25,000 | $ 4.1650 |
| 05/03/07 | 15,000 | $ 4.3537 |
| 05/03/07 | 10,000 | $ 4.3550 |
| 05/03/07 | 15,000 | $ 4.3560 |
| 05/04/07 | 5,000 | $ 4.2031 |
| 05/08/07 | 5,000 | $ 4.6111 |
| 05/09/07 | 5,000 | $ 2.7000 |
| 05/09/07 | 11,721 | $ 3.0124 |
| 05/09/07 | 19,500 | $ 3.0200 |
| 05/09/07 | 21,049 | $ 3.0231 |
| 05/10/07 | 50,000 | $ 0.8650 |
| 05/10/07 | 50,000 | $ 0.9950 |
| 05/10/07 | 50,000 | $ 1.1300 |
| 05/10/07 | 20,000 | $ 1.2500 |
| 05/10/07 | 100,000 | $ 1.6400 |

SALES TRANSACTIONS

| DATE | SHARES | PRICE |
|---|---|---|
| 05/02/07 | 25,500 | $ 5.5848 |
| 05/03/07 | 22,000 | $ 4.3581 |
| 05/04/07 | 5,000 | $ 4.3643 |
| 05/07/07 | 2,500 | $ 4.3122 |
| 05/07/07 | 2,500 | $ 4.3649 |
| 05/07/07 | 5,000 | $ 4.3849 |
| 05/07/07 | 2,500 | $ 4.4149 |
| 05/07/07 | 7,500 | $ 4.4649 |
| 05/07/07 | 2,500 | $ 4.4749 |
| 05/07/07 | 2,500 | $ 4.4949 |
| 05/07/07 | 2,500 | $ 4.5149 |
| 05/07/07 | 2,500 | $ 4.5649 |
| 05/07/07 | 2,500 | $ 4.6149 |
| 05/07/07 | 2,500 | $ 4.6649 |
| 05/07/07 | 2,500 | $ 4.7149 |
| 05/08/07 | 5,000 | $ 4.4988 |
| 05/08/07 | 500 | $ 4.7249 |
| 05/08/07 | 5,000 | $ 4.7849 |
| 05/08/07 | 2,500 | $ 4.8149 |
| 05/08/07 | 2,500 | $ 4.8621 |
| 05/09/07 | 5,000 | $ 2.8389 |
| 05/11/07 | 20,000 | $ 0.9960 |
| 05/11/07 | 5,000 | $ 1.0489 |
| 05/14/07 | 5,000 | $ 0.4917 |

**EXHIBIT A**