# EXHIBIT C

# Firm Resume of GARDY & NOTIS, LLP

Gardy & Notis, LLP specializes in large, complex litigation in the fields of securities, corporate governance, and mergers and acquisitions. The attorneys at Gardy & Notis, LLP have litigated hundreds of cases in both state and federal courts throughout the United States. The firm's attorneys have served as a plaintiffs' lead counsel in two of the largest securities fraud class action settlements, *In re BankAmerica Corp. Securities Litigation* ($490 million recovery) and *In re Waste Management Inc., Securities Litigation* ($220 million recovery).

Gardy & Notis, LLP prides itself on the aggressive pursuit of its clients' goals and on the excellence of its work. The firm fights to achieve the very best possible result for our clients no matter how difficult the obstacles or well financed the opposition. The firm has been appointed as lead counsel in securities fraud class actions *In re Sears Holdings Corporation Securities Litigation*, 06 Civ. 4053 (S.D.N.Y.) (JES) and *In re Hornbeck Securities Litigation,* , No. 07 Civ. 408 (E.D. La.). Among the more prominent of the securities fraud class actions litigated by the firm's attorneys are:

- *In re BankAmerica Corp. Securities Litigation*, MDL No. 1264 (E.D. Mo.) ($490 million recovery);

- *In re Waste Management, Inc. Securities Litigation*, No. 97-C-7709 (N.D. Ill.) ($220 million recovery);

- *Hirsch v. PSS World Medical, Inc.*, No. 3:98-cv-502-J-32TEM (M.D. Fl.) ($16.5 million recovery);

- *Cheney v. Cyberguard Corp.*, No. C.A. 98-6897 (S.D. Fla.) ($10 million recovery);

- *In re Adaptive Broadband Securities Litigation*, No. C-01-1092 (N.D. Cal) ($8.2125 million recovery); and

- *Sikes v. Winn*, No. 3:00-cv-0004 (W.D. Va.) (Value America, Inc. Securities Litigation) ($4.5 million recovery).

The attorneys at Gardy & Notis, LLP also have extensive experience in litigating corporate governance and M&A transactional cases. Our reputation for excellence and creativity in the area of director liability for breach of fiduciary duty and corporate governance are demonstrated by cases such as:

- *In re Aramark Corporation Shareholders Litigation*, Consolidated C.A. No. 2117-VCN, Delaware Court of Chancery, ($222 million increase in purchase price and management voting control reduced from 37% to 3.5%);

- *Rice v. Lafarge North America Inc.*, Civil No. 268974-V, Circuit Court for Montgomery County (Business and Technology Court), Maryland ($353 million increase in purchase price);

- *Lang v. The Reader's Digest Association, Inc.*, C.A. No. 19574-NC, Delaware Court of Chancery ($21 million increase to shareholders in recapitalization);

- *In re Travelers Property Casualty Corp. Securities Litigation*, C.A. No. 17902-NC, Delaware Court of Chancery ($25.7 million increase in purchase price);

- *In re SFX Entertainment Inc. Securities Litigation*, C.A. No. 17818-NC, Delaware Court of Chancery ($34.5 million increase in purchase price);

The attorneys at Gardy & Notis, LLP have decades of litigation experience and are committed to litigating with the highest level of excellence and integrity and to protecting victims of corporate wrongdoing:

## MARK C. GARDY

Mr. Gardy received his B.A. from Rutgers University in 1981, where he graduated Phi Beta Kappa, with high honors. He received his J.D, *cum laude*, from New York Law School in 1984. He is admitted to the Bar of the State of New York, the State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

Mr. Gardy has served on panels for the Council of Institutional Investors and on a panel on D&O Liability Insurance for the American Conference Institute. He has been featured on CNBC's *Squawk Box* and in *The New York Times*.

Prior to forming Gardy & Notis, LLP, Mr. Gardy was a named partner in the law firm Abbey Gardy, LLP.

## JAMES S. NOTIS

Mr. Notis received his B.A. from Brandeis University in 1991 and his J.D. from Benjamin N. Cardozo School of Law in 1994. He is admitted to the Bar of the State of New York, the State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and the United States Court of Appeals for the Fifth Circuit.

Prior to forming Gardy & Notis, LLP, Mr. Notis was a partner in the law firm Abbey Gardy, LLP.