UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | DOCKET NUMBER: 07-cv-3753-LAK<br><br>HON. LEWIS A. KAPLAN |

**MOTION OF KLD INVESTMENT MANAGEMENT, LLC TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

KLD Investment Management, LLC ("KLD" or "Movant") respectfully moves this Court for an order to consolidate all future related actions, to be appointed Lead Plaintiff in this action against Optionable, Inc. ("Optionable" or the "Company") pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of its selection of the law firm of Kahn Gauthier Swick, LLC ("KGS") as Lead Counsel for the Class in this action.

KLD makes this motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because:

1. It has the largest financial interest in the relief sought by the Class and has incurred substantial losses in the amount of $3,752,667.30 as a result of its purchase of 1,299,000 shares of Optionable stock during the Class Period, and

2. It satisfies the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23.

KLD further requests that the Court approve the selection of its counsel, KGS, as Lead Counsel for the Class.  KGS is a nationally-recognized law firm with significant class action, securities fraud and complex litigation experience, and is a firm with resources to effectively and efficiently pursue this action.

For all of the foregoing reasons, KLD respectfully requests that this Court:  (1) consolidate all future related actions; (2) appoint KLD to serve as Lead Plaintiff in this action; (3) approve KLD's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: July 10, 2007                               Respectfully submitted,

                                                   KAHN GAUTHIER SWICK, LLC

<u>/s/  Kim E. Miller</u>
Michael A. Swick  (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone:   (212) 696-3730
Facsimile:    (504) 455-1498

And

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for KLD and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 10, 2007.

                /s/ Kim E. Miller
                Kim E. Miller