**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | DOCKET NUMBER: 07-cv-3753-LAK <br><br> HON. LEWIS A. KAPLAN |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Having considered the motion of KLD Investment Management, LLC to consolidate all related actions, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel and all papers in support thereof and in opposition thereto, and good cause appearing therefore:

1. Each related action subsequently filed in this Court or transferred to this Court shall be consolidated with the instant action;

2. KLD Investment Management, LLC is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934 and Section 27(a) of the Securities Act of 1933; and

3. Lead Plaintiff's selection of the law firm of Kahn Gauthier Swick, LLC as Lead Counsel for the Class is hereby approved.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE