**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | ) ) ) ) ) ) DOCKET NUMBER: 07-cv-3753-LAK ) ) ) HON. LEWIS A. KAPLAN ) ) ) ) ) ) ) ) |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF KLD INVESTMENT MANAGEMENT, LLC TO CONSOLIDATE RELATED ACTIONS; TO APPOINT LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1. I am a member in good standing of the bar of New York. I am a member of the law firm of Kahn Gauthier Swick, LLC, proposed Lead Counsel for Movant, KLD Investment Management, LLC ("KLD"). I submit this declaration in support of the motion filed by KLD to: (1) consolidate all future related cases; (2) to be appointed as Lead Plaintiff; and (3) approve Lead Plaintiff's selection of Lead Counsel for the Class.

2. Attached as exhibits are true and correct copies of the following:

Exhibit A:   Certification of KLD along with detailed listing of transactions.

Exhibit B:   Published Notice on *Market Wire* on May 11, 2007, of the first securities class action complaint filed in this matter in the United States District Court for the Southern District of New York.

Exhibit C:   Firm Biography for Proposed Lead Counsel, Kahn Gauthier Swick, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct. Executed this 10th day of July, 2007, at New York, New York.

DATED:  July 10, 2007                            /s/ Kim E. Miller
                                                 KIM E. MILLER