## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

KLD Investment Management, LLC.

Kerwin L. Doughton ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Optionable, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Optionable, Inc. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

7. Plaintiff has the sole discretion and attorney-in-fact authority to make investments and related investment decisions for its clients and to bring litigation on their behalf to recover for investment losses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 7/2/, 2007

_____
Plaintiff

Kerwin L. Doughton
Owner/Principal + Portfolio manager
KLD Investment Management, LLC

## KLD Investment Management, LLC
## Optionable, Inc. Transactions

| Date | Price | # Shares |
|---|---|---|
| 4/27/2007 | 6.191 | 165,000 |
| 4/30/2007 | 5.76 | 60,000 |
| 5/1/2007 | 5.22 | 110,000 |
| 5/2/2007 | 5.0279 | 178,000 |
| 5/3/2007 | 4.2672 | 71,000 |
| 5/4/2007 | 4.05 | 20,000 |
| 5/9/2007 | 2.8396 | 160,000 |
| 5/10/2007 | 1.6799 | 110,000 |
| 5/10/2007 | 2.1793 | 15,000 |
| 5/11/2007 | 0.925 | 18,000 |
| 5/11/2007 | 0.9937 | 392,000 |

**KLD Investment Management, LLC**
**Optionable, Inc. Transactions**

| Date | Price | # Shares |
|---|---|---|
| 4/27/2007 | 6.191 | 165,000 |
| 4/30/2007 | 5.76 | 60,000 |
| 5/1/2007 | 5.22 | 110,000 |
| 5/2/2007 | 5.0279 | 178,000 |
| 5/3/2007 | 4.2672 | 71,000 |
| 5/4/2007 | 4.05 | 20,000 |
| 5/9/2007 | 2.8396 | 160,000 |
| 5/10/2007 | 1.6799 | 110,000 |
| 5/10/2007 | 2.1793 | 15,000 |
| 5/11/2007 | 0.925 | 18,000 |
| 5/11/2007 | 0.9937 | 392,000 |