UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re OPTIONABLE SECURITIES LITIGATION                07 Civ. 3753 (LAK)

**MOTION OF THE DESAI GROUP TO BE APPOINTED LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that class members Hemant Desai and NY Drugs Inc. (collectively, the "Desai Group"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) appointing the Desai Group as lead plaintiff; (iii) approving the Desai Group's selection of the law firms of Brodsky and Smith, LLC and Schiffrin Barroway, Topaz & Kessler, LLP and to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Desai Group submits herewith a Memorandum of Law and Declaration of Evan J. Smith.

Dated: July 10, 2007                    Respectfully submitted,

                                        **BRODSKY & SMITH, LLC**

                                        By:   */s Evan J. Smith, Esquire (ES3254)*
                                        Evan J. Smith (ES3254)
                                        240 Mineola Blvd.
                                        Mineola, NY 11501
                                        Telephone:    (516) 741-4977
                                        Facsimile:    (516) 741-0626

                                        [*Additional Counsel Appear on Next Page*]

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Stuart L. Berman
Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7056
Facsimile:    (610) 667-7706

**Proposed Lead Counsel**