UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re OPTIONABLE SECURITIES LITIGATION          07 Civ. 3753 (LAK)

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Having considered the motion of class members Hemant Desai and NY Drugs Inc. (collectively, the "Desai Group") to be appointed Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel, the memorandum of law in support thereof, the declaration of Evan J. Smith in support of that motion, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.  The motion is granted.

2.  The Desai Group is appointed to serve as Lead Plaintiff in the above-captioned consolidated action pursuant to 15 U.S.C. § 77z-4(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B).

3.  The law firms of Brodsky & Smith, LLC and Schiffrin Barroway Topaz & Kessler, LLP are hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a.  To brief and argue motions;

    b.  To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c.  To direct and coordinate the examination of witnesses in depositions;

    d.  To act as spokesperson at pretrial conferences;

    e.  To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f.  To initiate and conduct any settlement negotiations with counsel for defendants;

    g.  To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h.  To consult with and employ experts;

    i.  To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

    j.  To perform such other duties as may be expressly authorized by further order of this Court.

  IT IS SO ORDERED.

DATED:_____        _____
                 LEWIS A. KAPLAN,
                 UNITED STATES DISTRICT JUDGE