UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re OPTIONABLE SECURITIES LITIGATION | Case No. 07 Civ. 03753 (LAK) |
|---|---|

## NOTICE OF WITHDRAWAL OF THE MOTION OF SCOTT WALDMAN FOR APPOINTMENT AS LEAD PLAINTIFF

On July 10, 2007, Scott Waldman ("Waldman") filed a motion for appointment as lead plaintiff. After reviewing motions for the appointment as lead plaintiff filed by other investors, Waldman is of the opinion that it appears that other investors have larger financial interest in the relief sought in this action than Waldman does.

Waldman has no reason to believe that these movants with larger financial interests in the relief sought in this action are not adequate to represent the class, and accordingly respectfully withdraws its lead plaintiff motion. Waldman remains willing, in the Court's discretion, to serve as a lead plaintiff in this action, or in any other capacity, if necessary to maximize the recovery of the class.

Dated: July 17, 2007
New York, New York

Respectfully submitted,

WOLF POPPER LLP

By: _____
Marian P. Rosner (MR - 0410)
845 Third Avenue
New York, New York 10022
(212) 759-4600
(212) 486-2093

Attorneys for Scott Waldman

Doc. 157862

## CERTIFICATE OF SERVICE

    I, E. Elizabeth Ferguson, hereby certify that on July 17, 2007, I caused a true and correct copy of the attached document to be served by U.S. Mail, postage prepaid, or Federal Express, on the parties, or their counsel of record, identified on the attached service list:

                                                    E. Elizabeth Ferguson

Doc.

## SERVICE LIST

| | |
|---|---|
| **Kaplan Fox & Kilsheimer LLP**<br>Jeffrey Philip Campisi<br>Frederick S. Fox<br>Donald R. Hall<br>805 Third Avenue<br>New York, NY 10022<br><br>Attorneys for Movant VLK Group | **Lawrence R. Gelber**<br>Lawrence Robert Gelber<br>34 Plaza Street East,<br>Suite 1107<br>Brooklyn, NY 11238<br><br>Attorneys for the Defendant Kevin Cassidy |
| **Kelley Drye & Warren, LLP (CT)**<br>Mark Scott Gregory<br>Thomas Benjamin Kinzler<br>Christine Schessler Poscablo<br>Kevin James Smith<br>Two Stamford Plaza<br>281 Tresser Boulevard<br>Stamford, CT 06901<br><br>Attorneys for Defendant Optionable, Inc. | **Kahn, Gauthier Law Group, L.L.C.**<br>Lewis Stephen Kahn<br>650 Poydras St.<br>Suite 2150<br>New Orleans, LA 70130<br><br>Attorneys for Plaintiff Alexander Fleiss |
| **Kahn Gauthier Swick, LLC**<br>Lewis Stephen Kahn<br>Kim Elaine Miller<br>12 East 41st Street<br>12th Floor<br>New York, NY 10017<br><br>Attorneys for Plaintiff Alexander Fleiss and Movant VLK Group | **Connell Foley LLP**<br>Peter Joseph Pizzi<br>888 7th Avenue<br>New York City, NY 10106<br><br>Attorneys for Defendant Albert Helmig |

Doc. 157831

| | |
|---|---|
| **Sarraf Gentile, LLP**<br>Ronen Sarraf<br>485 Seventh Avenue<br>New York, NY 10018<br><br>Attorneys for Plaintiff Jagdish Patel | **Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)**<br>Mario Alba, Jr<br>David Avi Rosenfeld<br>Samuel Howard Rudman<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br><br>Attorneys for Movant Doris Lee Ho |
| **Abraham Fruchter & Twersky LLP**<br>Jack Gerald Fruchter<br>One Penn Plaza<br>Suite 1910<br>New York, NY 10119<br><br>Attorneys for Plaintiff Jonathan Glaubach | **Cohen, Milstein, Hausfeld & Toll, PLLC**<br>Steven Jeffrey Toll<br>Catherine A. Torell<br>1100 New York Avenue., N.W.<br>Washington, D.C., DC 20005<br><br>Attorneys for Movant Ramesh M. Singa |
| **Brodsky & Smith, L.L.C.**<br>Evan J Smith<br>240 Mineola Blvd.<br>Mineola, NY 11501<br><br>Attorneys for Movant The Desai Group | **Spector, Roseman & Kodroff, P.C. (PA)**<br>Robert M. Roseman<br>1818 Market Street, 25th Floor<br>Philadelphia, PA 19103<br><br>Attorneys for Movant Marc A. Hembrough |
| **Gardy & Notis, LLP**<br>James Stuart Notis<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632<br><br>Attorneys for Movant Monarch Capital Fund Ltd. | **Schatz Nobel Izard P.C.**<br>Andrew M. Schatz<br>Jeffrey S. Nobel<br>Nancy A. Kulesa<br>20 Church Street, Suite 1700<br>Hartford, CT<br><br>Attorneys for Movant The Patel Group |
| | |

Doc. 157831