UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re OPTIONABLE SECURITIES
LITIGATION

Case No. 07 Civ. 03753 (LAK)

---

### NOTICE OF WITHDRAWAL OF THE MOTION OF SCOTT WALDMAN FOR APPOINTMENT AS LEAD PLAINTIFF

On July 10, 2007, Scott Waldman ("Waldman") filed a motion for appointment as lead plaintiff. After reviewing motions for the appointment as lead plaintiff filed by other investors, Waldman is of the opinion that it appears that other investors have larger financial interest in the relief sought in this action than Waldman does.

Waldman has no reason to believe that these movants with larger financial interests in the relief sought in this action are not adequate to represent the class, and accordingly respectfully withdraws its lead plaintiff motion. Waldman remains willing, in the Court's discretion, to serve as a lead plaintiff in this action, or in any other capacity, if necessary to maximize the recovery of the class.

Dated: July 17, 2007
    New York, New York

Respectfully submitted,

WOLF POPPER LLP

By: _____
Marian P. Rosner (MR - 0410)
845 Third Avenue
New York, New York 10022
(212) 759-4600
(212) 486-2093

Attorneys for Scott Waldman

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

Doc. 157862