UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re OPTIONABLE SECURITIES LITIGATION  :  07 Civ. 3753 (LAK)

## NOTICE OF WITHDRAWAL OF THE
## PATEL GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

PLEASE TAKE NOTICE that Plaintiff Jagdish Patel ("Patel" or "Plaintiff") and Movants Robert Leoni, Rosanne Leoni, the Gulati Family Limited Partnership II and Geraldine Gulati (collectively, the "Patel Group"), hereby withdraws its motion for appointment as Lead Plaintiff. Upon review of the competing motions for appointment as Lead Plaintiff, it appears that KLD Investment Management, LLC has the largest financial interest in this litigation and is the most appropriate plaintiff within the meaning of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(a)(3)(B).

Dated: July 27, 2007

Respectfully submitted,

 /s/ Ronen Sarraf
Ronen Sarraf (RS 7694)
**SARRAF GENTILE LLP**
485 Seventh Avenue, Suite 1005
New York, NY 10018
T: 212-868-3610

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
20 Church Street, Suite 1700,
Hartford, CT 06103
T: 860-493-6292

Counsel for the Patel Group

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2007, a true and correct copy of the foregoing was filed using the Court's ECF system which will send notice of such filing to all counsel of record.

                                                                         /s/ Ronen Sarraf