**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re OPTIONABLE SECURITIES LITIGATION          07 Civ. 3753 (LAK)

_____

### NOTICE OF THE DESAI GROUP'S WITHDRAWAL OF THEIR MOTION TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that class members Hemant Desai and NY Drugs Inc. (collectively, the "Desai Group"), by its counsel, do hereby withdraw their motion to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel. After review of the competing papers, the Desai Group has determined that it does not appear to have the largest claimed financial interest.

The Desai Group continues to stand ready to serve as lead plaintiff should the Court determine that movants who appear to have a larger financial interest are deemed not typical or adequate.

Dated: July 27, 2007                    Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:    */s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:    (516) 741-4977
Facsimile:    (516) 741-0626

*[Additional Counsel Appear on Next Page]*

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Stuart L. Berman
Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:      (610) 667-7056
Facsimile:      (610) 667-7706

**Proposed Lead Counsel**