**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re OPTIONABLE
SECURITIES LITIGATION

No. 07 Civ. 3753 (LAK)

**MONARCH CAPITAL FUND LTD.'S OPPOSITION TO**
**COMPETING MOTIONS FOR APPOINTMENT**
**OF LEAD PLAINTIFF AND LEAD COUNSEL**

Movant Monarch Capital Fund Ltd. ("Monarch") respectfully submits this opposition to the competing motions for appointment as lead plaintiff and lead counsel.

Of the nine competing motions to appoint lead plaintiff and lead counsel, Monarch's motion is the only one that includes the proposed lead plaintiff with the largest financial interest in the litigation that will not be distracted in the litigation from defending against unique issues with respect to the lead plaintiffs' involvement in the litigation. KLD Investment Management LLC ("KLD") is the only proposed lead plaintiff with a greater financial interest in the litigation,[1] but appears to have come forward as a result of pre-emptive press releases filed by attorneys trolling for clients in order to commence litigation.

On May 10, 2007, KLD's counsel issued a nationwide press release to announce that "it has initiated an investigation into Optionable, Inc.," and that shareholders should call or e-mail the firm to discuss their legal rights. *See* Exhibit A hereto. At the time, KLD's counsel had not filed a lawsuit and there is nothing in the press release claiming

---

[1] Two "groups" of investors, the "Patel Group" and the "Desai Group," claimed larger losses but then withdrew their lead plaintiff motions. *See* Dkt. Nos. 47, 48.

that it had already been retained by any Optionable shareholder to conduct its "investigation."

One day later, KLD's counsel filed a complaint against Optionbale on behalf of plaintiff Alexander Fleiss, alleging that defendants violated Section 11 of the Securities Act, 15 U.S.C. §77k, in conducting an IPO pursuant to a false and misleading registration statement in May 2005. *See* Dkt. No. 1. In their race to the courthouse, however, counsel went ahead and filed a Section 11 case on behalf of Mr. Fleiss even though Mr. Fleiss did not have a valid Section 11 claim. Mr. Fleiss did not purchase in the 2005 IPO, and is precluded from recovery under Section 11 because the price of Optionable stock did not drop below the IPO price. *See* 15 U.S.C. §77k(e) (generally limiting damages to a drop below the IPO price). None of the five other cases filed included a Section 11 claim. Mr. Fleiss remains a plaintiff in the now-consolidated case, but KLD's counsel has since dropped Mr. Fleiss as a proposed lead plaintiff in favor of KLD.

Theses issues – the ability of KLD and its counsel to properly represent the class – will likely become the focus of the litigation, to the detriment of the class. As the institutional investor with the largest losses that is not impaired by such unique defenses, the class would best be served by Monarch's appointment as lead plaintiff. Monarch's estimated losses amount to approximately $863,000, which, while smaller than the losses claimed by KLD, are nonetheless a substantial and highly motivate Monarch to represent the Class undistracted from the unique issues applicable to KLD.

\*   \*   \*

For the foregoing reasons and as set forth in Monarch's opening papers and based on all prior pleadings and proceedings herein, the Court should appoint Monarch Capital

Fund Ltd. as lead plaintiff and its counsel as lead counsel and deny the competing motins for lead plaintiff.

Dated: July 27, 2007

                                  Respectfully submitted,

                                  GARDY & NOTIS, LLP

                                  By:     s/ James S. Notis
                                        James S. Notis (JN-4189)
                                  440 Sylvan Avenue, Suite 110
                                  Englewood Cliffs, New Jersey 07632
                                  Tel: 201-567-7377
                                  Fax: 201-567-7337

                                  *Attorneys for Movant*
                                  *Monarch Capital Fund Ltd.*

# CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system as follows:

Kim Elaine Miller
Email: kimmiller225@yahoo.com
KAHN GAUTHIER SWICK, LLC

*Counsel for plaintiff Alexander Fleiss and movant KLD Investment Management, LLC*


Ronen Sarraf
Email: ronen@sarrafgentile.com
SARRAF GENTILE, LLP

*Counsel for plaintiff Jagdish Patel*


Evan J Smith
Email: esmith@brodsky-smith.com
BRODSKY & SMITH, L.L.C.

*Counsel for plaintiff Edward Peters and movant the Desai Group*


Jeffrey Philip Campisi
Email: jcampisi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP

*Counsel for plaintiff Gerald Manowitz and movant the VLK Group*


Catherine A. Torell
Email: ctorell@cmht.com
Steven Jeffrey Toll
Email: stoll@cmht.com
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

*Counsel for plaintiff Stanley T. Bock*

Jack Gerald Fruchter
Email: JFruchter@FruchterTwersky.com
ABRAHAM FRUCHTER & TWERSKY LLP

David Avi Rosenfeld
Email: drosenfeld@lerachlaw.com
Mario Alba, Jr.
Email: malba@lerachlaw.com
Samuel Howard Rudman
Email: srudman@lerachlaw.com
LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP

*Counsel for plaintiff Jonathan Glaubach and movant Doris Lee Ho*


Robert M. Roseman
Email: rroseman@srk-law.com
SPECTOR, ROSEMAN & KODROFF, P.C.

*Counsel for movant Marc A. Hembrough*


Catherine A. Torell
Email: ctorell@cmht.com
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

*Counsel for movant Ramesh M. Singa*

| | |
|---|---|
| Christine Schessler Poscablo<br>Email: CSPoscablo@kelleydrye.com<br>Kevin James Smith<br>Email: ksmith@kelleydrye.com<br>Mark Scott Gregory<br>Email: mgregory@kelleydrye.com<br>Thomas Benjamin Kinzler<br>Email: tkinzler@kelleydrye.com<br>KELLEY DRYE & WARREN, LLP<br><br>*Counsel for defendant Optionable Inc.* | Lawrence Robert Gelber<br>Email: gelberlaw@aol.com<br><br>*Counsel for defendant Kevin Cassidy*<br><br>Peter Joseph Pizzi<br>Email: ppizzi@connellfoley.com<br>CONNELL FOLEY LLP<br><br>*Counsel for defendant Albert Hemig* |

                                                            s/ James S. Notis
                                                            James S. Notis (JN 4189)
GARDY & NOTIS, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337