# EXHIBIT D

Westlaw.                                                                NewsRoom

7/11/07 NYT C2                                                          Page 1

7/11/07 N.Y. Times C2
2007 WLNR 13087542

New York Times (NY)
Copyright 2007 The New York Times Company

July 11, 2007

Section: C

Milberg Client Pleads Guilty To Taking Pay To File Suits

BLOOMBERG NEWS

A former eye doctor in Beverly Hills, Calif., pleaded guilty yesterday to accepting $6.1 million in secret kickbacks for serving as a lead plaintiff in securities lawsuits filed by Milberg Weiss, a New York investor class-action law firm.

The plea came one day after David J. Bershad became the first partner of the firm to plead guilty in the scheme.

Dr. Steven G. Cooperman, 65, pleaded guilty yesterday in Federal District Court in Los Angeles to one count of conspiracy to obstruct justice and make false statements. Judge John F. Walter set sentencing for June 30, 2008, after a scheduled trial in January of the law firm and a former partner, Steven G. Schulman.

Dr. Cooperman first told prosecutors about the illegal secret payments in 1999 after he was convicted of staging an art theft to collect insurance money. Milberg Weiss and the former partners, Mr. Schulman and Mr. Bershad, were indicted last year, accused of paying clients to sue companies for securities fraud.

The firm and Mr. Schulman have denied the charges. Mr. Bershad pleaded guilty to one count of conspiracy Monday in federal court in Los Angeles. The firm fired him Monday and changed its name from Milberg Weiss & Bershad.

Prosecutors have not decided whether they will ask Dr. Cooperman to testify during the trial in January, said Douglas Axel, an assistant United States attorney. Howard J. Vogel, another named plaintiff in Milberg Weiss's class-action cases, pleaded guilty last year to lying to a court about receiving payments.

Dr. Cooperman's lawyer, Russell M. Gioiella, declined to comment.

The charges against Dr. Cooperman involve a former Milberg Weiss partner, William S. Lerach, who left the firm in 2004 to form Lerach Coughlin Stoia Geller Rudman & Robbins in San Diego. Court filings refer to Partner B and provide information that identifies Mr. Lerach as Partner B.

Mr. Lerach rejected a plea agreement and will leave the firm within two months, people familiar with the matter said Monday.

Photo: Dr. Steven G. Cooperman pleaded guilty yesterday to one count of conspiracy to obstruct justice and make false statements. (Photograph by Tim Rue/Bloomberg News)

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Crime (1CR87); Fraud Report (1FR30); Social Issues (1SO05))

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

7/11/07 NYT C2                                                                 Page 2


REGION:   (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language:  EN

OTHER INDEXING:   (LERACH COUGHLIN STOIA GELLER RUDMAN ROBBINS; MILBERG CLIENT PLEADS GUILTY; MILBERG WEISS; PARTNER)  (Bershad; Cooperman; David J. Bershad; Douglas Axel; Howard J. Vogel; John F. Walter; Lerach; Russell M. Gioiella; Schulman; Steven G. Cooperman; Steven G. Schulman.; Tim Rue; William S. Lerach)

EDITION: Late Edition - Final

Word Count: 434
7/11/07 NYT C2
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.