**SPECTOR, ROSEMAN & KODROFF, P.C.**
Robert M. Roseman
John A. Macoretta
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6612

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OPTIONABLE SECURITIES LITIGATION | : No. 07 Civ. 3753 (LAK) : : |

**NOTICE OF WITHDRAWAL OF MOTION
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS,
AND APPROVAL OF CHOICE OF LEAD COUNSEL**

Plaintiff Marc A. Hembrough hereby withdraws his July 10, 2007 Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Choice of Lead Counsel. After review of the competing papers, Marc A. Hembrough has determined that it does not appear to have the largest claimed financial interest.

Marc A. Hembrough continues to stand ready to serve as lead plaintiff should the Court determine that movants who appear to have a larger financial interest are deemed not typical or adequate.

Dated: July 30, 2007                    Respectfully submitted,

                                               /s/ Robert M. Roseman
                                        Robert M. Roseman
                                        John A. Macoretta
                                        **SPECTOR, ROSEMAN & KODROFF, P.C.**
                                        1818 Market Street, Suite 2500
                                        Philadelphia, PA 19103
                                        Telephone: (215) 496-0300
                                        Facsimile: (215) 496-6612