**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re OPTIONABLE
SECURITIES LITIGATION

No. 07 Civ. 3753 (LAK)

**SECOND DECLARATION OF JAMES S. NOTIS IN FURTHER**
**SUPPORT OF MOTION OF MONARCH CAPITAL FUND LTD.**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

JAMES S. NOTIS declares as follows pursuant to 18 U.S.C. §1746:

1. I am an attorney and admitted to practice before this Court and a partner in the law firm of Gardy & Notis, LLP, counsel for movant Monarch Capital Fund Ltd. ("Monarch"). This second declaration is submitted in further support of Monarch's motion for appointment as lead plaintiff and approval of its selection of Gardy & Notis, LLP as lead counsel.

2. Attached hereto as Exhibit A is a true and correct copy of a printout from the website of KLD Investment Management, LLC ("KLD") under the heading "Investment Research," available at http://kldinvestments.net/investment_research/index.htm.

3. Attached hereto as Exhibit B is a true and correct copy of a printout from KLD's website under the heading "Investment Philosophy," available at http://kldinvestments.net/investment_philosophy/index.htm.

4. Attached hereto as Exhibit C is a true and correct copy of a printout from KLD's website under the heading "Services & Philosophy," available at http://kldinvestments.net/services_and_philosophy/index.htm.

5. Attached hereto as Exhibit D is a true and correct copy of the Court's decision in *Bhojwani v. Pistioulis*, No. 06 Civ. 1361 (CM) (KNF) (SDNY) ("*Top Tankers*"), dated July 30, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of a press release issued by the KLD's counsel, the Kahn Gauthier Swick firm, on May 10, 2007, entitled: "Investor Notice: KGS Announces Investigation on Behalf of Purchasers of Optionable, Inc."

7. Attached hereto as Exhibit F is a true and correct copy of a press release issued by the Kahn Gauthier Swick firm on May 11, 2007, entitled: "INVESTOR ALERT: KGS Announces Initial Filing of Shareholder Class Action Lawsuit Against Optionable, Inc."

8. Attached hereto as Exhibit G is a true and correct copy of the declaration of Joseph Franck of Monarch Capital Fund Ltd.

Dated: August 6, 2007

_____
JAMES S. NOTIS

# CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system as follows:

Kim Elaine Miller
Email: kimmiller225@yahoo.com
KAHN GAUTHIER SWICK, LLC

*Counsel for plaintiff Alexander Fleiss and movant KLD Investment Management, LLC*

Ronen Sarraf
Email: ronen@sarrafgentile.com
SARRAF GENTILE, LLP

*Counsel for plaintiff Jagdish Patel*

Evan J Smith
Email: esmith@brodsky-smith.com
BRODSKY & SMITH, L.L.C.

*Counsel for plaintiff Edward Peters and movant the Desai Group*

Jeffrey Philip Campisi
Email: jcampisi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP

*Counsel for plaintiff Gerald Manowitz and movant the VLK Group*

Catherine A. Torell
Email: ctorell@cmht.com
Steven Jeffrey Toll
Email: stoll@cmht.com
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

*Counsel for plaintiff Stanley T. Bock*

Jack Gerald Fruchter
Email: JFruchter@FruchterTwersky.com
ABRAHAM FRUCHTER & TWERSKY LLP

David Avi Rosenfeld
Email: drosenfeld@lerachlaw.com
Mario Alba, Jr.
Email: malba@lerachlaw.com
Samuel Howard Rudman
Email: srudman@lerachlaw.com
LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP

*Counsel for plaintiff Jonathan Glaubach and movant Doris Lee Ho*

Robert M. Roseman
Email: rroseman@srk-law.com
SPECTOR, ROSEMAN & KODROFF, P.C.

*Counsel for movant Marc A. Hembrough*

Catherine A. Torell
Email: ctorell@cmht.com
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

*Counsel for movant Ramesh M. Singa*

| | |
|---|---|
| Christine Schessler Poscablo<br>Email: CSPoscablo@kelleydrye.com<br>Kevin James Smith<br>Email: ksmith@kelleydrye.com<br>Mark Scott Gregory<br>Email: mgregory@kelleydrye.com<br>Thomas Benjamin Kinzler<br>Email: tkinzler@kelleydrye.com<br>KELLEY DRYE & WARREN, LLP<br><br>*Counsel for defendant Optionable Inc.* | Lawrence Robert Gelber<br>Email: gelberlaw@aol.com<br><br>*Counsel for defendant Kevin Cassidy*<br><br><br>Peter Joseph Pizzi<br>Email: ppizzi@connellfoley.com<br>CONNELL FOLEY LLP<br><br>*Counsel for defendant Albert Hemig* |

                                                      s/ James S. Notis
                                                      James S. Notis (JN 4189)
                                                      GARDY & NOTIS, LLP
                                                      440 Sylvan Avenue, Suite 110
                                                      Englewood Cliffs, New Jersey 07632
                                                      Tel: 201-567-7377
                                                      Fax: 201-567-7337