# EXHIBIT E



**PrimeNewswire, Inc.**

*Source:* Kahn Gauthier Swick, LLC

# Investor Notice: KGS Announces Investigation on Behalf of Purchasers of Optionable, Inc.

NEW ORLEANS, May 10, 2007 (PRIME NEWSWIRE) -- Kahn Gauthier Swick, LLC ("KGS") announces that it has initiated an investigation into Optionable, Inc. ("Optionable" or the "Company") (OTCBB:OPBL) to determine whether it has violated federal securities laws by selling stock pursuant to a materially false and misleading prospectus in or about May, 2005, and by subsequently issuing a series of materially false and misleading statements to shareholders.

After dropping 41% on Wednesday, May 9th, after Optionable's largest trading partner Bank of Montreal announced that it was suspending its relationship with the Company, shares of Optionable sunk to an intraday low of $1.05 per share today, 60% lower than the previous day's close. Today's latest blow came from the New York Mercantile Exchange, which said it plans to compete with Optionable in the commodities trading business.

KGS will investigate Optionable's relationship with Bank of Montreal, the New York Mercantile Exchange, and the adequacy of the Company's disclosure of the true concentration of its customer base, among other issues. If you are an Optionable shareholder or purchased shares in its IPO or shortly thereafter, and would like to discuss your legal rights, you may e-mail or call KGS, without obligation or cost to you. You may contact Managing Partner Lewis Kahn of KGS direct, toll free 1-866-467-1400, ext., 100, or by email at lewis.kahn@kgscounsel.com. KGS focuses its practice on securities fraud litigation, and the firm's lawyers have significant experience working on securities fraud cases that have resulted in significant recoveries for shareholders. For more information on KGS, please visit www.kgscounsel.com.

```
CONTACT:   Kahn Gauthier Swick, LLC
           Lewis Kahn
           866-467-1400, Ext. 100
           lewis.kahn@kgscounsel.com
```

**Keywords: CLASS ACTION LAWSUITS**

PrimeNewswire | Class Action Newsline | Contact Us