# EXHIBIT G

I, Joseph Franck, declare as follows:

1. I am authorized to represent Monarch Capital Fund Ltd. ("Monarch") in this litigation. I make this declaration in support of Monarch's motion for appointment as lead plaintiff in this action.

2. Monarch is a British Virgin Island privately held investment fund which is advised by Monarch Managers Ltd. ("Monarch Managers"). Monarch Managers is an agent of and attorney-in-fact for Monarch and has complete investment authority and full power of attorney and authority to bring suit to recover losses on behalf of Monarch.

3. I am the sole principal of Monarch Managers and have voting and investment control of Monarch. As Monarch's representative, I fully understand the duties and obligations required of a Lead Plaintiff and Monarch is willing to assume such duties on behalf of the class in this action and will strive to achieve the best result possible for all class members.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 9th day of July, 2007 in Melbourne, Australia.

_____
Joseph Franck