UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : | 07 Civ. 3753 (LAK) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, the address for the undersigned counsel for Plaintiff Jagdish Patel has changed. The new address and contact information is:

SARRAF GENTILE LLP
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

Dated: August 13, 2007

Respectfully submitted,

**SARRAF GENTILE LLP**

 /s/ Ronen Sarraf
Ronen Sarraf (RS-7694)
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on August 13, 2007, a true and correct copy of the foregoing was filed using the Court's ECF system which will send notification of such filing to all counsel of record.

                                                                                                    /s/ Ronen Sarraf