Thomas B. Kinzler
Mark S. Gregory
Kevin J. Smith
Christine S. Poscablo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
(212) 808-7897 (fax)

Attorneys for Defendant Optionable, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | 07 Civ. 3753 (LAK) |

### CONSENT TO SUBSTITUTION OF ATTORNEY AND ORDER

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, upon the accompanying Declaration of Christine S. Poscablo, Esq., pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, that the firm of Wilmer Cutler Pickering Hale and Dorr LLP be substituted as attorneys of record for Defendant Optionable, Inc. in the above captioned action in place of Kelley Drye & Warren LLP.

Dated: August 28, 2007

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
Thomas B. Kinzler
Mark S. Gregory
Kevin J. Smith
Christine S. Poscablo
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

WILMER CUTLER PICKERING
HALE and DORR LLP

By: /s/ _____
Michael G. Bongiorno
Coale P. Anderson
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

So Ordered:

_____
U.S.D.J. Part I
8/30/07

LAURA TAYLOR SWAIN U.S.D.J.