**MEMO ENDORSED**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------  :
                                          :
In re OPTIONABLE SECURITIES LITIGATION    :    07 Civ. 3753 (LAK)
                                          :
                                          :
----------------------------------------  :

### NOTICE OF WITHDRAWAL OF THE
### PATEL GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

PLEASE TAKE NOTICE that Plaintiff Jagdish Patel ("Patel" or "Plaintiff") and Movants Robert Leoni, Rosanne Leoni, the Gulati Family Limited Partnership II and Geraldine Gulati (collectively, the "Patel Group"), hereby withdraws its motion for appointment as Lead Plaintiff. Upon review of the competing motions for appointment as Lead Plaintiff, it appears that KLD Investment Management, LLC has the largest financial interest in this litigation and is the most appropriate plaintiff within the meaning of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(a)(3)(B).

Dated: July 27, 2007                      Respectfully submitted,

                                          /s/ Ronen Sarraf
                                          Ronen Sarraf (RS 7694)
                                          **SARRAF GENTILE LLP**
                                          485 Seventh Avenue, Suite 1005
                                          New York, NY 10018
                                          T: 212-868-3610

                                          **SCHATZ NOBEL IZARD P.C.**
                                          Andrew M. Schatz
                                          Jeffrey S. Nobel
                                          Nancy A. Kulesa
                                          20 Church Street, Suite 1700,
                                          Hartford, CT 06103
                                          T: 860-493-6292

                                          Counsel for the Patel Group

Motion withdrawn
SO ORDERED

LEWIS A. KAPLAN, USDJ
9/4/07