UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) |
| STANLEY T. BOCK III, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU, Defendants. | No. 07 Civ. 5948 (LAK) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

## [PROPOSED] ORDER

WHEREAS, Nos. 07 Civ. 3753, 3845, 3877, 4085, and 3884 were consolidated under No. 07 Civ. 3753 by Order dated June 20, 2007 (Docket Entry 13) and Order dated July 3, 2007 (Docket Entry 16) (the "consolidated actions");

WHEREAS, it is anticipated that *Bock v. Optionable Inc., et al.*, 07 Civ. 5948 (LAK) will be consolidated with No. 07 Civ. 3753;

WHEREAS, it is anticipated that a consolidated, amended class action complaint will be filed; and

WHEREAS, the Court has been advised that counsel for defendants have agreed to accept service of the original complaints filed in the consolidated actions and in *Bock* and any consolidated, amended class action complaint, IT IS HEREBY:

      ORDERED that service upon counsel for defendants of the original complaints filed in the consolidated actions and in *Bock* (to the extent they have not already been served and/or have not been properly served) and any consolidated, amended class action complaint shall be good and sufficient service pursuant to Fed. R. Civ. P. 4; and

      ORDERED that defendants shall have no obligation to answer or otherwise respond to the original complaints filed in the consolidated actions and in *Bock*.

Dated: Sept 5, 2007

                                                      Lewis A. Kaplan
                                                    United States District Judge