UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : | Civil Action No. 07 Civ. 3753 (LAK) |
| | : | CLASS ACTION |
| This Document Relates To: | : : | NOTICE OF FIRM NAME CHANGE |
| ALL ACTIONS. | : : | |

# Mailing Information for a Case 1:07-cv-03753-LAK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Lawrence Robert Gelber**
  gelberlaw@aol.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com

- **James Stuart Notis**
  jnotis@gardylaw.com

- **Peter Joseph Pizzi**
  ppizzi@connellfoley.com

- **Robert M. Roseman**
  rroseman@srk-law.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Catherine A. Torell**
  ctorell@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Frederick S. Fox**
Kaplan, Kaplan, Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022

**Donald R. Hall**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

**Lewis Stephen Kahn**
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 12, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

s/ SAMUEL H. RUDMAN
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\DianaH\Lead Captions\Optionable Lead-Con Cap.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2007.

s/ SAMUEL H. RUDMAN
SAMUEL H. RUDMAN (SR-7957)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: srudman@csgrr.com

# Mailing Information for a Case 1:07-cv-03753-LAK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Lawrence Robert Gelber**
  gelberlaw@aol.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com

- **James Stuart Notis**
  jnotis@gardylaw.com

- **Peter Joseph Pizzi**
  ppizzi@connellfoley.com

- **Robert M. Roseman**
  rroseman@srk-law.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Catherine A. Torell**
  ctorell@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Frederick S. Fox**
Kaplan, Kaplan, Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
 New York, NY 10022

**Donald R. Hall**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

**Lewis Stephen Kahn**
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130