UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that, effective immediately, Coale P. Anderson, an associate at the law firm of WilmerHale LLP, admitted to practice in this District and a member in good standing of this Court, will be appearing on behalf of Optionable, Inc. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

                Coale P. Anderson
                WilmerHale LLP
                60 State Street
                Boston, MA  02109
                Tel.:  (617) 526-6000
                Fax.  (617) 526-5000
                coale.anderson@wilmerhale.com

Dated:  September 13, 2007            Respectfully submitted,

                                        WILMERHALE LLP

                                        By:_____/s/ Coale P. Anderson_____
                                           Coale P. Anderson
                                           WilmerHale LLP
                                           60 State Street
                                           Boston, MA  02109
                                           Tel.:  (617) 526-6000
                                           Fax.  (617) 526-5000
                                           coale.anderson@wilmerhale.com

                                           *Counsel for Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 13, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

WILMERHALE LLP

By: ____/s/ Coale P. Anderson_____
    Coale P. Anderson
    60 State Street
    Boston, MA  02109
    Tel.:  (617) 526-6000
    Fax.  (617) 526-5000
    coale.anderson@wilmerhale.com

*Counsel for Optionable, Inc.*

US1DOCS 6359957v1