United States District Court
Southern District of New York
-------------------------------------------------------------x
                                                       )    07 CV 3753 LAK

Alexander Fleiss, Individually And On Behalf )
Of All Others Similarly Situated                )
                                                      )
                    Plaintiff,          )
                                                        )    **Notice of Appearance**
                  - against-           )

Optionable, Inc., Mark Nordlicht, Kevin Cassidy, )
Edward O'Connor, Albert Helmig, and     )
Marc-Andre Boisseau                           )
                                                      )
                   Defendants.        )
-------------------------------------------------------------x

PLEASE TAKE NOTICE that we at McCormick & O'Brien, LLP of 42 West 38th Street, Suite 701, New York, New York 10018 have been retained to represent Edward O'Connor in the above-captioned matter.

Please provide us with any documentation or information we require regarding the above-captioned matter.

                                                                  Liam O'Brien, Esq.
                                                                  McCormick & O'Brien, LLP
                                                                  42 West 38th Street, Suite 701
                                                                  New York, NY 10018

Dated:       New York, New York
               October 16, 2007