UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re OPTIONABLE SECURITIES LITIGATION

This Document Applies to:     All Cases                      07 Civ. 3753 (LAK)

------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      KLD's motion for leave to file a surreply [docket item 60] is denied.

      SO ORDERED.

Dated:     October 24, 2007

_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07