**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | ) ) ) ) ) ) DOCKET NUMBER: 07-cv-3753-LAK ) ) ) HON. LEWIS A. KAPLAN ) ) ) ) ) ) ) ) |

**DECLARATION OF KERWIN DOUGHTON IN SUPPORT OF THE MOTION OF KLD INVESTMENT MANAGEMENT, LLC TO BE APPOINTED LEAD PLAINTIFF, TO APPROVE PROPOSED LEAD PLAINTIFF'S SELECTION OF COUNSEL, AND IN OPPOSITION TO ALL OTHER COMPETING MOTIONS AND PURSUANT TO OCTOBER 16, 2007 ORDER**

KLD Investment Management, LLC, hereby declares as follows through its authorized agent, owner Kerwin Doughton:

1. I am the owner of KLD Investment Management, LLC. I submit this declaration in support of the motion filed by KLD Investment Management, LLC to: (1) be appointed as Lead Plaintiff; and (2) approve Lead Plaintiff's selection of Lead Counsel for the class.

2. KLD Investment Management, LLC is a small investment advisor that has sole discretionary authority to execute its investment recommendations without its clients' prior approval of each specific transaction. Under this authority, KLD Investment Management, LLC may purchase and sell securities in its clients' accounts, including acting on behalf of its clients in all matters necessary or incidental to the handling of the Account.

3. KLD Investment Management, LLC acted as a single investor and purchased all shares of Optionable, Inc. identified in its Certification under KLD Investment Management, LLC's master account with Charles Schwab. Thereafter, KLD Investment Management, LLC allocated Optionable, Inc. shares to its clients' accounts consistent with each client's objectives.

4. Prior to filing its motion for lead plaintiff in this action, KLD Investment Management, LLC possessed the attorney-in-fact authority from each of its clients to file its lead plaintiff motion and maintain this action.

5. Further, prior to filing its motion for lead plaintiff in this action, KLD Investment Management, LLC individually notified each of its clients of the pending securities class action against Optionable, Inc. and received its clients' consent for KLD Investment Management, LLC's to file a motion for lead plaintiff in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

DATED: _____        _____
                                                 KERWIN DOUGHTON

Management, LLC possessed the attorney-in-fact authority from each of its clients to file its lead plaintiff motion and maintain this action.

5. Further, prior to filing its motion for lead plaintiff in this action, KLD Investment Management, LLC individually notified each of its clients of the pending securities class action against Optionable, Inc. and received its clients' consent for KLD Investment Management, LLC's to file a motion for lead plaintiff in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

DATED: 10/29/07           _____ for KLD Investment
                          KERWIN DOUGHTON          Management, LLC