UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : | Civil Action No. 07 Civ. 3753 (LAK) <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : : | NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE MOTION OF DORIS LEE HO FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

Lead Plaintiff movant Doris Lee Ho hereby respectfully submits a copy of the recent decision of the court in *Zerger v. Midway Games, Inc.*, No. 07 C 3797 (Transcript) (N.D. Ill.), that was read into the record on October 16, 2007, as supplemental authority in further support of her motion for appointment as Lead Plaintiff, approval of her selection of Lead Counsel and in response to the arguments raised in opposition by Ramesh M. Singa.

In opposing Ms. Ho's motion, Mr. Singa raised concerns about Ms. Ho's selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as proposed Lead Counsel for the Class in this action.[1]  Singa based his suggestion upon his counsel's speculation regarding Coughlin Stoia's ability to litigate this action.

In *Zerger*, one of the competing movants for Lead Plaintiff there made similar arguments in opposing the motion for Lead Plaintiff filed by clients of Coughlin Stoia.  In squarely rejecting the argument, the Honorable David H. Coar stated:

> [T]he Department of Justice conducted investigations of Mr. Lerach for the events that took place while he was at Milberg Weiss, not Coughlin Stoia.  Coughlin Stoia has not been a target of investigations as far as I'm aware.  And further, Mr. Lerach is no longer employed at that firm.  Coughlin Stoia is otherwise known for its extensive experience litigating securities class actions and has prosecuted numerous securities fraud actions on behalf of injured investors in various courts.

Transcript at *5.

---

[1] At the time that this motion was filed, the law firm of Coughlin Stoia was known as Lerach Coughlin Stoia Geller Rudman & Robbins LLP.  On August 31, 2007, after this motion was fully briefed, William S. Lerach resigned from the firm and the firm name change became effective.  *See* Notice of Firm Name Change, filed September 12, 2007.

- 1 -

In approving the selection of Coughlin Stoia as Lead Counsel, Judge Coar concluded:

> The fact that one former attorney in the firm pled to fraud and activities he engaged in while at another firm does not give rise to impropriety or inadequacy for Coughlin Stoia in the present case.

*Id*. at *6-7.

DATED: November 5, 2007                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP


                                             /s/ *Samuel H. Rudman*
                                             SAMUEL H. RUDMAN

                                           SAMUEL H. RUDMAN
                                           DAVID A. ROSENFELD
                                           MARIO ALBA, JR.
                                           58 South Service Road, Suite 200
                                           Melville, NY  11747
                                           Telephone:  631/367-7100
                                           631/367-1173 (fax)

                                           [Proposed] Lead Counsel for Plaintiffs

I:\Optionable Inc\LP Motion\notice of supp authority.doc