UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | : : : : | Civil Action No. 07 Civ. 3753 (LAK)<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : : | [CORRECTED] NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE MOTION OF DORIS LEE HO FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

Lead Plaintiff movant Doris Lee Ho hereby respectfully submits a copy of the recent decision of the court in *Zerger v. Midway Games, Inc.*, No. 07 C 3797 (Transcript) (N.D. Ill.) (attached hereto as Exhibit A), that was read into the record on October 16, 2007, as supplemental authority in further support of her motion for appointment as Lead Plaintiff, approval of her selection of Lead Counsel and in response to the arguments raised in opposition by Ramesh M. Singa.

In opposing Ms. Ho's motion, Mr. Singa raised concerns about Ms. Ho's selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as proposed Lead Counsel for the Class in this action.[1]  Singa based his suggestion upon his counsel's speculation regarding Coughlin Stoia's ability to litigate this action.

In *Zerger*, one of the competing movants for Lead Plaintiff there made similar arguments in opposing the motion for Lead Plaintiff filed by clients of Coughlin Stoia.  In squarely rejecting the argument, the Honorable David H. Coar stated:

> [T]he Department of Justice conducted investigations of Mr. Lerach for the events that took place while he was at Milberg Weiss, not Coughlin Stoia.  Coughlin Stoia has not been a target of investigations as far as I'm aware.  And further, Mr. Lerach is no longer employed at that firm.  Coughlin Stoia is otherwise known for its extensive experience litigating securities class actions and has prosecuted numerous securities fraud actions on behalf of injured investors in various courts.

Transcript at *5.

---

[1] At the time that this motion was filed, the law firm of Coughlin Stoia was known as Lerach Coughlin Stoia Geller Rudman & Robbins LLP.  On August 31, 2007, after this motion was fully briefed, William S. Lerach resigned from the firm and the firm name change became effective. *See* Notice of Firm Name Change, filed September 12, 2007.

In approving the selection of Coughlin Stoia as Lead Counsel, Judge Coar concluded:

> The fact that one former attorney in the firm pled to fraud and activities he engaged in while at another firm does not give rise to impropriety or inadequacy for Coughlin Stoia in the present case.

*Id*. at *6-7.

| | |
|---|---|
| DATED: November 5, 2007 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |

/s/ *Samuel H. Rudman*
SAMUEL H. RUDMAN

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Optionable Inc\LP Motion\notice of supp authority.doc

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on November 5, 2007, I caused a true and correct copy of the attached:

> [Corrected] Notice of Supplemental Authority in Further Support of the Motion of Doris Lee Ho for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Samuel H. Rudman*
Samuel H. Rudman

OPTIONABLE

Service List - 7/16/2007   (07-0112)

Page 1 of 3

**Counsel For Defendant(s)**

Peter J. Pizzi
Connell Foley LLP
888 7th Avenue
New York, NY  10106
 973/533-4221
 973/535-9217 (Fax)

Christine S. Poscablo
Kevin James Smith
Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
 212/808-7800
 212/808-7897 (Fax)

Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT  06901
 203/324-1400
 203/327-2669 (Fax)

Lawrence R. Gelber
Law Office of Lawrence R. Gelber
34 Plaza Street East, Suite 1107
Brooklyn, NY  11238
 718/638-2383
 718/857-9339 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
 212/279-5050
 212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
 516/741-4977
 516/741-0626 (Fax)

Steven J. Toll
S. Douglas Bunch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
 202/408-4600
 202/408-4699 (Fax)

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
 212/838-7797
 212/838-7745 (Fax)

OPTIONABLE
Service List - 7/16/2007    (07-0112)
Page 2 of 3

| | |
|---|---|
| James S. Notis<br>Gardy & Notis, LLP<br>440 Sylvan Avenue, Suite 110<br>Englewood Cliffs, NJ  07632<br>　201/567-7377<br>　201/567-7337 (Fax) | Lewis S. Kahn<br>Kahn Gauthier Swick, LLC<br>650 Poydras Street, Suite 2150<br>New Orleans, LA  70130<br>　504/455-1400<br>　504/455-1498 (Fax) |
| Kim E. Miller<br>Kahn Gauthier Swick, LLC<br>12 East 41st Street, 12th Floor<br>New York, NY  10017<br>　212/696-3730<br>　504/455-1498 (Fax) | Frederic S. Fox<br>Donald R. Hall<br>Jeffrey P. Campisi<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>　212/687-1980<br>　212/687-7714 (Fax) |
| Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>　631/367-7100<br>　631/367-1173 (Fax) | Ronen Sarraf<br>Joseph Gentile<br>Sarraf Gentile LLP<br>485 Seventh Avenue, Suite 1005<br>New York, NY  10018<br>　212/868-3610<br>　212/918-7967 (Fax) |
| Andrew Schatz<br>Jeffrey S. Nobel<br>Schatz Nobel Izard, P.C.<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>　860/493-6292<br>　860/493-6290 (Fax) | Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>　610/667-7706<br>　610/667-7056 (Fax) |

OPTIONABLE

Service List - 7/16/2007   (07-0112)

Page 3 of 3

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
   215/496-0300
   215/496-6611 (Fax)

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL  33064
   954/570-8989
   954/354-0205 (Fax)

Patricia I. Avery
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
   212/759-4600
   212/486-2093 (Fax)