KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re OPTIONABLE SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) ) ) | NO: 07-CV-3753 (LAK) <br><br> HON. LEWIS A. KAPLAN |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING AMENDED CONSOLIDATED COMPLAINT AND BRIEFING MOTION(S) TO DISMISS

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. Lead Plaintiff, KLD Investment Management, Inc. ("Plaintiff") shall, no later than 30 days following the execution of this stipulation, file an Amended Consolidated Complaint (the "Complaint"), which Complaint will supersede all complaints filed in this action, including but not limited to the complaint filed in *Bock v. Optionable Inc., et al.* (Civ. A. 07-5948), which shall be consolidated with this action or dismissed.

2. Defendants Optionable, Inc., Mark Nordlicht, Kevin Cassidy, Edward J. O'Connor, Albert Helmig, and Marc-Andre Boisseau ("Defendants"), shall, no later than 30 days following service of the Complaint, file any motions to dismiss the Complaint, or otherwise respond to the Complaint.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

1

USIDOCS 6466470v3

3. Lead Plaintiff shall, no later than ~~30~~ 3 days after service of each motion to dismiss, serve and file its opposition.

4. Defendants shall, no later than ~~30~~ 21 days following service of the opposition to any motions to dismiss, serve and file any reply briefs.

Dated: December 18, 2007          Respectfully submitted,

| | |
|---|---|
| **Kahn Gauthier Swick, LLP** | **Wilmer Cutler Pickering Hale & Dorr LLP** |
| By *Kim E. Miller/mc* | By *[signature]* |
| Kim E. Miller (KM-6966) | Michael G. Bongiorno |
| 12 East 41st Street, 12th Floor | Coale Parker Anderson |
| New York, New York 10017 | 399 Park Ave |
| (212) 696-3730 | New York, NY 10022 |
| (504) 455-1498 (fax) | (617) 526-6322 |
| Kim.Miller@kgscounsel.com | (617) 526-5000 (fax) |
| | coale.anderson@wilmerhale.com |
| *Lead Counsel for the Class* | *Attorneys for Defendant Optionable* |
| | |
| **Lawrence R. Gelber** | **McCormick & O'Brien, LLP** |
| By *Lawrence R Gelber/epa* | By *Liam O'Brien/epa* |
| Lawrence R. Gelber, Attorney at Law | Liam O'Brien (LO-3930) |
| 34 Plaza Street East, | Jeffrey B. Silverstein (JS-4818) |
| Suite 1107 | 42 West 38th Street, Suite 701 |
| Brooklyn, New York 11238 | New York, New York 10018 |
| (718) 638-2383 | 212-286-4471 |
| (718) 857-9339 (fax) | 212-504-9574 (fax) |
| gelberlaw@aol.com | lobrien@mcoblaw.com |
| *Attorneys for Defendant Kevin Cassidy* | *Attorneys for Defendant Edward O'Connor* |

USIDOCS 6466470v3

Connell Foley LLP

By *Peter Joseph Pizzi /cpa*
Peter Joseph Pizzi
888 7th Avenue
New York City, NY 10106
973 533 4221
973 535 9217 (fax)
ppizzi@connellfoley.com

*Attorneys for Defendant Albert Helmig*

Curtis, Mallet-Prevost, Colt & Mosle, LLP

By *Eliot Lauer /cpa*
Eliot Lauer
101 Park Avenue
New York, New York 10178-0061
(212) 696-6192
Email: elauer@cm-p.com

*Attorneys for Defendant Mark Nordlicht*

Edwards Angell Palmer & Dodge LLP

By *Laurie E. Morrison /cpa*
Laurie E. Morrison
750 Lexington Avenue
New York, NY 10022-1200
T: (212) 912-2916
F: (212) 308-4844
E: lmorrison@eapdlaw.com

   - and -

John L. Reed
Michael J. Maimone
919 North Market Street, 15th Floor
Wilmington, DE 19801
T. (302) 425-7114
F. (302) 777-7263
E. jreed@eapdlaw.com
   mmaimone@eapdlaw.com

*Attorneys for Defendant Marc-Andre Boisseau*

IT IS SO ORDERED.

December 21, 2007

_____
Honorable Lewis A. Kaplan