Eliot Lauer
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
 & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendant Mark Nordlicht

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :        07 Civ. 3753 (LAK)

In re OPTIONABLE SECURITIES        :
LITIGATION                                            **NOTICE OF APPEARANCE**
                                                :
------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to defendant Mark Nordlicht..

Dated: New York, New York
        January 18, 2008

                                                CURTIS, MALLET-PREVOST,
                                                COLT & MOSLE LLP

                               By: _____ /DRM
                                    Eliot Lauer
                                    Daniel R. Marcus
                                    101 Park Avenue
                                    New York, New York 10178-0061
                                    Tel: (212) 696-6000
                                    Fax: (212) 697-1559

                                    Attorneys for Defendant Mark Nordlicht

4254455v1