Eliot Lauer
Daniel R. Marcus
CURTIS, MALLET-PREVOST, COLT
  & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for Defendant Mark Nordlicht

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :   07 Civ. 3753 (LAK)
In re OPTIONABLE SECURITIES                                 :
LITIGATION                                                  :   **NOTICE OF APPEARANCE**
                                                            :
                                                            :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to

defendant Mark Nordlicht..

Dated: New York, New York
       January 18, 2008

                                        CURTIS, MALLET-PREVOST,
                                        COLT & MOSLE LLP

                           By: _____
                                        Eliot Lauer
                                        Daniel R. Marcus
                                        101 Park Avenue
                                        New York, New York 10178-0061
                                        Tel: (212) 696-6000
                                        Fax: (212) 697-1559

                                        Attorneys for Defendant Mark Nordlicht

4254455v1