UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re OPTIONABLE SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | No. 07 Civ. 3753 (LAK) |

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Please enter the withdrawal of Coale P. Anderson of WilmerHale LLP as counsel of record in this case for Defendant Optionable, Inc.

        Respectfully Submitted,

        WILMERHALE LLP


        By:_____ /s/ Coale P. Anderson_____
        Coale P. Anderson
        WilmerHale LLP
        60 State Street
        Boston, MA  02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        coale.andersom@wilmerhale.com

Dated: February 14, 2008

US1DOCS 6557584v1

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 14, 2008, a copy of the foregoing Request for Withdrawal as Counsel on Behalf of Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

       WILMERHALE LLP

       By:    /s/ Coale P. Anderson
       Coale P. Anderson
       WilmerHale LLP
       60 State Street
       Boston, MA 02109
       Tel: (617) 526-6000
       Fax: (617) 526-5000
       coale.andersom@wilmerhale.com