Eliot Lauer
Daniel R. Marcus
Rachael Yocum
CURTIS, MALLET-PREVOST, COLT
 & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559

*Attorneys for Defendant Mark Nordlicht*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                            :
In re OPTIONABLE SECURITIES          :    07 Civ. 3753 (LAK)
LITIGATION                                            :
                                                            :
                                                            :
-----------------------------------------------------------X

### AFFIDAVIT OF ELIOT LAUER IN SUPPORT OF MARK NORDLICHT'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK  )

Eliot Lauer, being duly sworn, deposes and says:

I am a member of the bar of this Court and of the firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Mark Nordlicht in the above-captioned action. I submit this affidavit in support of Mark Nordlicht's Motion to Dismiss the Consolidated Amended Class Action Complaint.

1. Exhibit 1 is a true and correct copy of the Consolidated Amended Class Action Complaint in this Action.

2.  Exhibit 2 is a true and correct copy of the Form 8-K filed by Optionable, Inc. with the Securities and Exchange Commission on January 22, 2007.

3.  Exhibit 3 is a true and correct copy of the Form 10-KSB filed by Optionable, Inc. with the Securities and Exchange Commission on March 23, 2007.

4.  Exhibit 4 is a true and correct copy of a press release issued by NYMEX Holdings, Inc. on May 14, 2007.

5.  Exhibit 5 is a true and correct copy of the Form 8-K filed by Optionable, Inc. with the Securities and Exchange Commission on April 10, 2007.

_____
Eliot Lauer

Sworn to before me this
15th day of February 2008

_____
Notary Public

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 20 11