UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re OPTIONABLE SECURITIES                                 :     07 Civ. 3753 (LAK)
LITIGATION                                                  :
                                                            :
                                                            :
------------------------------------------------------------X


**DEFENDANT KEVIN CASSIDY'S
MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS
<u>THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT</u>**


LAWRENCE R. GELBER
ATTORNEY AT LAW
THE VANDERBILT PLAZA
34 PLAZA STREET – SUITE 1107
BROOKLYN, NEW YORK 11238

www.GelberLaw.net
Phone: (718) 638 2383  Fax: (718) 857 9339
GelberLaw@aol.com    Cell: (917) 992 3596

# TABLE OF CONTENTS

| Section | Page No. |
|---|---|
| Table of Contents | i |
| Table of Authorities | iii |
| Introduction | 1 |
| Preliminary Statement | 2 |
| Summary of Allegations of the Complaint | 2 |
| BACKGROUND INFORMATION | 4 |
|     Optionable, Inc. | 4 |
|     Kevin Cassidy | 4 |
| The Timing of Public Disclosure versus Plaintiffs' Transactions | 6 |
|     KLD Investment Management, LLC | 6 |
|     Boyer | 6 |
| LEGAL ARGUMENT | 8 |
| I.   THE COMPLAINT FAILS TO STATE A CLAIM | 8 |
| A.  Standards of Review | 8 |
| B.  The Complaint Fails to Plead a Section 10 (b) or Rule 10b-5 Claim | 10 |
|     1. The Complaint Fails To Identify Any Erroneously Priced Options | 10 |
|     2. The Degree Of BMO's Business Was Long Disclosed | 12 |
|     3. All OPEX Risks Were Repeatedly Disclosed | 13 |
|     4. The NYMEX Transaction Was Fully Disclosed | 14 |
|     5. OPBL Had No Duty to Disclose Cassidy's History | 14 |
|         a. Sarbanes-Oxley and the Form 10-KSB | 17 |
| C.  The Complaint Fails to Plead Scienter | 18 |

**Section**                                                      **Page No.**

D.     The Fraud on the Market Claim Fails ……..…..……………….…..22

E.     The Complaint Fails to Adequately Allege Loss Causation ….....…24

II.     THE CONTROL PERSON LIABILITY CLAIMS FAIL …………..………26

III.     PLAINTIFF BOYER'S INSIDER TRADING CLAIM FAILS …....….…28

CONCLUSION ……………………………………………………...……..31

# TABLE OF AUTHORITIES

**CASE**                                                                                     **Page No.**

*Abbad v. Amman*, 285 F. Supp.2d 411, 415 (S.D.N.Y 2003) ......................20,21

*Acito v. IMCERA Group, Inc.*, 47 F.3d 47, 52 (2d Cir. 1995) ....................18

*Aponte-Torres v. University of P.R.*, 445 F.3d 50, 55 (1st Cir. 2006) ..........8

*Associated Gen. Contractors of Cal., Inc. v. California State Council of Carpenters*, 459 U.S. 519, 528 n.17, 103 S. Ct. 897 (1983)    .9

*ATSI Communications, Inc. v. Shaar Fund, Ltd.* 493 F.3d 87 (2d Cir. 2007) ................................................................8,9,10, 27

*Backman v. Polaroid Corp.*, 910 F.2d 10, 16 (1st Cir. 1990) ....................18

*Basic v. Levinson* 485 U.S. 224, 108 S. Ct. 978 (1988)    ....................22

*Beck v. Manufacturers Hanover Trust Co.*, 820 F.2d 46, 50 (2d Cir. 1987)    ............................................................21n.20

*Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1965 (2007)    ....................9

*Boguslavsky v. Kaplan,* 159 F.3d 715, 720 (2d Cir. 1998)    ....................27

*Burke v. Jacoby* , 981 F.2d 1372 (2d Cir. 1992) ......................................24

*Chiarella v. United States*, 445 U.S. 222, 227-28, 100 S. Ct. 1108, 63 L. Ed. 2d 348 (1980)    ......................................14, 15

*Chill v. Gen. Elec. Co.*, 101 F.3d 263, 267 & 18 n.5 (2d Cir. 1996)    ..........18, 19

*Cantor Fitzgerald, Inc.* v. *Lutnick*, 313 F.3d 704, 709 (2d Cir. 2002) ..........8

*Christoffel v. E.F. Hutton & Co.*, 588 F.2d 665, 668 (9th Cir. 1978)    ..........27

*Citibank, N.A. v. K-H Corp.* 968 F.2d 1489 (2d Cir. 1992)    ....................24

*Clay v. Riverwood Intern. Corp.* 964 F. Supp. 1559 (N.D. Ga. 1997) aff'd 157F.3d 1381 ...................................................................28

*Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S. Ct. 99 (1957)    ....................8

**CASE**                                                                                                    **Page No**.

*Connett v. Justus Enterprises of Kansas, Inc.*, 68 F.3d 382
(10th Cir. 1995) cert. denied 116 S. Ct. 1018, 134 L. Ed.2d 98 (1995)      .15

*Cortec Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 48 (2d Cir. 1991)
*cert. denied*, 112 S. Ct. 1561 (1992)     ………………………………………….4n.5

*De Jesus v. Sears, Roebuck & Co.*, 87 F.3d 65, 70 (2d Cir. 1996)   ……….8

*Denny v. Barber*, 576 F.2d 465, 470 (2d Cir. 1978 (Friendly, J)    ……….20

*Double Alpha, Inc. v. Mako Partners, L.P.*,
Fed. Sec. L. Rep. ¶ 91,033 (S.D.N.Y. July 27, 2000)   ………………………20

*Dura Pharmaceuticals v. Broudo*,
544 U.S. 336, 125 S. Ct. 1627 (2005)    ……………………………………….9,10,24,25n.22

*Ernst & Ernst v. Hochfelder*, 425 U.S. 185, 193 n.12,
96 S. Ct. 1375 (1976)    ……………………………………………………..19

*eSpeed, Inc. Securities Litigation*, 457 F. Supp. 2d 266 (S.D.N.Y. 2006)   ..4n.5, 24

*Faulkner v. Verizon Comm*, 189 S. Supp. 2d 161, 168 (S.D.N.Y. 2002)   ..4n.5

*Fitzer v. Security Dynamics Technologies, Inc.*
119 F. Supp.2d 12, 24 (D. Mass. 2000)   ……………………………………24

*Hart v. Internet Wire, Inc.*, 50 Fed. Appx. 464, 466 (2d Cir. 2002)   ………..20

*H. L. Federman & Co. v. Greenberg*,
405 F. Supp. 1332 (S.D.N.Y. 1975)    ……………………………………15

*In re Alstom SA Sec. Litig.*, 454 F. Supp. 2d 187, 197 (S.D.N.Y. 2006)   ..19

*In re Axis Capital Holdings Ltd. Sec. Litig.*,
456 F. Supp. 2d 576, 591-92 (S.D.N.Y. 2006)   ………………………………12n.9

*In re BISYS Securities Litigation*, 397 F. Supp. 2d 430, 442
(S.D.N.Y. 2005)(Kaplan, J.)…………………………………………………12n.9

*In re Bristol-Meyers Squibb Sec. Litig.*,
312 F. Supp.2d 549, 559 (S.D.N.Y. 2004)    ………………………………24

**CASE**                                                                                                 **Page No**.

*In re Initial Public Offering Sec. Litig.*,
241 F. Supp. 2d 281, 354-55 (S.D.N.Y. 2003) ............................................25n.22

*In re MicroStrategy Inc. Sec. Litig.,* 110 F. Supp. 2d 427, 437
 (E.D. Va. 2000) ...........................................................................................23

*In re NTL, Inc. Securities Litigation*, 347 F. Supp. 2d 15, 26-27
 (S.D.N.Y. 2004 (Kaplan, J.) ………………………………………………….21

*In re OPUS360 Corp. Sec. Litig.*, No.01 Civ. 2938 (JGK)(JCF),
2002 WL 3190157, at *8 (S.D.N.Y. Oct 2, 2002) …………………………14

*In re Parmalat Securities Litigation*,
376 F. Supp.2d 472 (S.D.N.Y 2005)(Kaplan, J.) …………………………8, 24

*In re Safeguard Scientifics,* 216 F.R.D. 577 (E.D. Pa. 2003) ………………22,23

*In re Scholastic Corp. Sec. Litig.*, 252 F.3d 63, 72 (2d Cir. 2001) ............21

*In re Sierra Wireless*, 482 F. Supp. 2d 365, 373 (S.D.N.Y 2007) ……….23

*In re Wet Seal, Inc., Sec. Litig.*
518 F. Supp.2d 1148, 1168 (C.D. Cal. 2007) ………………………………..24

*Internet Law Library, Inc. v. Southridge Capital Mgmt., LLC*, No. 01
Civ. 6600 (RLC), 2007WL 1222583, at *4 (S.D.N.Y. Apr. 25, 2007) ……….26

*Lapin v. Goldman Sachs Group, Inc .*, No. 04-2236,
2006 WL 2850226, at *19 (SDNY Sept. 29, 2006) …………………………27

*Leeds v. Meltz* 85 F.3d 51, (2d Cir. 1996) ………………………………8

*Lentell v. Merrill Lynch & Co.*, 369 F.3d 161, 175 (2d Cir. 2005) ……….24

*Levitin v. PaineWebber, Inc.*, 159 F.3d 698 (2d Cir. 1998) ………………7n.7

*Lorenz v. CSX Corp.*, 1 F.3d 1406 (3d Cir. 1993) ………………………15

*Luce v. Edelstein*, 802 F.2d 49, 54 (2d Cir. 1986) ………………………8

*Milton v. Van Dorn Co.*, 961 F.2d 965 (1st Cir. 1992) ………………………15

*Morse v. Lower Merion Sch. Dist.*, 132 F.3d 902, 906 (3d Cir. 1997) ……….8

**CASE**                                                                                             **Page No**.

*New York Mercantile Exchange v. Intercontinental Exchange*,
497 F.3d 109 (2nd Cir. 2007) ...................................................................11

*Novak v. Kasaks*, 216 F.3d 300 (2d Cir. 2000) ........................................9, 21

*Odyssey Re (London) Ltd. v. Stirling Cooke Brown Holdings Ltd.*, 85
F. Supp. 2d 282, 293 (S.D.N.Y. 2000), *aff'd,* 242 F.3d 366 (2d Cir. 2001)  ..9

*Payne v. DeLuca*, 433 F. Supp. 2d 547, 599 (W.D. Pa. 2006) ...........24

*Rombach v. Chang*, 355 F.3d 164, 174-75 (2d Cir. 2004) ...................19, 23

*Romine v. Acxiom Corp.*, 296 F.3d 701 (8th Cir. 2002) .............................14

*Sable v. Southmark / Envicon Capital Corp.*
819 F. Supp. 324 (E.D.N.Y 1993) ................................................................13

*San Leandro Emergency Medical Group Profit Sharing
Plan v. Philip Morris Cos.*, 75 F.3d 801, 808 (2d Cir. 1996) ....................10

*Scheuer v. Rhodes*, 416 U.S. 232, 236, 94 S. Ct. 1683 (1974)   ............8

*SEC v. First Jersey Secs. Inc.*, 101 F.3d 1450, 1467 (2d Cir. 1996) ...........19, 27

*Shields v. Citytrust Bancorp, Inc.*, 25 F.3d 1124, 1129 (2d Cir. 1994)   ..20

*Shaw v. Digital Equipment,* 82 F.3d 1194 (1st Cir. 1996) ....................23

*Suna v. Bailey Corp.,* 107 F.3d 64, 72 (1st Cir. 1997)  .............................28

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*,
551 U.S. _,  127 S. Ct. 2499, 2504-2505 (2007)   ………………...19

*Wollins v. Antman*, 989 F. Supp. 989 (E.D.N.Y 1986) ............................13

*Xerion Partners I LLC v. Resurgence Asset Mgmt., LLC,*
474 F. Supp. 2d 505, 516 (S.D.N.Y. 2007)   ...........................................9, 21

**STATUTES   RULES   REGULATIONS**                                       **Page No**.

Commodity Exchange Act §2(h)(3)-(5) …………………………………………4

Federal Rules of Civil Procedure Rule 9(b)   …………………………1,8,9,10,20,27

Federal Rules of Civil Procedure Rule 12(b)(6) ………………………………1, 8

Securities Act of 1933   ……………………………………………………...15,27

Securities Act of 1933, Rule 232   ……………………………………………17n.16

Securities Act of 1933, Section 11   …………………………………………..26

Securities Act of 1933, Section 12   …………………………………………..26

Securities Act of 1933, Section 15   …………………………………………..26

Securities Exchange Act of 1934 ……………………………………………..15

Securities Exchange Act of 1934 Rule 10b-5   …………………………….2, 10,15, 27

Securities Exchange Act of 1934 Rule 12b–2   ……………………………….17

Securities Exchange Act of 1934 Rule 14a-3(b)   ………………………..16

Securities Exchange Act of 1934 §10(b) …………………………………….2, 10, 27

Securities Exchange Act of 1934 §13(a) …………………………………….17, 17n.17

Securities Exchange Act of 1934 §15(d) …………………………………….17, 17n.17

Securities Exchange Act of 1934 §20(a) …………………………………….2,26, 27, 28

Securities Exchange Act of 1934 §20A   ……………………………………..2, 28

Securities Exchange Act of 1934 §20A(b)(1)   ……………………………..29

Securities Exchange Act of 1934 § 21D(b)   …………………………..1, 9, 10

Securities Exchange Act of 1934 § 21D(b)(3)   ……………………………..18

**STATUTES   RULES   REGULATIONS**                                        <u>Page No</u>.

17 C.F.R. § 36.3 .................................................................................2

17 C.F.R. § 78j(b) ..............................................................................10

17 C.F.R. § 228.10(a) ........................................................................15

17 C.F.R. § 228.401(d) ......................................................................15

17 C.F.R. § 229.401 ...........................................................................16

17 C.F.R. § 229.401(f) .......................................................................15n.13

17 C.F.R. § 230.232 ...........................................................................17n.16

17 C.F.R. § 240.10b-5 ........................................................................10

17 C.F.R. § 240.12b–2 .......................................................................17

17 C.F.R. § 240.14a-3 ........................................................................16

17 C.F.R. § 249.310b ..........................................................................17

7 U.S.C. § 2(h)(3)-(5) .........................................................................2

15 U.S.C. §§77-78 .............................................................................1n.1

15 U.S.C. §78t(a) ...............................................................................26

15 U.S.C. §78t-1 ................................................................................28

15 U.S.C. §§78u-4 .............................................................................25n.22

15 U.S.C. §§78u-4(b)(1)(B) ...............................................................9

15 U.S.C. §§78u-4 (b)(2) ...................................................................9

15 U.S.C. §§78u-4 (b)(3) ...................................................................18

15 U.S.C. §§78u-4 (b)(3)(A) ..............................................................9

**STATUTES  RULES  REGULATIONS**                           **Page No.**

15 U.S.C. §7241 ...................................................................17

18 U.S.C. §1964 ..................................................................1n.1

CFTC Regulation 36.3 .........................................................4

Private Securities Litigation Reform Act of 1995 (PSLRA) ..........1,9,18,22,27

Pub. L. No. 104-67, 109 Stat. 73  7 ...................................1n.1

Regulation S-B ....................................................................15, 16n.15

Regulation S-B, Item 10 .....................................................15

Regulation S-B, Item 401 ...................................................15

Regulation S-K, Item 401 ...................................................16

Regulation S-K, Item 401(f) ...............................................16n.15

Sarbanes-Oxley Act of 2002 ...............................................17

Sarbanes-Oxley Act of 2002, Section 302 .........................17

Sarbanes-Oxley Act of 2002, Section 302(a)(5)(A) ...........17