UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**OPTIONABLE, INC. SECURITIES LITIGATION** | No. 07-cv-3753 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I certify that I have this 15h day of February 2008 served the foregoing Notice of Motion to Dismiss, defendant Albert Helmig's Memorandum Of Law In Support Of Motion To Dismiss The Consolidated Amended Complaint, and Declaration of Peter J. Pizzi and the exhibits annexed thereto, upon all parties by causing true and correct copies to be delivered to all counsel of record by the Court's ECF system.

DATED:    New York, New York
          February 15, 2008

Respectfully yours,

CONNELL FOLEY LLP

By:    */s/ Peter J. Pizzi*
       Peter J. Pizzi
888 Seventh Avenue
New York, NY  10106
Telephone: (212) 262-2390
Facsimile:   (212) 262-3118

Attorneys for Defendant Albert Helmig