Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
212-330-8800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                      :
In re OPTIONABLE, INC. SECURITIES   :      No. 07 Civ. 3753 (LAK)
LITIGATION                                            :
                                                      :      ORAL ARGUMENT REQUESTED
------------------------------------------------------x

## DEFENDANT OPTIONABLE, INC.'S NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Optionable's Motion to Dismiss the Consolidated Class Action Complaint, the Declaration of Michael G. Bongiorno in support of Defendant Optionable's Motion to Dismiss the Consolidated Class Action Complaint, dated February 15, 2008, and all prior proceedings had herein, Defendant Optionable, Inc., by and through its undersigned counsel, will move before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Consolidated Class Action Complaint with prejudice pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
        February 15, 2008

                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                    By: /s/ Michael G. Bongiorno
                                        Michael G. Bongiorno
                                        399 Park Avenue
                                        New York, New York 10022
                                        Tel.: 212-230-8800
                                        Fax: 212-230-8888
                                    *Attorney for Defendant Optionable, Inc.*