Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
212-330-8800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
:
In re OPTIONABLE, INC. SECURITIES  :     No. 07 Civ. 3753 (LAK)
LITIGATION                                         :
:     ORAL ARGUMENT REQUESTED
------------------------------------------------------x

**DECLARATION OF MICHAEL G. BONGIORNO IN SUPPORT OF DEFENDANT OPTIONABLE, INC.'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael G. Bongiorno, hereby declare under penalty of perjury as follows:

1. I am an attorney at the firm of Wilmer Cutler Pickering Hale and Dorr, LLP, counsel for Defendant Optionable, Inc. ("Optionable") in the above-captioned action. I respectfully submit this Declaration in further support of Optionable's Motion to Dismiss the Consolidated Amended Class Action Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the Consolidated Amended Class Action Complaint in this case.

3. Attached hereto as Exhibit B is a true and correct copy of Form 10-KSB filed with the SEC on March 23, 2007 by Optionable.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt of Form 8-K filed with the SEC on April 10, 2007 by Optionable at EX-99.

5. Attached hereto as Exhibit D is a true and correct copy of Form 4 filed with the SEC by Kevin Cassidy on April 10, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of Form 4 filed with the SEC by Mark Nordlicht on April 11, 2007.

7. Attached hereto as Exhibit F is a true and correct copy of Form 4 filed with the SEC by Edward O'Connor on April 11, 2007.

8. Attached hereto as Exhibit G is a true and correct copy of LEXIS Historical Stock Prices for Optionable from September 17, 2005 through January 16, 2008.

9. Attached hereto as Exhibit H is a true and correct copy of Form 8-K filed with the SEC on May 9, 2007 by Optionable.

10. Attached hereto as Exhibit I is a true and correct copy of *Statement from NYMEX Holdings Regarding Optionable,* NYMEX Press Release, May 14, 2007.

11. Attached hereto as Exhibit J is a true and correct copy of Form 10-QSB filed with the SEC by Optionable on August 14, 2007.

12. Attached hereto as Exhibit K is a true and correct copy of BMO's April 27, 2007 Press Release.

13. Attached hereto as Exhibit L is a true and correct copy of *Report Flagged BMO Loss*, National Post's Financial Post & FP Investing, May 10, 2007, at FP 1.

14. Attached hereto as Exhibit M is a true and correct copy of BMO 190th Annual Report 2007.

15. Attached hereto as Exhibit N is a true and correct copy of *BMO raises trading loss to $680 million*, The Gazette, May 18, 2007.

16. Attached hereto as Exhibit O is a true and correct copy of Platinum's Form S-1 filed with the SEC on June 10, 2005.

17.     Attached hereto as Exhibit P is a true and correct copy of Optionable's January 22, 2007 Press Release.

Dated:  New York, New York
        February 15, 2008

                      WILMER CUTLER PICKERING
                      HALE AND DORR LLP

By: /s/ Michael G. Bongiorno
    Michael G. Bongiorno
    399 Park Avenue
    New York, New York 10022
    Tel.: 212-230-8800
    Fax: 212-230-8888

*Attorney for Defendant Optionable, Inc.*