*Historical Quotes* Data Supplied by **SUNGARD**

OPBL – Optionable Incorporated (OTC Bulletin Board)

**Currency:** Currency as reported (CAR)    **Frequency:** Daily prices

**Date(s):** 09/17/2005 - 01/16/2008    **Exchange:** OTC Bulletin Board

| Date | Close | High | Low | Volume |
|------|-------|------|-----|--------|
| 09/19/2005 | 1.00 | NA | 1.00 | NA |
| 09/20/2005 | 1.00 | NA | 1.00 | NA |
| 09/21/2005 | 1.00 | NA | 1.00 | NA |
| 09/22/2005 | 1.00 | NA | 1.00 | NA |
| 09/23/2005 | 1.00 | NA | 1.00 | NA |
| 09/26/2005 | 1.00 | NA | 1.00 | NA |
| 09/27/2005 | 1.00 | 1.00 | 1.00 | 1,000 |
| 09/28/2005 | 1.25 | 1.25 | 1.25 | 1,000 |
| 09/29/2005 | 1.10 | 1.10 | 1.10 | 4,000 |
| 09/30/2005 | 0.85 | 1.55 | 0.85 | NA |
| 10/03/2005 | 0.85 | 1.55 | 0.85 | NA |
| 10/04/2005 | 0.85 | 1.55 | 0.85 | NA |
| 10/05/2005 | 1.15 | 1.15 | 1.15 | 1,000 |
| 10/06/2005 | 1.05 | 1.50 | 1.05 | NA |
| 10/07/2005 | 1.05 | 1.50 | 1.05 | NA |
| 10/10/2005 | 1.25 | 1.50 | 1.25 | NA |
| 10/11/2005 | 1.10 | 1.50 | 1.10 | NA |
| 10/12/2005 | 1.10 | 1.50 | 1.10 | NA |
| 10/13/2005 | 1.00 | 1.10 | 1.00 | 2,000 |

| | | | | |
|---|---|---|---|---|
| 10/14/2005 | 1.15 | NA | 1.15 | NA |
| 10/17/2005 | NA | NA | NA | NA |
| 10/18/2005 | 0.60 | NA | 0.60 | NA |
| 10/19/2005 | 0.40 | 1.50 | 0.40 | NA |
| 10/20/2005 | 0.40 | 1.50 | 0.40 | NA |
| 10/21/2005 | 1.40 | 1.40 | 1.10 | 2,000 |
| 10/24/2005 | 1.25 | 1.40 | 1.10 | 8,000 |
| 10/25/2005 | 1.25 | 1.25 | 1.25 | 3,500 |
| 10/26/2005 | 1.01 | 1.01 | 1.01 | 500 |
| 10/27/2005 | 1.05 | 1.35 | 1.01 | 6,000 |
| 10/28/2005 | 0.90 | 1.35 | 0.90 | NA |
| 10/31/2005 | 0.90 | 1.35 | 0.90 | NA |
| 11/01/2005 | 0.85 | 1.15 | 0.85 | NA |
| 11/02/2005 | 0.85 | 1.15 | 0.85 | NA |
| 11/03/2005 | 0.85 | 1.15 | 0.85 | NA |
| 11/04/2005 | 0.85 | 1.15 | 0.85 | NA |
| 11/07/2005 | 1.15 | 1.15 | 1.15 | 500 |
| 11/08/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/09/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/10/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/11/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/14/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/15/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/16/2005 | 0.855 | 1.15 | 0.855 | NA |

| | | | |
|---|---|---|---|
| 11/17/2005 | 0.855 | 1.15 | 0.855 | NA |
| 11/18/2005 | 1.15 | 1.15 | 1.15 | 1,000 |
| 11/21/2005 | 0.85 | 1.10 | 0.85 | NA |
| 11/22/2005 | 0.85 | 1.00 | 0.85 | NA |
| 11/23/2005 | 0.85 | 1.00 | 0.85 | NA |
| 11/24/2005 | NA | NA | NA | NA |
| 11/25/2005 | 0.85 | 1.00 | 0.85 | NA |
| 11/28/2005 | 0.85 | 1.00 | 0.85 | NA |
| 11/29/2005 | 0.85 | 1.00 | 0.85 | NA |
| 11/30/2005 | 1.15 | 1.15 | 1.15 | 500 |
| 12/01/2005 | 1.10 | 1.15 | 1.10 | 2,000 |
| 12/02/2005 | 0.85 | 0.85 | 0.85 | 1,000 |
| 12/05/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/06/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/07/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/08/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/09/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/12/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/13/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/14/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/15/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/16/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/19/2005 | 0.85 | 1.15 | 0.85 | NA |
| 12/20/2005 | 0.85 | 1.15 | 0.85 | NA |

| | | | |
|---|---|---|---|
| 12/21/2005 | 0.95 | 0.95 | 0.85 | 2,000 |
| 12/22/2005 | 0.75 | 1.20 | 0.75 | NA |
| 12/23/2005 | 0.75 | 1.20 | 0.75 | NA |
| 12/26/2005 | NA | NA | NA | NA |
| 12/27/2005 | 0.75 | 1.20 | 0.75 | NA |
| 12/28/2005 | 0.75 | 1.20 | 0.75 | NA |
| 12/29/2005 | 0.75 | 1.20 | 0.75 | NA |
| 12/30/2005 | 1.05 | 1.20 | 1.05 | NA |
| 01/02/2006 | NA | NA | NA | NA |
| 01/03/2006 | 1.05 | 1.05 | 1.05 | 500 |
| 01/04/2006 | 0.61 | 1.01 | 0.61 | NA |
| 01/05/2006 | 0.61 | 1.01 | 0.61 | NA |
| 01/06/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/09/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/10/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/11/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/12/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/13/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/16/2006 | NA | NA | NA | NA |
| 01/17/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/18/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/19/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/20/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/23/2006 | 0.65 | 1.01 | 0.65 | NA |

| | | | |
|---|---|---|---|
| 01/24/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/25/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/26/2006 | 0.65 | 1.01 | 0.65 | NA |
| 01/27/2006 | 1.50 | 1.50 | 1.01 | 2,000 |
| 01/30/2006 | 0.75 | 1.30 | 0.75 | NA |
| 01/31/2006 | 0.95 | 1.00 | 0.90 | 10,000 |
| 02/01/2006 | 0.85 | 1.00 | 0.85 | NA |
| 02/02/2006 | 0.85 | 1.00 | 0.85 | NA |
| 02/03/2006 | 0.85 | 1.00 | 0.85 | NA |
| 02/06/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/07/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/08/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/09/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/10/2006 | 0.95 | 0.95 | 0.95 | 500 |
| 02/13/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/14/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/15/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/16/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/17/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/20/2006 | NA | NA | NA | NA |
| 02/21/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/22/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/23/2006 | 0.95 | 0.95 | 0.95 | 500 |
| 02/24/2006 | 0.95 | 0.95 | 0.95 | 500 |

| | | | |
|---|---|---|---|
| 02/27/2006 | 0.85 | 0.95 | 0.85 | NA |
| 02/28/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/01/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/02/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/03/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/06/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/07/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/08/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/09/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/10/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/13/2006 | 0.90 | 0.90 | 0.90 | 500 |
| 03/14/2006 | 0.85 | 0.95 | 0.85 | NA |
| 03/15/2006 | 0.95 | 0.95 | 0.95 | 2,500 |
| 03/16/2006 | 1.02 | 1.15 | 0.85 | 155,200 |
| 03/17/2006 | 1.05 | 1.10 | 1.00 | 92,580 |
| 03/20/2006 | 1.00 | 1.20 | 1.00 | 64,080 |
| 03/21/2006 | 1.02 | 1.07 | 1.02 | 4,800 |
| 03/22/2006 | 1.00 | 1.02 | 1.00 | 1,800 |
| 03/23/2006 | 1.03 | 1.06 | 1.02 | 4,200 |
| 03/24/2006 | 1.00 | 1.00 | 1.00 | 6,500 |
| 03/27/2006 | 0.90 | 1.00 | 0.90 | NA |
| 03/28/2006 | 0.90 | 0.95 | 0.90 | 2,950 |
| 03/29/2006 | 0.90 | 0.95 | 0.82 | 19,000 |
| 03/30/2006 | 0.85 | 0.90 | 0.85 | NA |

| | | | |
|---|---|---|---|
| 03/31/2006 | 0.90 | 0.90 | 0.85 | 5,800 |
| 04/03/2006 | 0.90 | 0.90 | 0.90 | 2,280 |
| 04/04/2006 | 0.85 | 0.90 | 0.85 | 1,550 |
| 04/05/2006 | 0.85 | 0.85 | 0.85 | 13,200 |
| 04/06/2006 | 0.85 | 0.85 | 0.85 | 6,000 |
| 04/07/2006 | 0.83 | 0.83 | 0.83 | 2,000 |
| 04/10/2006 | 0.83 | 0.83 | 0.83 | 500 |
| 04/11/2006 | 0.85 | 0.85 | 0.83 | 6,100 |
| 04/12/2006 | 0.80 | 1.00 | 0.80 | 15,070 |
| 04/13/2006 | 0.75 | 0.90 | 0.75 | NA |
| 04/14/2006 | NA | NA | NA | NA |
| 04/17/2006 | 0.75 | 0.90 | 0.75 | NA |
| 04/18/2006 | 0.75 | 0.90 | 0.75 | NA |
| 04/19/2006 | 0.75 | 0.88 | 0.75 | NA |
| 04/20/2006 | 0.75 | 0.75 | 0.75 | 5,690 |
| 04/21/2006 | 0.75 | 0.85 | 0.75 | NA |
| 04/24/2006 | 0.75 | 0.85 | 0.75 | NA |
| 04/25/2006 | 0.75 | 0.80 | 0.75 | NA |
| 04/26/2006 | 0.80 | 0.80 | 0.75 | 1,210 |
| 04/27/2006 | 0.75 | 0.80 | 0.75 | NA |
| 04/28/2006 | 0.75 | 0.80 | 0.75 | NA |
| 05/01/2006 | 0.75 | 0.85 | 0.75 | NA |
| 05/02/2006 | 0.75 | 0.85 | 0.75 | NA |
| 05/03/2006 | 0.85 | 0.85 | 0.80 | 800 |

| | | | |
|---|---|---|---|
| 05/04/2006 | 0.90 | 0.90 | 0.85 | 7,700 |
| 05/05/2006 | 0.75 | 0.88 | 0.75 | NA |
| 05/08/2006 | 0.77 | 0.93 | 0.77 | 103,300 |
| 05/09/2006 | 0.85 | 0.85 | 0.75 | 102,900 |
| 05/10/2006 | 0.85 | 0.85 | 0.80 | 138,000 |
| 05/11/2006 | 0.82 | 0.85 | 0.81 | 35,800 |
| 05/12/2006 | 0.85 | 0.85 | 0.85 | 15,500 |
| 05/15/2006 | 0.77 | 0.85 | 0.77 | NA |
| 05/16/2006 | 0.75 | 0.85 | 0.75 | NA |
| 05/17/2006 | 0.85 | 0.85 | 0.70 | 8,600 |
| 05/18/2006 | 0.83 | 0.83 | 0.80 | 3,700 |
| 05/19/2006 | 0.72 | 0.83 | 0.72 | NA |
| 05/22/2006 | 0.829 | 0.84 | 0.75 | 1,400 |
| 05/23/2006 | 0.80 | 0.80 | 0.80 | 2,900 |
| 05/24/2006 | 0.70 | 0.80 | 0.55 | 26,800 |
| 05/25/2006 | 0.80 | 0.80 | 0.80 | 1,000 |
| 05/26/2006 | 0.601 | 0.80 | 0.601 | NA |
| 05/29/2006 | NA | NA | NA | NA |
| 05/30/2006 | 0.601 | 0.80 | 0.601 | NA |
| 05/31/2006 | 0.83 | 0.83 | 0.80 | 13,800 |
| 06/01/2006 | 0.75 | 0.83 | 0.75 | NA |
| 06/02/2006 | 0.65 | 0.65 | 0.65 | 500 |
| 06/05/2006 | 0.83 | 0.83 | 0.83 | 1,000 |
| 06/06/2006 | 0.83 | 0.83 | 0.65 | 2,400 |

| | | | | |
|---|---|---|---|---|
| 06/07/2006 | 0.84 | 0.84 | 0.80 | 18,600 |
| 06/08/2006 | 0.68 | 0.83 | 0.68 | NA |
| 06/09/2006 | 0.73 | 0.84 | 0.73 | 10,970 |
| 06/12/2006 | 0.80 | 0.84 | 0.74 | 2,700 |
| 06/13/2006 | 0.75 | 0.75 | 0.65 | 10,100 |
| 06/14/2006 | 0.61 | 0.75 | 0.61 | NA |
| 06/15/2006 | 0.575 | 0.70 | 0.575 | NA |
| 06/16/2006 | 0.75 | 0.75 | 0.65 | 2,800 |
| 06/19/2006 | 0.75 | 0.75 | 0.75 | 700 |
| 06/20/2006 | 0.60 | 0.75 | 0.60 | NA |
| 06/21/2006 | 0.60 | 0.74 | 0.60 | NA |
| 06/22/2006 | 0.61 | 0.74 | 0.61 | 5,600 |
| 06/23/2006 | 0.73 | 0.73 | 0.73 | 100 |
| 06/26/2006 | 0.74 | 0.74 | 0.74 | 100 |
| 06/27/2006 | 0.74 | 0.74 | 0.74 | 100 |
| 06/28/2006 | 0.75 | 0.75 | 0.75 | 100 |
| 06/29/2006 | 0.75 | 0.75 | 0.75 | 500 |
| 06/30/2006 | 0.63 | 0.75 | 0.63 | NA |
| 07/03/2006 | 0.63 | 0.75 | 0.63 | NA |
| 07/04/2006 | NA | NA | NA | NA |
| 07/05/2006 | 0.75 | 0.75 | 0.63 | 1,380 |
| 07/06/2006 | 0.74 | 0.74 | 0.74 | 20,000 |
| 07/07/2006 | 0.62 | 0.74 | 0.62 | NA |
| 07/10/2006 | 0.74 | 0.74 | 0.74 | 1,500 |

| | | | | |
|---|---|---|---|---|
| 07/11/2006 | 0.70 | 0.70 | 0.64 | 2,700 |
| 07/12/2006 | 0.66 | 0.70 | 0.66 | NA |
| 07/13/2006 | 0.70 | 0.70 | 0.69 | 26,000 |
| 07/14/2006 | 0.71 | 0.72 | 0.71 | 3,200 |
| 07/17/2006 | 0.72 | 0.72 | 0.65 | 47,600 |
| 07/18/2006 | 0.63 | 0.70 | 0.63 | NA |
| 07/19/2006 | 0.65 | 0.70 | 0.65 | NA |
| 07/20/2006 | 0.64 | 0.70 | 0.64 | NA |
| 07/21/2006 | 0.64 | 0.70 | 0.64 | NA |
| 07/24/2006 | 0.64 | 0.70 | 0.64 | NA |
| 07/25/2006 | 0.64 | 0.70 | 0.64 | NA |
| 07/26/2006 | 0.70 | 0.70 | 0.64 | 23,860 |
| 07/27/2006 | 0.70 | 0.70 | 0.63 | 91,660 |
| 07/28/2006 | 0.70 | 0.70 | 0.70 | 200 |
| 07/31/2006 | 0.66 | 0.70 | 0.66 | NA |
| 08/01/2006 | 0.70 | 0.70 | 0.70 | 5,000 |
| 08/02/2006 | 0.66 | 0.66 | 0.62 | 12,100 |
| 08/03/2006 | 0.62 | 0.62 | 0.62 | 3,500 |
| 08/04/2006 | 0.57 | 0.70 | 0.57 | NA |
| 08/07/2006 | 0.57 | 0.70 | 0.57 | NA |
| 08/08/2006 | 0.56 | 0.57 | 0.56 | 4,100 |
| 08/09/2006 | 0.55 | 0.69 | 0.55 | NA |
| 08/10/2006 | 0.55 | 0.69 | 0.55 | NA |
| 08/11/2006 | 0.69 | 0.69 | 0.60 | 1,000 |

| | | | |
|---|---|---|---|
| 08/14/2006 | 0.55 | 0.69 | 0.55 | NA |
| 08/15/2006 | 0.55 | 0.69 | 0.55 | NA |
| 08/16/2006 | 0.55 | 0.55 | 0.55 | 100 |
| 08/17/2006 | 0.62 | 0.62 | 0.62 | 3,500 |
| 08/18/2006 | 0.69 | 0.69 | 0.69 | 250 |
| 08/21/2006 | 0.60 | 0.69 | 0.60 | NA |
| 08/22/2006 | 0.55 | 0.55 | 0.51 | 21,000 |
| 08/23/2006 | 0.51 | 0.60 | 0.46 | 29,700 |
| 08/24/2006 | 0.55 | 0.55 | 0.40 | 32,600 |
| 08/25/2006 | 0.40 | 0.60 | 0.40 | NA |
| 08/28/2006 | 0.60 | 0.60 | 0.60 | 130 |
| 08/29/2006 | 0.60 | 0.60 | 0.401 | 1,600 |
| 08/30/2006 | 0.421 | 0.55 | 0.421 | NA |
| 08/31/2006 | 0.436 | 0.55 | 0.436 | NA |
| 09/01/2006 | 0.436 | 0.55 | 0.436 | NA |
| 09/04/2006 | NA | NA | NA | NA |
| 09/05/2006 | 0.45 | 0.55 | 0.45 | NA |
| 09/06/2006 | 0.55 | 0.55 | 0.50 | 6,500 |
| 09/07/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/08/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/11/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/12/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/13/2006 | 0.50 | 0.60 | 0.50 | 500 |
| 09/14/2006 | 0.60 | 0.60 | 0.60 | 500 |

| | | | | |
|---|---|---|---|---|
| 09/15/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/18/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/19/2006 | 0.50 | 0.60 | 0.50 | 400 |
| 09/20/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/21/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/22/2006 | 0.50 | 0.60 | 0.50 | 530 |
| 09/25/2006 | 0.491 | 0.60 | 0.491 | NA |
| 09/26/2006 | 0.69 | 0.69 | 0.50 | 28,980 |
| 09/27/2006 | 0.55 | 0.55 | 0.55 | 2,300 |
| 09/28/2006 | 0.68 | 0.68 | 0.55 | 22,500 |
| 09/29/2006 | 0.60 | 0.69 | 0.58 | 5,600 |
| 10/02/2006 | 0.60 | 0.69 | 0.60 | 1,400 |
| 10/03/2006 | 0.69 | 0.69 | 0.69 | 100 |
| 10/04/2006 | 0.69 | 0.69 | 0.69 | 100 |
| 10/05/2006 | 0.59 | 0.69 | 0.59 | NA |
| 10/06/2006 | 0.70 | 0.70 | 0.65 | 40,280 |
| 10/09/2006 | 0.70 | 0.72 | 0.70 | 23,000 |
| 10/10/2006 | 0.70 | 0.70 | 0.65 | 560,300 |
| 10/11/2006 | 0.70 | 0.72 | 0.70 | 69,100 |
| 10/12/2006 | 0.70 | 0.70 | 0.70 | 200 |
| 10/13/2006 | 0.70 | 0.75 | 0.70 | 73,800 |
| 10/16/2006 | 0.70 | 0.70 | 0.69 | 2,600 |
| 10/17/2006 | 0.69 | 0.70 | 0.69 | NA |
| 10/18/2006 | 0.70 | 0.70 | 0.70 | 4,000 |

| | | | | |
|---|---|---|---|---|
| 10/19/2006 | 0.70 | 0.70 | 0.69 | 3,700 |
| 10/20/2006 | 0.70 | 0.70 | 0.69 | 2,950 |
| 10/23/2006 | 0.76 | 0.78 | 0.72 | 143,700 |
| 10/24/2006 | 0.80 | 0.82 | 0.75 | 353,300 |
| 10/25/2006 | 0.89 | 0.949 | 0.85 | 847,500 |
| 10/26/2006 | 0.86 | 0.87 | 0.835 | 217,400 |
| 10/27/2006 | 1.05 | 1.06 | 0.87 | 1,270,300 |
| 10/30/2006 | 1.125 | 1.17 | 1.01 | 446,800 |
| 10/31/2006 | 1.09 | 1.13 | 1.07 | 30,330 |
| 11/01/2006 | 1.09 | 1.12 | 1.08 | 99,450 |
| 11/02/2006 | 1.09 | 1.11 | 1.08 | 10,300 |
| 11/03/2006 | 1.04 | 1.07 | 1.01 | 15,500 |
| 11/06/2006 | 1.13 | 1.13 | 1.04 | 175,800 |
| 11/07/2006 | 1.35 | 1.355 | 1.13 | 1,597,100 |
| 11/08/2006 | 1.36 | 1.40 | 1.20 | 491,900 |
| 11/09/2006 | 1.34 | 1.36 | 1.33 | 13,990 |
| 11/10/2006 | 1.38 | 1.39 | 1.33 | 258,400 |
| 11/13/2006 | 1.57 | 1.58 | 1.39 | 1,233,400 |
| 11/14/2006 | 1.65 | 1.65 | 1.52 | 1,121,800 |
| 11/15/2006 | 1.68 | 1.69 | 1.64 | 506,200 |
| 11/16/2006 | 1.56 | 1.69 | 1.45 | 360,600 |
| 11/17/2006 | 1.75 | 1.75 | 1.57 | 1,334,300 |
| 11/20/2006 | 1.75 | 1.85 | 1.75 | 928,900 |
| 11/21/2006 | 1.75 | 1.80 | 1.7301 | 871,100 |

| | | | |
|---|---|---|---|
| 11/22/2006 | 1.77 | 1.78 | 1.73 | 346,100 |
| 11/23/2006 | NA | NA | NA | NA |
| 11/24/2006 | 1.985 | 2.00 | 1.76 | 590,100 |
| 11/27/2006 | 2.00 | 2.08 | 1.93 | 766,500 |
| 11/28/2006 | 1.9791 | 2.01 | 1.86 | 380,900 |
| 11/29/2006 | 2.04 | 2.10 | 1.99 | 526,700 |
| 11/30/2006 | 1.99 | 2.10 | 1.92 | 516,800 |
| 12/01/2006 | 1.78 | 2.00 | 1.67 | 691,800 |
| 12/04/2006 | 1.82 | 1.87 | 1.68 | 165,600 |
| 12/05/2006 | 1.65 | 1.90 | 1.65 | 435,200 |
| 12/06/2006 | 1.58 | 1.74 | 1.50 | 595,700 |
| 12/07/2006 | 1.67 | 1.67 | 1.46 | 301,200 |
| 12/08/2006 | 1.62 | 1.67 | 1.60 | 36,700 |
| 12/11/2006 | 1.68 | 1.80 | 1.60 | 143,100 |
| 12/12/2006 | 1.75 | 1.75 | 1.67 | 45,200 |
| 12/13/2006 | 2.00 | 2.02 | 1.75 | 691,300 |
| 12/14/2006 | 2.29 | 2.30 | 2.05 | 682,700 |
| 12/15/2006 | 2.23 | 2.38 | 2.19 | 521,200 |
| 12/18/2006 | 2.62 | 2.69 | 2.22 | 570,400 |
| 12/19/2006 | 2.70 | 2.90 | 2.53 | 534,600 |
| 12/20/2006 | 2.68 | 2.82 | 2.61 | 202,200 |
| 12/21/2006 | 2.73 | 2.80 | 2.65 | 220,500 |
| 12/22/2006 | 2.84 | 2.85 | 2.75 | 222,300 |
| 12/25/2006 | NA | NA | NA | NA |

| | | | |
|---|---|---|---|
| 12/26/2006 | 2.80 | 2.95 | 2.65 | 189,200 |
| 12/27/2006 | 2.77 | 2.90 | 2.711 | 128,800 |
| 12/28/2006 | 2.73 | 2.77 | 2.68 | 222,300 |
| 12/29/2006 | 2.67 | 2.73 | 2.65 | 221,500 |
| 01/01/2007 | NA | NA | NA | NA |
| 01/02/2007 | NA | NA | NA | NA |
| 01/03/2007 | 2.54 | 2.77 | 2.46 | 294,900 |
| 01/04/2007 | 3.30 | 3.30 | 2.59 | 1,230,500 |
| 01/05/2007 | 3.40 | 3.44 | 2.90 | 827,400 |
| 01/08/2007 | 3.60 | 3.89 | 3.44 | 1,179,200 |
| 01/09/2007 | 3.64 | 3.82 | 3.52 | 405,900 |
| 01/10/2007 | 3.90 | 4.05 | 3.62 | 563,400 |
| 01/11/2007 | 3.77 | 4.14 | 3.75 | 820,800 |
| 01/12/2007 | 3.98 | 4.05 | 3.77 | 383,600 |
| 01/15/2007 | NA | NA | NA | NA |
| 01/16/2007 | 3.78 | 3.99 | 3.77 | 278,300 |
| 01/17/2007 | 3.78 | 3.83 | 3.62 | 212,300 |
| 01/18/2007 | 3.80 | 3.88 | 3.75 | 186,300 |
| 01/19/2007 | 4.00 | 4.44 | 3.80 | 1,313,100 |
| 01/22/2007 | 4.34 | 4.38 | 4.03 | 535,700 |
| 01/23/2007 | 5.50 | 5.554 | 4.71 | 5,096,000 |
| 01/24/2007 | 6.51 | 6.55 | 5.11 | 4,680,000 |
| 01/25/2007 | 5.90 | 6.42 | 5.74 | 2,575,000 |
| 01/26/2007 | 5.69 | 6.03 | 5.41 | 1,440,000 |

| | | | |
|---|---|---|---|
| 01/29/2007 | 5.40 | 5.75 | 5.28 | 864,300 |
| 01/30/2007 | 6.055 | 6.17 | 5.05 | 1,015,100 |
| 01/31/2007 | 6.00 | 6.40 | 5.69 | 1,375,300 |
| 02/01/2007 | 6.21 | 6.33 | 5.96 | 1,301,000 |
| 02/02/2007 | 6.10 | 6.29 | 6.01 | 818,600 |
| 02/05/2007 | 6.09 | 6.175 | 5.95 | 640,200 |
| 02/06/2007 | 5.99 | 6.12 | 5.44 | 1,361,500 |
| 02/07/2007 | 5.80 | 6.00 | 5.50 | 1,428,100 |
| 02/08/2007 | 5.95 | 6.00 | 5.65 | 588,800 |
| 02/09/2007 | 7.17 | 7.20 | 5.95 | 6,104,000 |
| 02/12/2007 | 7.80 | 8.03 | 6.76 | 2,849,000 |
| 02/13/2007 | 8.6225 | 8.79 | 7.75 | 4,015,800 |
| 02/14/2007 | 8.31 | 8.84 | 7.93 | 2,513,800 |
| 02/15/2007 | 8.09 | 8.37 | 7.76 | 986,200 |
| 02/16/2007 | 8.05 | 8.25 | 7.80 | 911,200 |
| 02/19/2007 | NA | NA | NA | NA |
| 02/20/2007 | 7.92 | 8.14 | 7.85 | 1,058,500 |
| 02/21/2007 | 7.60 | 8.05 | 7.55 | 869,300 |
| 02/22/2007 | 7.25 | 7.75 | 6.88 | 1,592,600 |
| 02/23/2007 | 7.98 | 8.14 | 7.25 | 1,258,600 |
| 02/26/2007 | 8.29 | 9.10 | 8.14 | 1,726,900 |
| 02/27/2007 | 7.19 | 8.14 | 7.05 | 1,922,100 |
| 02/28/2007 | 7.20 | 7.70 | 6.95 | 1,434,100 |
| 03/01/2007 | 6.96 | 7.38 | 6.64 | 1,085,600 |

| | | | | |
|---|---|---|---|---|
| 03/02/2007 | 6.95 | 7.30 | 6.75 | 1,106,600 |
| 03/05/2007 | 6.34 | 6.88 | 6.27 | 964,900 |
| 03/06/2007 | 6.98 | 7.17 | 6.45 | 987,300 |
| 03/07/2007 | 6.485 | 7.00 | 6.42 | 1,123,600 |
| 03/08/2007 | 6.40 | 6.78 | 6.20 | 1,125,300 |
| 03/09/2007 | 6.36 | 6.58 | 6.01 | 891,800 |
| 03/12/2007 | 6.36 | 6.40 | 6.05 | 595,300 |
| 03/13/2007 | 6.12 | 6.44 | 6.10 | 299,600 |
| 03/14/2007 | 6.42 | 6.42 | 5.70 | 695,400 |
| 03/15/2007 | 6.25 | 6.88 | 6.10 | 1,236,200 |
| 03/16/2007 | 5.90 | 6.58 | 5.87 | 1,351,500 |
| 03/19/2007 | 5.65 | 6.15 | 5.60 | 995,800 |
| 03/20/2007 | 5.00 | 5.65 | 4.90 | 2,443,700 |
| 03/21/2007 | 5.90 | 5.90 | 4.90 | 1,633,300 |
| 03/22/2007 | 6.03 | 6.14 | 5.49 | 910,900 |
| 03/23/2007 | 6.31 | 6.35 | 5.90 | 403,100 |
| 03/26/2007 | 6.50 | 6.88 | 6.12 | 955,500 |
| 03/27/2007 | 6.25 | 6.53 | 6.23 | 462,400 |
| 03/28/2007 | 5.98 | 6.30 | 5.93 | 849,200 |
| 03/29/2007 | 6.00 | 6.41 | 5.97 | 776,300 |
| 03/30/2007 | 5.93 | 6.15 | 5.85 | 520,000 |
| 04/02/2007 | 6.00 | 6.20 | 5.86 | 468,900 |
| 04/03/2007 | 6.03 | 6.16 | 5.93 | 286,500 |
| 04/04/2007 | 5.95 | 6.05 | 5.93 | 267,800 |

| | | | |
|---|---|---|---|
| 04/05/2007 | 7.01 | 7.23 | 5.96 | 1,847,000 |
| 04/06/2007 | NA | NA | NA | NA |
| 04/09/2007 | 7.23 | 7.25 | 6.63 | 774,300 |
| 04/10/2007 | 7.29 | 7.63 | 7.01 | 861,100 |
| 04/11/2007 | 6.83 | 7.78 | 6.66 | 1,385,400 |
| 04/12/2007 | 6.65 | 7.00 | 6.41 | 613,600 |
| 04/13/2007 | 6.58 | 7.08 | 6.56 | 792,800 |
| 04/16/2007 | 6.55 | 6.77 | 6.26 | 1,478,000 |
| 04/17/2007 | 6.66 | 6.80 | 6.40 | 405,400 |
| 04/18/2007 | 6.55 | 6.76 | 6.45 | 608,100 |
| 04/19/2007 | 6.40 | 6.55 | 6.30 | 179,500 |
| 04/20/2007 | 6.45 | 6.57 | 6.25 | 276,500 |
| 04/23/2007 | 6.14 | 6.45 | 6.03 | 547,800 |
| 04/24/2007 | 6.20 | 6.35 | 6.19 | 241,700 |
| 04/25/2007 | 6.32 | 6.37 | 6.11 | 211,400 |
| 04/26/2007 | 7.01 | 7.01 | 6.30 | 1,371,200 |
| 04/27/2007 | 5.56 | 7.21 | 5.26 | 5,854,800 |
| 04/30/2007 | 5.65 | 5.99 | 5.31 | 1,853,200 |
| 05/01/2007 | 5.34 | 5.63 | 4.97 | 2,604,000 |
| 05/02/2007 | 4.815 | 6.15 | 4.49 | 5,258,700 |
| 05/03/2007 | 3.94 | 4.63 | 3.78 | 5,346,500 |
| 05/04/2007 | 4.18 | 4.42 | 4.00 | 2,727,300 |
| 05/07/2007 | 4.63 | 4.77 | 4.30 | 1,098,700 |
| 05/08/2007 | 4.64 | 4.90 | 4.50 | 710,400 |

| | | | |
|---|---|---|---|
| 05/09/2007 | 2.81 | 3.25 | 2.61 | 11,472,000 |
| 05/10/2007 | 0.845 | 2.92 | 0.74 | 19,039,000 |
| 05/11/2007 | 1.01 | 1.22 | 0.77 | 9,568,900 |
| 05/14/2007 | 0.425 | 0.82 | 0.415 | 11,373,000 |
| 05/15/2007 | 0.47 | 0.62 | 0.44 | 6,826,600 |
| 05/16/2007 | 0.51 | 0.54 | 0.35 | 2,459,900 |
| 05/17/2007 | 0.71 | 0.79 | 0.57 | 4,767,900 |
| 05/18/2007 | 0.65 | 0.715 | 0.56 | 1,801,500 |
| 05/21/2007 | 0.57 | 0.68 | 0.51 | 1,418,000 |
| 05/22/2007 | 0.43 | 0.52 | 0.41 | 1,938,300 |
| 05/23/2007 | 0.52 | 0.565 | 0.385 | 1,325,600 |
| 05/24/2007 | 0.425 | 0.49 | 0.405 | 1,379,100 |
| 05/25/2007 | 0.42 | 0.45 | 0.405 | 412,300 |
| 05/28/2007 | NA | NA | NA | NA |
| 05/29/2007 | 0.425 | 0.46 | 0.42 | 401,200 |
| 05/30/2007 | 0.43 | 0.455 | 0.42 | 190,900 |
| 05/31/2007 | 0.54 | 0.55 | 0.425 | 1,046,800 |
| 06/01/2007 | 0.47 | 0.56 | 0.47 | 431,500 |
| 06/04/2007 | 0.47 | 0.48 | 0.43 | 376,100 |
| 06/05/2007 | 0.461 | 0.49 | 0.44 | 102,000 |
| 06/06/2007 | 0.459 | 0.47 | 0.445 | 114,900 |
| 06/07/2007 | 0.44 | 0.459 | 0.425 | 461,200 |
| 06/08/2007 | 0.42 | 0.44 | 0.415 | 384,900 |
| 06/11/2007 | 0.39 | 0.42 | 0.38 | 561,400 |

| | | | |
|---|---|---|---|
| 06/12/2007 | 0.38 | 0.39 | 0.33 | 809,000 |
| 06/13/2007 | 0.40 | 0.40 | 0.37 | 193,000 |
| 06/14/2007 | 0.36 | 0.40 | 0.341 | 262,900 |
| 06/15/2007 | 0.34 | 0.37 | 0.32 | 559,900 |
| 06/18/2007 | 0.291 | 0.36 | 0.28 | 926,500 |
| 06/19/2007 | 0.27 | 0.30 | 0.255 | 829,500 |
| 06/20/2007 | 0.29 | 0.29 | 0.265 | 219,200 |
| 06/21/2007 | 0.30 | 0.30 | 0.275 | 154,900 |
| 06/22/2007 | 0.30 | 0.30 | 0.275 | 188,600 |
| 06/25/2007 | 0.285 | 0.30 | 0.275 | 170,700 |
| 06/26/2007 | 0.28 | 0.295 | 0.27 | 178,600 |
| 06/27/2007 | 0.345 | 0.37 | 0.275 | 1,266,600 |
| 06/28/2007 | 0.415 | 0.43 | 0.36 | 1,185,500 |
| 06/29/2007 | 0.42 | 0.445 | 0.40 | 483,500 |
| 07/02/2007 | 0.43 | 0.466 | 0.42 | 347,500 |
| 07/03/2007 | 0.38 | 0.44 | 0.37 | 157,600 |
| 07/04/2007 | NA | NA | NA | NA |
| 07/05/2007 | 0.374 | 0.39 | 0.36 | 109,800 |
| 07/06/2007 | 0.37 | 0.38 | 0.36 | 91,740 |
| 07/09/2007 | 0.38 | 0.385 | 0.365 | 53,550 |
| 07/10/2007 | 0.37 | 0.38 | 0.362 | 143,700 |
| 07/11/2007 | 0.32 | 0.365 | 0.32 | 175,800 |
| 07/12/2007 | 0.40 | 0.40 | 0.315 | 339,900 |
| 07/13/2007 | 0.38 | 0.40 | 0.38 | 92,000 |

| | | | | |
|---|---|---|---|---|
| 07/16/2007 | 0.37 | 0.40 | 0.37 | 127,100 |
| 07/17/2007 | 0.39 | 0.39 | 0.365 | 43,580 |
| 07/18/2007 | 0.39 | 0.39 | 0.35 | 104,900 |
| 07/19/2007 | 0.362 | 0.38 | 0.36 | 144,800 |
| 07/20/2007 | 0.365 | 0.38 | 0.36 | 79,510 |
| 07/23/2007 | 0.355 | 0.38 | 0.355 | 154,900 |
| 07/24/2007 | 0.35 | 0.36 | 0.35 | 77,820 |
| 07/25/2007 | 0.33 | 0.36 | 0.32 | 155,600 |
| 07/26/2007 | 0.30 | 0.34 | 0.28 | 612,300 |
| 07/27/2007 | 0.35 | 0.35 | 0.28 | 258,200 |
| 07/30/2007 | 0.30 | 0.35 | 0.30 | 193,800 |
| 07/31/2007 | 0.285 | 0.32 | 0.2801 | 147,500 |
| 08/01/2007 | 0.29 | 0.30 | 0.28 | 167,100 |
| 08/02/2007 | 0.31 | 0.31 | 0.28 | 57,010 |
| 08/03/2007 | 0.31 | 0.31 | 0.285 | 87,050 |
| 08/06/2007 | 0.28 | 0.31 | 0.275 | 74,990 |
| 08/07/2007 | 0.30 | 0.30 | 0.275 | 50,490 |
| 08/08/2007 | 0.29 | 0.29 | 0.267 | 159,900 |
| 08/09/2007 | 0.28 | 0.29 | 0.27 | 67,250 |
| 08/10/2007 | 0.28 | 0.28 | 0.25 | 223,200 |
| 08/13/2007 | 0.24 | 0.27 | 0.232 | 336,600 |
| 08/14/2007 | 0.30 | 0.32 | 0.232 | 296,200 |
| 08/15/2007 | 0.21 | 0.28 | 0.185 | 1,697,800 |
| 08/16/2007 | 0.21 | 0.21 | 0.195 | 221,900 |

| | | | |
|---|---|---|---|
| 08/17/2007 | 0.175 | 0.205 | 0.162 | 493,200 |
| 08/20/2007 | 0.225 | 0.235 | 0.165 | 233,000 |
| 08/21/2007 | 0.20 | 0.23 | 0.20 | 70,610 |
| 08/22/2007 | 0.18 | 0.21 | 0.18 | 156,800 |
| 08/23/2007 | 0.17 | 0.175 | 0.165 | 91,020 |
| 08/24/2007 | 0.165 | 0.185 | 0.165 | 85,840 |
| 08/27/2007 | 0.16 | 0.175 | 0.16 | 124,600 |
| 08/28/2007 | 0.145 | 0.171 | 0.135 | 240,800 |
| 08/29/2007 | 0.14 | 0.14 | 0.122 | 394,200 |
| 08/30/2007 | 0.14 | 0.145 | 0.125 | 135,500 |
| 08/31/2007 | 0.15 | 0.15 | 0.14 | 174,900 |
| 09/03/2007 | NA | NA | NA | NA |
| 09/04/2007 | 0.135 | 0.15 | 0.135 | 82,480 |
| 09/05/2007 | 0.14 | 0.15 | 0.14 | 28,010 |
| 09/06/2007 | 0.14 | 0.15 | 0.14 | 32,400 |
| 09/07/2007 | 0.127 | 0.1497 | 0.127 | 305,600 |
| 09/10/2007 | 0.149 | 0.149 | 0.127 | 30,130 |
| 09/11/2007 | 0.145 | 0.15 | 0.135 | 79,590 |
| 09/12/2007 | 0.15 | 0.15 | 0.14 | 219,400 |
| 09/13/2007 | 0.132 | 0.15 | 0.132 | 63,240 |
| 09/14/2007 | 0.132 | 0.145 | 0.132 | 15,100 |
| 09/17/2007 | 0.114 | 1.01 | 0.09 | 659,300 |
| 09/18/2007 | 0.114 | 0.114 | 0.10 | 115,100 |
| 09/19/2007 | 0.10 | 0.12 | 0.091 | 169,900 |

| | | | | |
|---|---|---|---|---|
| 09/20/2007 | 0.101 | 0.11 | 0.10 | 59,650 |
| 09/21/2007 | 0.128 | 0.128 | 0.101 | 103,800 |
| 09/24/2007 | 0.18 | 0.20 | 0.12 | 476,600 |
| 09/25/2007 | 0.13 | 0.18 | 0.1211 | 228,400 |
| 09/26/2007 | 0.15 | 0.19 | 0.13 | 253,900 |
| 09/27/2007 | 0.14 | 0.16 | 0.13 | 62,830 |
| 09/28/2007 | 0.16 | 0.16 | 0.131 | 119,300 |
| 10/01/2007 | 0.151 | 0.16 | 0.145 | 114,000 |
| 10/02/2007 | 0.18 | 0.18 | 0.16 | 327,800 |
| 10/03/2007 | 0.19 | 0.20 | 0.18 | 165,400 |
| 10/04/2007 | 0.18 | 0.195 | 0.17 | 86,210 |
| 10/05/2007 | 0.18 | 0.195 | 0.152 | 73,810 |
| 10/08/2007 | 0.186 | 0.21 | 0.151 | 214,400 |
| 10/09/2007 | 0.23 | 0.245 | 0.19 | 338,000 |
| 10/10/2007 | 0.19 | 0.23 | 0.17 | 218,400 |
| 10/11/2007 | 0.18 | 0.22 | 0.18 | 172,100 |
| 10/12/2007 | 0.19 | 0.19 | 0.18 | 27,670 |
| 10/15/2007 | 0.19 | 0.20 | 0.17 | 171,700 |
| 10/16/2007 | 0.19 | 0.1995 | 0.18 | 149,900 |
| 10/17/2007 | 0.18 | 0.19 | 0.17 | 104,200 |
| 10/18/2007 | 0.17 | 0.18 | 0.17 | 64,000 |
| 10/19/2007 | 0.16 | 0.18 | 0.15 | 63,430 |
| 10/22/2007 | 0.16 | 0.17 | 0.15 | 92,580 |
| 10/23/2007 | 0.15 | 0.16 | 0.14 | 78,160 |

| | | | |
|---|---|---|---|
| 10/24/2007 | 0.15 | 0.17 | 0.14 | 93,710 |
| 10/25/2007 | 0.15 | 0.16 | 0.15 | 140,700 |
| 10/26/2007 | 0.135 | 0.147 | 0.135 | 53,700 |
| 10/29/2007 | 0.15 | 0.15 | 0.127 | 147,100 |
| 10/30/2007 | 0.135 | 0.15 | 0.132 | 18,670 |
| 10/31/2007 | 0.15 | 0.15 | 0.135 | 63,410 |
| 11/01/2007 | 0.13 | 0.135 | 0.13 | 58,000 |
| 11/02/2007 | 0.13 | 0.13 | 0.12 | 105,500 |
| 11/05/2007 | 0.13 | 0.14 | 0.115 | 36,120 |
| 11/06/2007 | 0.13 | 0.146 | 0.13 | 125,200 |
| 11/07/2007 | 0.125 | 0.13 | 0.125 | 49,060 |
| 11/08/2007 | 0.12 | 0.125 | 0.12 | 53,280 |
| 11/09/2007 | 0.121 | 0.135 | 0.12 | 76,410 |
| 11/12/2007 | 0.11 | 0.125 | 0.11 | 32,050 |
| 11/13/2007 | 0.11 | 0.12 | 0.11 | 42,310 |
| 11/14/2007 | 0.12 | 0.123 | 0.11 | 91,680 |
| 11/15/2007 | 0.11 | 0.12 | 0.10 | 157,900 |
| 11/16/2007 | 0.105 | 0.11 | 0.105 | 64,910 |
| 11/19/2007 | 0.105 | 0.11 | 0.105 | 68,000 |
| 11/20/2007 | 0.09 | 0.105 | 0.085 | 379,300 |
| 11/21/2007 | 0.092 | 0.095 | 0.088 | 122,800 |
| 11/22/2007 | NA | NA | NA | NA |
| 11/23/2007 | 0.09 | 0.092 | 0.09 | 820 |
| 11/26/2007 | 0.0918 | 0.10 | 0.09 | 166,600 |

| | | | |
|---|---|---|---|
| 11/27/2007 | 0.085 | 0.092 | 0.085 | 126,500 |
| 11/28/2007 | 0.085 | 0.089 | 0.072 | 753,000 |
| 11/29/2007 | 0.082 | 0.089 | 0.078 | 297,200 |
| 11/30/2007 | 0.083 | 0.09 | 0.065 | 394,100 |
| 12/03/2007 | 0.07 | 0.083 | 0.066 | 201,100 |
| 12/04/2007 | 0.075 | 0.077 | 0.07 | 55,010 |
| 12/05/2007 | 0.066 | 0.071 | 0.066 | 87,210 |
| 12/06/2007 | 0.065 | 0.07 | 0.063 | 201,200 |
| 12/07/2007 | 0.065 | 0.07 | 0.06 | 64,950 |
| 12/10/2007 | 0.065 | 0.07 | 0.065 | 186,400 |
| 12/11/2007 | 0.065 | 0.078 | 0.062 | 349,900 |
| 12/12/2007 | 0.06 | 0.0659 | 0.06 | 152,900 |
| 12/13/2007 | 0.056 | 0.065 | 0.056 | 440,000 |
| 12/14/2007 | 0.056 | 0.06 | 0.056 | 550,200 |
| 12/17/2007 | 0.055 | 0.063 | 0.046 | 516,700 |
| 12/18/2007 | 0.05 | 0.055 | 0.05 | 276,200 |
| 12/19/2007 | 0.05 | 0.051 | 0.05 | 197,100 |
| 12/20/2007 | 0.05 | 0.055 | 0.049 | 130,200 |
| 12/21/2007 | 0.05 | 0.05 | 0.049 | 307,900 |
| 12/24/2007 | 0.05 | 0.05 | 0.0465 | 296,300 |
| 12/25/2007 | NA | NA | NA | NA |
| 12/26/2007 | 0.062 | 0.07 | 0.05 | 1,082,100 |
| 12/27/2007 | 0.07 | 0.095 | 0.06 | 1,465,300 |
| 12/28/2007 | 0.064 | 0.08 | 0.063 | 468,700 |

| | | | |
|---|---|---|---|
| 12/31/2007 | 0.08 | 0.09 | 0.064 | 810,900 |
| 01/01/2008 | NA | NA | NA | NA |
| 01/02/2008 | 0.095 | 0.0999 | 0.083 | 437,800 |
| 01/03/2008 | 0.11 | 0.115 | 0.095 | 627,000 |
| 01/04/2008 | 0.12 | 0.13 | 0.11 | 604,100 |
| 01/07/2008 | 0.11 | 0.135 | 0.10 | 298,600 |
| 01/08/2008 | 0.11 | 0.11 | 0.095 | 150,900 |
| 01/09/2008 | 0.11 | 0.11 | 0.095 | 330,200 |
| 01/10/2008 | 0.11 | 0.11 | 0.095 | 22,300 |
| 01/11/2008 | 0.11 | 0.11 | 0.096 | 83,770 |
| 01/14/2008 | 0.10 | 0.11 | 0.097 | 66,950 |
| 01/15/2008 | 0.09 | 0.11 | 0.09 | 113,200 |
| 01/16/2008 | 0.09 | 0.10 | 0.083 | 40,840 |

