print  e-mail  link          RSS  Technorati  Blog Search  bookmark it  blog it

## Statement From NYMEX Holdings Regarding Optionable

NEW YORK, May 14 /PRNewswire-FirstCall/ -- "We are concerned about the recently announced developments at Optionable and are actively reviewing the situation. In order to avoid potential conflicts of interest during our review, we are resigning NYMEX board representation effective today."

Forward Looking and Cautionary Statements

This press release may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act, with respect to our future performance, operating results, strategy, and other future events. Such statements generally include words such as could, can, anticipate, believe, expect, seek, pursue, and similar words and terms, in connection with any discussion of future results. Forward-looking statements involve a number of assumptions, risks, and uncertainties, any of which may cause actual results to differ materially from the anticipated, estimated, or projected results referenced in forward-looking statements. In particular, the forward-looking statements of NYMEX Holdings, Inc., and its subsidiaries are subject to the following risks and uncertainties: the success and timing of new futures contracts and products; changes in political, economic, or industry conditions; the unfavorable resolution of material legal proceedings; the impact and timing of technological changes and the adequacy of intellectual property protection; the impact of legislative and regulatory actions, including without limitation, actions by the Commodity Futures Trading Commission; and terrorist activities and international hostilities, which may affect the general economy as well as oil and other commodity markets. We assume no obligation to update or supplement our forward-looking statements.

SOURCE NYMEX Holdings, Inc.

 back to top

**Related links:**
- http://www.nymex.com

POWERED BY Technorati   Blogs Discussing This News Release

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Copyright © 1996- 2008 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.