## Note 14: Other Assets

| (Canadian $ in millions) | 2007 | 2006 |
|---|---|---|
| Accounts receivable, prepaid expenses and other items | $ 5,415 | $ 4,900 |
| Accrued interest receivable | 1,371 | 1,346 |
| Due from clients, dealers and brokers | 460 | 816 |
| Pension asset (Note 23) | 1,094 | 1,195 |
| Total | $ 8,340 | $ 8,257 |

## Note 15: Deposits

| (Canadian $ in millions) | Demand deposits | | | | Payable after notice | | Payable on a fixed date | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Interest bearing | | Non-interest bearing | | | | | | | |
| | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 | 2007 | 2006 |
| Deposits by: | | | | | | | | | | |
| Banks | $ 349 | $ 437 | $ 298 | $ 290 | $ 1,001 | $ 661 | $ 32,452 | $ 25,244 | $ 34,100 | $ 26,632 |
| Businesses and governments | 7,155 | 5,600 | 9,719 | 9,870 | 19,783 | 19,304 | 85,091 | 66,074 | 121,748 | 100,848 |
| Individuals | 3,405 | 3,177 | 5,824 | 5,181 | 31,114 | 32,274 | 35,859 | 35,736 | 76,202 | 76,368 |
| Total | $ 10,909 | $ 9,214 | $ 15,841 | $ 15,341 | $ 51,898 | $ 52,239 | $ 153,402 | $ 127,054 | $ 232,050 | $ 203,848 |
| Booked in: | | | | | | | | | | |
| Canada | $ 10,346 | $ 8,899 | $ 13,762 | $ 12,683 | $ 36,579 | $ 35,523 | $ 81,690 | $ 75,866 | $ 142,377 | $ 132,971 |
| United States | 174 | 181 | 2,078 | 2,655 | 14,750 | 16,237 | 41,824 | 26,537 | 58,826 | 45,610 |
| Other countries | 389 | 134 | 1 | 3 | 569 | 479 | 29,888 | 24,651 | 30,847 | 25,267 |
| Total | $ 10,909 | $ 9,214 | $ 15,841 | $ 15,341 | $ 51,898 | $ 52,239 | $ 153,402 | $ 127,054 | $ 232,050 | $ 203,848 |

Included in deposits as at October 31, 2007 and 2006 are $94,911 million and $71,387 million, respectively, of deposits denominated in U.S. dollars, and $11,778 million and $13,010 million, respectively, of deposits denominated in other foreign currencies.

### Change in Accounting Policy

The new CICA Handbook rules allow management to elect to measure financial instruments that would not otherwise be accounted for at fair value as trading instruments, with changes in fair value recorded in income provided they meet certain criteria. Financial instruments must have been designated on November 1, 2006, when the new standard was adopted, or when new financial instruments were acquired, and the designation is irrevocable.

We issue structured notes that include embedded options. We enter into derivatives which manage our exposure to changes in the structured note fair value caused by changes in interest rates. The structured notes are designated as trading under the fair value option, which better aligns the accounting result with how the portfolio is managed. These notes are classified as deposits. The fair value and amount due at contractual maturity of these notes as at October 31, 2007 were $762 million and $791 million, respectively. The impact of recording these notes as trading was an increase in non-interest revenue, trading revenues of $8 million for the year ended October 31, 2007. The increase was offset by a loss on the derivatives.

On November 1, 2006, we remeasured the portfolio of structured notes at fair value. The net unrealized loss of less than $1 million was recorded in opening retained earnings.

Demand deposits are comprised primarily of our customers' chequing accounts, some of which we pay interest on. Our customers need not notify us prior to withdrawing money from their chequing accounts.

Deposits payable after notice are comprised primarily of our customers' savings accounts, on which we pay interest.

Deposits payable on a fixed date are comprised of:
• Various investment instruments purchased by our customers to earn interest over a fixed period, such as term deposits and guaranteed investment certificates. The terms of these deposits can vary from one day to 10 years.
• Federal funds purchased, which are overnight borrowings of other banks' excess reserve funds at a United States Federal Reserve Bank. As at October 31, 2007, we had purchased $1,937 million of federal funds ($3,388 million in 2006).
• Commercial paper, which totalled $685 million as at October 31, 2007 ($1,298 million in 2006).

Included in our deposits payable on a fixed date as at October 31, 2007 were $132,501 million of individual deposits greater than one hundred thousand dollars, of which $61,312 million were booked in Canada, $41,301 million were booked in the United States and $29,888 million were booked in other countries. We had $105,377 million of such deposits as at October 31, 2006, of which $54,769 million were booked in Canada, $25,958 million were booked in the United States and $24,650 million were booked in other countries.

# Note 16: Other Liabilities

| (Canadian $ in millions) | 2007 | 2006 |
|---|---|---|
| Acceptances | $ 12,389 | $ 7,223 |
| Securities sold but not yet purchased | 25,039 | 15,398 |
| Securities lent or sold under repurchase agreements | 31,263 | 31,918 |
| | $ 68,691 | $ 54,539 |

## Acceptances
Acceptances represent a form of negotiable short-term debt that is issued by our customers and which we guarantee for a fee. We have an offsetting claim, equal to the amount of the acceptances, against our customers. The amount due under acceptances is recorded as a liability and our corresponding claim is recorded as a loan in our Consolidated Balance Sheet.

## Securities Sold but not yet Purchased
Securities sold but not yet purchased represent our obligation to deliver securities that we do not own at the time of sale. These obligations are recorded at their market value. Adjustments to the market value as at the balance sheet date and gains and losses on the settlement of these obligations are recorded in trading revenues in our Consolidated Statement of Income.

## Securities Lent or Sold under Repurchase Agreements
Securities lent or sold under repurchase agreements represent short-term funding transactions where we sell securities that we already own and simultaneously commit to repurchase the same securities at a specified price on a specified date in the future. The obligation to repurchase these securities is recorded at the amount owing. The interest expense related to these liabilities is recorded on an accrual basis.

| (Canadian $ in millions) | 2007 | 2006 |
|---|---|---|
| **Other** | | |
| Accounts payable, accrued expenses and other items | $ 7,760 | $ 7,196 |
| Accrued interest payable | 1,893 | 1,441 |
| Non-controlling interest in subsidiaries | 1,329 | 1,359 |
| Liabilities of subsidiaries, other than deposits | 387 | 112 |
| Pension liability (Note 23) | 11 | 20 |
| Other employee future benefits liability (Note 23) | 675 | 630 |
| Total | $ 12,055 | $ 10,758 |

Included in non-controlling interest in subsidiaries as at October 31, 2007 were capital trust securities totalling $1,060 million ($1,060 million in 2006) that form part of our Tier 1 regulatory capital (see Note 19).

## Customer Loyalty Program
We record the liability associated with our credit card customer loyalty program rewards in the period in which our customers become entitled to redeem the rewards. We estimate the liability using the expected future redemption rate and apply the cost of expected redemptions. Our estimate of the expected redemption rate is based on statistical analysis of past customer behaviour. The costs of our loyalty program are recorded as a reduction in non-interest revenue, card fees in our Consolidated Statement of Income. The liability is included in other liabilities in our Consolidated Balance Sheet.

## Change in Accounting Estimate
During the year ended October 31, 2007, we increased the liability for future customer redemptions related to our loyalty rewards program in Personal and Commercial Banking Canada's MasterCard business. The impact of this change on our Consolidated Statement of Income for the year ended October 31, 2007 was a reduction in non-interest revenue, card fees of $185 million, a decrease in the provision for income taxes of $65 million and a decrease in net income of $120 million.

During the year ended October 31, 2005, we increased the estimate of the liability for future customer redemptions related to our loyalty rewards program. The impact of this change on our Consolidated Statement of Income for the year ended October 31, 2005 was a reduction in non-interest revenue, card fees of $40 million, a decrease in the provision for income taxes of $14 million and a decrease in net income of $26 million.

# Note 17: Restructuring Charge

On January 31, 2007, we recorded a restructuring charge of $135 million in our Consolidated Statement of Income. The objectives of the restructuring are to enhance customer service by directing spending and resources to front-line sales and service improvements, creating more efficient processes and systems and continuing to accelerate the pace of growth.

The charge relates to the elimination of approximately 1,000 positions in primarily non-customer-facing areas of the company across all support functions and business groups. Of the charge, $117 million relates to severance-related costs, $11 million is associated with premises-related charges and $7 million relates to other costs.

The restructuring charge has been recorded in the Corporate Services operating group. The actions under the restructuring program are expected to be substantially complete by the end of the first quarter of 2008.

Premises-related charges include lease cancellation payments for those locations where we have legally extinguished our lease obligation as well as the carrying value of abandoned assets.

We engaged a professional services firm to provide us with strategic and organizational advice with respect to the restructuring initiatives. A charge of $7 million for these services has been included in the restructuring charge.

During the year, we changed our estimate for restructuring, resulting in a $16 million reduction in the original accrual. Severance-related charges were less than originally anticipated due to higher levels of attrition and redeployment within the Bank.

On October 31, 2007, we recorded an additional restructuring charge of $40 million in the Consolidated Statement of Income. The additional charge relates to the elimination of approximately 400 positions across all support functions and business groups and is all severance-related.

| (Canadian $ in millions) | Severance-related charges | Premises-related charges | Other | Total |
|---|---|---|---|---|
| Opening balance | $ 117 | $ 11 | $ 7 | $ 135 |
| Paid in the year | (46) | (10) | (7) | (63) |
| Reversal in the year | (15) | (1) | – | (16) |
| Additional charge in the year | 40 | – | – | 40 |
| Balance as at October 31, 2007 | $ 96 | $ – | $ – | $ 96 |

## Note 18: Subordinated Debt

Subordinated debt represents our direct unsecured obligations, in the form of notes and debentures, to our debt holders and forms part of our regulatory capital. The rights of the holders of our notes and debentures are subordinate to the claims of depositors and certain other creditors. We require approval from the Superintendent of Financial Institutions Canada before we can redeem any part of our subordinated debt.

During the year ended October 31, 2007, we issued Series D Medium-Term Notes, Tranche 2, totalling $1.2 billion. We redeemed our $150 million Series 22 Debentures. Our US$300 million 7.80% Notes matured. During the year ended October 31, 2006, we issued Series D Medium-Term Notes, Tranche 1, totalling $700 million. We redeemed our $300 million Series 21 Debentures and our $125 million Series 19 Debentures. There were no gains or losses on any of our redemptions.

During the year ended October 31, 2007, we issued $800 million of innovative subordinated debentures, BMO Trust Subordinated Notes (BMO TSNs – Series A), through BMO Subordinated Notes Trust ("SN Trust"). SN Trust is a variable interest entity which we are not required to consolidate (see Note 8); therefore, the BMO TSNs – Series A issued by SN Trust are not reported on our Consolidated Balance Sheet. SN Trust used the proceeds of the issuance to purchase a senior deposit note from us which is reported as a business and government deposit liability on our Consolidated Balance Sheet. All of the BMO TSNs – Series A will be exchanged automatically, without the consent of the holders, into our Series E Subordinated Notes upon the occurrence of specific events, such as a wind-up of Bank of Montreal, a regulatory requirement to increase capital, violations of regulatory capital requirements, or changes to tax legislation.

We have guaranteed the payments of principal, interest and redemption price, if any, and any other amounts on the BMO TSNs – Series A when they become due and payable. This guarantee is subordinate to our deposit liabilities and all other liabilities, except for other guarantees, obligations or liabilities that are designated as ranking either equally with or subordinate to the subordinated indebtedness.

The senior deposit note bears interest at an annual rate of 5.90% and will mature on September 26, 2022.

The term to maturity and repayments of our subordinated debt required over the next five years and thereafter are as follows:

| (Canadian $ in millions, except as noted) | Face value | Maturity date | Interest rate (%) | Redeemable at our option beginning in | 1 year | 2 years | 3 years | 4 years | 5 years | Over 5 years | 2007 Total | 2006 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debentures Series 12 | $ 140 | December 2008 | 10.85 | December 1998 | $ – | $ 140 | $ – | $ – | $ – | $ – | $ 140 | $ 140 |
| Debentures Series 16 | $ 100 | February 2017 | 10.00 | February 2012 | – | – | – | – | – | 100 | 100 | 100 |
| Debentures Series 20 | $ 150 | December 2025 to 2040 | 8.25 | not redeemable | – | – | – | – | – | 150 | 150 | 150 |
| Debentures Series 22 | $ 150 | July 2012 | 7.92 | redeemed | – | – | – | – | – | – | – | 150 |
| 7.80% Notes | US$ 300 | April 2007 | 7.80 | matured (2) | – | – | – | – | – | – | – | 336 |
| Series A Medium-Term Notes | | | | | | | | | | | | |
| 2nd Tranche | $ 150 | February 2013 | 5.75 | February 2008 | – | – | – | – | – | 150 | 150 | 150 |
| Series C Medium-Term Notes | | | | | | | | | | | | |
| 1st Tranche | $ 500 | January 2015 | 4.00 | January 2010 (3) | – | – | – | – | – | 500 | 500 | 500 |
| 2nd Tranche | $ 500 | April 2020 | 4.87 | April 2015 (4) | – | – | – | – | – | 500 | 500 | 500 |
| Series D Medium-Term Notes | | | | | | | | | | | | |
| 1st Tranche | $ 700 | April 2021 | 5.10 | April 2016 (5) | – | – | – | – | – | 700 | 700 | 700 |
| 2nd Tranche | $ 1,200 | June 2017 | 5.20 | June 2012 (6) | – | – | – | – | – | 1,200 | 1,200 | – |
| | | | | | $ – | $ 140 | $ – | $ – | $ – | $ 3,300 | $ 3,440 (7) | $ 2,726 |
| BMO Trust Subordinated Notes | | | | | | | | | | | | |
| Series A | $ 800 | September 2022 | 5.75 | September 2017 (1) | – | – | – | – | – | 800 | 800 | – |
| Total | | | | | $ – | $ 140 | $ – | $ – | $ – | $ 4,100 | $ 4,240 | $ 2,726 |

(1) Redeemable at the greater of par and the Canada Yield Price (the yield on an issue of non-callable Government of Canada bonds) prior to September 26, 2017, and redeemable at par commencing September 26, 2017.
(2) Redeemable at our option only if certain tax events occur.
(3) Redeemable at the greater of par and the Canada Yield Price prior to January 21, 2010, and redeemable at par commencing January 21, 2010.
(4) Redeemable at the greater of par and the Canada Yield Price prior to April 22, 2015, and redeemable at par commencing April 22, 2015.
(5) Redeemable at the greater of par and the Canada Yield Price prior to April 21, 2016, and redeemable at par commencing April 21, 2016.
(6) Redeemable at the greater of par and the Canada Yield Price prior to June 21, 2012 and redeemable at par commencing June 21, 2012.
(7) Certain subordinated debt recorded amounts include quasi fair value adjustments of $6 million as they are included as part of fair value hedges (see Note 9).

# Note 19: Capital Trust Securities

We issue BMO Capital Trust Securities ("BOaTS") through our consolidated subsidiary BMO Capital Trust (the "Trust"). The proceeds of the BOaTS are used to purchase mortgages. Upon consolidation, the BOaTS are reported in our Consolidated Balance Sheet either as non-controlling interest in subsidiaries or as capital trust securities, depending on the terms of the BOaTS.

Holders of the BOaTS are entitled to receive semi-annual non-cumulative fixed cash distributions as long as we declare dividends on our preferred shares, or if no such shares are outstanding, on our common shares in accordance with our ordinary dividend practice. The terms of the BOaTS are as follows:

| (Canadian $ in millions, except Distribution) | Distribution dates | Distribution per BOaTS | Redemption date At the option of the Trust | Conversion date At the option of the holder | Principal amount 2007 | 2006 |
|---|---|---|---|---|---|---|
| **Capital Trust Securities** | | | | | | |
| Series A | June 30, December 31 | $ 34.52 | December 31, 2005 | December 31, 2010 | $ 350 | $ 350 |
| Series B | June 30, December 31 | 33.24 | June 30, 2006 | June 30, 2011 | 400 | 400 |
| Series C | June 30, December 31 | 33.43 | December 31, 2006 | June 30, 2012 | 400 | 400 |
| | | | | | 1,150 | 1,150 |
| **Non-Controlling Interest** | | | | | | |
| Series D | June 30, December 31 | $ 27.37(1) | December 31, 2009 | | 600 | 600 |
| Series E | June 30, December 31 | 23.17(2) | December 31, 2010 | | 450 | 450 |
| | | | | | 1,050 | 1,050 |
| Total Capital Trust Securities | | | | | $ 2,200 | $ 2,200 |

(1) After December 31, 2014, the distribution will be at the Bankers' Acceptance Rate plus 1.5%.    (2) After December 31, 2015, the distribution will be at the Bankers' Acceptance Rate plus 1.5%.

## Redemption by the Trust
On or after the redemption dates indicated above, and subject to the prior approval of the Superintendent of Financial Institutions Canada, the Trust may redeem the BOaTS in whole without the consent of the holders.

## Conversion by the Holders
On or after the conversion dates indicated above, the BOaTS Series A, B and C may be exchanged for our Class B Preferred shares, Series 7, 8 and 9, respectively, at the option of the holders.

## Automatic Exchange
The BOaTS Series A, B, C, D and E will each be automatically exchanged for 40 of our Class B Preferred shares, Series 7, 8, 9, 11 and 12, respectively, without the consent of the holders on the occurrence of specific events such as a wind-up of Bank of Montreal, a regulatory requirement to increase capital or violations of regulatory capital requirements.

## Change in Accounting Policy
On November 1, 2004, we adopted the CICA's new accounting requirements on the classification of financial instruments as liabilities or equity. The new rules require that our capital trust securities, which are ultimately convertible into a variable number of our common shares at the holders' option, be classified as liabilities. We reclassified $1,150 million of our capital trust securities, Series A, B and C, previously recorded in other liabilities as non-controlling interest in subsidiaries, to capital trust securities. The distributions made on those capital trust securities are now recorded as interest expense.

See Note 21 for the impact of this change in accounting policy on our consolidated financial statements.

# Note 20: Interest Rate Risk

We earn interest on interest bearing assets and we pay interest on interest bearing liabilities. We also have off-balance sheet financial instruments whose values are sensitive to changes in interest rates. To the extent that we have assets, liabilities and financial instruments maturing or repricing at different points in time, we are exposed to interest rate risk.

## Interest Rate Gap Position
The determination of the interest rate sensitivity or gap position by necessity encompasses numerous assumptions. It is based on the earlier of the repricing or maturity date of assets, liabilities and derivatives used to manage interest rate risk.

The gap position presented is as at October 31 of each year. It represents the position outstanding at the close of the business day and may change significantly in subsequent periods based on customer behaviours and the application of our asset and liability management policies.

The assumptions for the year ended October 31, 2007 were as follows:

*Assets*
Fixed term assets, such as residential mortgage loans and consumer loans, are reported based upon the scheduled repayments and estimated prepayments that reflect expected borrower behaviour.

Trading and underwriting (mark-to-market) assets and interest bearing assets on which the customer interest rate changes with the prime rate or other short-term market rates are reported in the zero to three months category.

Fixed rate and non-interest bearing assets with no defined maturity are reported based upon expected account balance behaviour.

*Liabilities*
Fixed rate liabilities, such as investment certificates, are reported at scheduled maturity with estimated redemptions that reflect expected depositor behaviour.

Interest bearing deposits on which the customer interest rate changes with the prime rate or other short-term market rates are reported in the zero to three months category.

Fixed rate and non-interest bearing liabilities with no defined maturity are reported based upon expected account balance behaviour.

*Capital*
Common shareholders' equity is reported as non-interest sensitive.

*Yields*
Yields are based upon the effective interest rates for the assets or liabilities on October 31, 2007.

Notes

**Interest Rate Gap Position**

(Canadian $ in millions)

| As at October 31 | 0 to 3 months | 4 to 6 months | 7 to 12 months | Total within 1 year | Effective interest rate (%) | 1 to 5 years | Effective interest rate (%) | Over 5 years | Effective interest rate (%) | Non-interest sensitive | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Canadian Dollar** | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | |
| Cash resources | $ (6,131) | $ – | $ – | $ (6,131) | 4.08 | $ 289 | – | $ – | – | $ (1,029) | $ (6,871) |
| Securities | 45,687 | 578 | 2,107 | 48,372 | 3.71 | 8,595 | 4.81 | 109 | 5.88 | 130 | 57,206 |
| Securities borrowed or purchased under resale agreements | 21,590 | 211 | 502 | 22,303 | 4.10 | – | – | – | – | – | 22,303 |
| Loans | 61,617 | 3,614 | 7,109 | 72,340 | 6.80 | 31,880 | 5.76 | 3,233 | 5.55 | 12,722 | 120,175 |
| Other assets | 62,167 | (1,022) | 527 | 61,672 | n/a | 4,214 | n/a | – | n/a | 1,052 | 66,938 |
| Total assets | 184,930 | 3,381 | 10,245 | 198,556 | | 44,978 | | 3,342 | | 12,875 | 259,751 |
| **Liabilities and Shareholders' Equity** | | | | | | | | | | | |
| Deposits | 70,368 | 3,414 | 7,575 | 81,357 | 6.13 | 40,688 | 2.09 | 3,316 | 2.09 | – | 125,361 |
| Securities sold but not yet purchased | 21,044 | – | – | 21,044 | 3.46 | – | – | – | – | – | 21,044 |
| Securities lent or sold under repurchase agreements | 15,467 | 111 | – | 15,578 | 3.07 | – | – | – | – | – | 15,578 |
| Other liabilities | 61,588 | 103 | 265 | 61,956 | 1.71 | 2,158 | n/a | 1,050 | n/a | 12,744 | 77,908 |
| Subordinated debt, Capital trust securities and Preferred share liability | 256 | 150 | – | 406 | 4.61 | 3,090 | 5.98 | 1,350 | 5.36 | – | 4,846 |
| Shareholders' equity | (18) | – | – | (18) | n/a | 349 | n/a | 450 | n/a | 14,233 | 15,014 |
| Total liabilities and shareholders' equity | 168,705 | 3,778 | 7,840 | 180,323 | | 46,285 | | 6,166 | | 26,977 | 259,751 |
| On-balance sheet gap position | 16,225 | (397) | 2,405 | 18,233 | | (1,307) | | (2,824) | | (14,102) | – |
| Off-balance sheet notional amounts of derivatives | (16,963) | 902 | 2,553 | (13,508) | | 10,633 | | 2,875 | | – | – |
| **Total Canadian dollar interest rate gap position** | | | | | | | | | | | |
| 2007 | $ (738) | $ 505 | $ 4,958 | $ 4,725 | | $ 9,326 | | $ 51 | | $(14,102) | $ – |
| 2006 | 908 | (1,415) | 5,115 | 4,608 | | 7,955 | | 1,903 | | (14,466) | – |
| **U.S. Dollar and Other Currencies** | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | |
| Cash resources | $ 26,443 | $ 2,287 | $ (444) | $ 28,286 | 3.84 | $ 966 | 2.24 | $ – | – | $ 509 | $ 29,761 |
| Securities | 31,391 | 1,284 | 1,833 | 34,508 | 3.56 | 4,900 | 3.97 | 1,579 | 5.30 | 84 | 41,071 |
| Securities borrowed or purchased under resale agreements | 14,007 | – | 783 | 14,790 | 3.07 | – | – | – | – | – | 14,790 |
| Loans | 28,185 | 1,837 | 2,948 | 32,970 | 6.06 | 9,014 | 6.36 | 1,117 | 5.29 | 819 | 43,920 |
| Other assets | (27,808) | 828 | 1,111 | (25,869) | n/a | 3,091 | n/a | – | n/a | 9 | (22,769) |
| Total assets | 72,218 | 6,236 | 6,231 | 84,685 | | 17,971 | | 2,696 | | 1,421 | 106,773 |
| **Liabilities and Shareholders' Equity** | | | | | | | | | | | |
| Deposits | 83,800 | 8,282 | 6,056 | 98,138 | 4.25 | 7,047 | 1.23 | 1,481 | 4.59 | 23 | 106,689 |
| Securities sold but not yet purchased | 3,995 | – | – | 3,995 | – | – | – | – | – | – | 3,995 |
| Securities lent or sold under repurchase agreements | 15,639 | 46 | – | 15,685 | 6.03 | – | – | – | – | – | 15,685 |
| Other liabilities | (22,383) | 82 | 254 | (22,047) | n/a | 1,346 | n/a | – | n/a | 821 | (19,880) |
| Subordinated debt, Capital trust securities and Preferred share liability | – | – | – | – | – | – | – | – | – | – | – |
| Shareholders' equity | – | – | – | – | n/a | 284 | n/a | – | n/a | – | 284 |
| Total liabilities and shareholders' equity | 81,051 | 8,410 | 6,310 | 95,771 | | 8,677 | | 1,481 | | 844 | 106,773 |
| On-balance sheet gap position | (8,833) | (2,174) | (79) | (11,086) | | 9,294 | | 1,215 | | 577 | – |
| Off-balance sheet notional amounts of derivatives | 6,231 | – | – | 6,231 | | (5,885) | | (346) | | – | – |
| **Total U.S. dollar and other currencies interest rate gap position** | | | | | | | | | | | |
| 2007 | $ (2,602) | $(2,174) | $ (79) | $ (4,855) | | $ 3,409 | | $ 869 | | $ 577 | $ – |
| 2006 | (14,863) | 2,543 | 4,882 | (7,438) | | 3,159 | | 3,829 | | 450 | – |

Certain comparative figures have been reclassified to conform with the current year's presentation.

n/a – not applicable

# Note 21: Share Capital

**Outstanding**
(Canadian $ in millions, except as noted)

| | Number of shares | Amount | Dividends declared per share | Number of shares | Amount | Dividends declared per share | Number of shares | Amount | Dividends declared per share |
|---|---|---|---|---|---|---|---|---|---|
| | | | **2007** | | | 2006 | | | 2005 |
| **Preferred Shares – Classified as Liabilities** | | | | | | | | | |
| Class B – Series 4 (1) | – | $  – | $ 0.91 | 8,000,000 | $ 200 | $ 1.20 | 8,000,000 | $ 200 | $ 1.20 |
| Class B – Series 6 | 10,000,000 | 250 | 1.19 | 10,000,000 | 250 | 1.19 | 10,000,000 | 250 | 1.19 |
| | | 250 | | | 450 | | | 450 | |
| **Preferred Shares – Classified as Equity** | | | | | | | | | |
| Class B – Series 5 | 8,000,000 | $ 200 | $ 1.33 | 8,000,000 | $ 200 | $ 1.33 | 8,000,000 | $ 200 | $ 1.33 |
| Class B – Series 10 | 12,000,000 | 396 | US$ 1.49 | 12,000,000 | 396 | US$ 1.49 | 12,000,000 | 396 | US$ 1.49 |
| Class B – Series 13 | 14,000,000 | 350 | 0.96 | – | – | – | – | – | – |
| Class B – Series 14 | 10,000,000 | 250 | – | – | – | – | – | – | – |
| | | 1,196 | | | 596 | | | 596 | |
| **Common Shares** | 498,562,702 | 4,411 | $ 2.71 | 500,726,079 | 4,231 | $ 2.26 | 500,219,068 | 4,022 | $ 1.85 |
| Share Capital | | $ 5,607 | | | $ 4,827 | | | $ 4,618 | |

(1) $200 million redeemed in 2007.

## Preferred Shares

We are authorized by our shareholders to issue an unlimited number of Class A Preferred shares and Class B Preferred shares without par value, in series, for unlimited consideration. Class B Preferred shares may be issued in a foreign currency.

During the year ended October 31, 2007, we issued the following preferred shares:

• 14,000,000 4.5% Non-Cumulative Perpetual Class B Preferred shares, Series 13, at a price of $25.00 per share, representing an aggregate issue price of $350 million.

• 10,000,000 5.25% Non-Cumulative Perpetual Class B Preferred shares, Series 14, at a price of $25.00 per share, representing an aggregate issue price of $250 million.

During the year ended October 31, 2007, we redeemed all of our 8,000,000 Non-Cumulative Class B Preferred shares, Series 4, at a price of $25.00 per share plus any declared and unpaid dividends to the date of redemption. This represents an aggregate redemption price of approximately $200 million.

### Preferred Share Rights and Privileges

Class B – Series 4 shares were convertible at the shareholder's option; however, they were redeemed during the year. The shares carry a non-cumulative quarterly dividend of $0.30 per share.

Class B – Series 5 shares are redeemable at our option starting February 25, 2013 for $25.00 cash per share, and are not convertible. The shares carry a non-cumulative quarterly dividend of $0.33125 per share.

Class B – Series 6 shares are redeemable at our option starting November 25, 2005 for $25.00 cash per share, plus a premium if we redeem the shares before November 25, 2007, or an equivalent value of our common shares. They are convertible at the shareholder's option starting November 25, 2008 into our common shares; however, we have the right to pay $25.00 cash per share instead. The shares carry a non-cumulative quarterly dividend of $0.296875 per share.

Class B – Series 10 shares are redeemable at our option starting February 25, 2012 for US$25.00 cash per share, and are convertible at our option starting February 25, 2012 into our common shares. The shares carry a non-cumulative quarterly dividend of US$0.371875 per share.

Class B – Series 13 shares are redeemable at our option starting February 25, 2012 for $25.00 cash per share, plus a premium if we redeem the shares before February 25, 2016. The shares carry a non-cumulative quarterly dividend of $0.28125 per share.

Class B – Series 14 shares are redeemable at our option starting November 25, 2012 for $25.00 cash per share, plus a premium if we redeem the shares before November 25, 2016. The shares carry a non-cumulative quarterly dividend of $0.328125 per share.

## Common Shares

We are authorized by our shareholders to issue an unlimited number of our common shares, without par value, for unlimited consideration. Our common shares are not redeemable or convertible. Dividends are declared by us on a quarterly basis and the amount can vary from quarter to quarter.

## Normal Course Issuer Bid

On September 6, 2007, we commenced a normal course issuer bid, effective for one year. Under this bid, we may repurchase up to 25,000,000 common shares, approximately 5% of our outstanding common shares.

We participated in a normal course issuer bid during the period from September 6, 2006 to September 5, 2007, under which we were able to repurchase up to 15,000,000 common shares, approximately 3% of our then outstanding common shares.

During the year ended October 31, 2007, we repurchased 7,621,600 shares at an average cost of $68.80 per share, totalling $524 million. During the year ended October 31, 2006, we repurchased 5,919,400 shares at an average cost of $63.58 per share, totalling $376 million. During the year ended October 31, 2005, we repurchased 6,957,800 shares at an average cost of $56.04 per share, totalling $390 million.

Notes

### Issuances Exchangeable into Common Shares

One of our subsidiaries, Bank of Montreal Securities Canada Limited ("BMSCL"), has issued various classes of non-voting shares that can be exchanged at the option of the holder for our common shares, based on a formula. If all of these BMSCL shares had been converted into our common shares, up to 270,657, 327,863 and 361,397 of our common shares would have been needed to complete the exchange as at October 31, 2007, 2006 and 2005, respectively.

### Share Redemption and Dividend Restrictions

The Superintendent of Financial Institutions Canada must approve any plan to redeem any of our preferred share issues for cash.

We are prohibited from declaring dividends on our preferred or common shares when we would be, as a result of paying such a dividend, in contravention of the capital adequacy, liquidity or any other regulatory directives issued under the *Bank Act*. In addition, common share dividends cannot be paid unless all dividends declared and payable on our preferred shares have been paid or sufficient funds have been set aside to do so.

In addition, we have agreed that if BMO Capital Trust (the "Trust"), one of our subsidiaries, fails to pay any required distribution on its capital trust securities, we will not declare dividends of any kind on any of our preferred or common shares for a period of time following the Trust's failure to pay the required distribution (as defined in the capital trust securities' prospectuses) unless the Trust first pays such distribution to the holders of its capital trust securities (see Note 19).

### Shareholder Dividend Reinvestment and Share Purchase Plan

We offer a dividend reinvestment and share purchase plan for our shareholders. Participation in the plan is optional. Under the terms of the plan, cash dividends on common shares are reinvested to purchase additional common shares. Shareholders also have the opportunity to make optional cash payments to acquire additional common shares. We may issue these common shares at an average of the closing prices of our common shares on the Toronto Stock Exchange based on the five trading days prior to the last business day of the month or we may purchase them on the open market at market price. During the year ended October 31, 2007, we issued a total of 1,626,374 common shares (1,378,328 in 2006) under the plan.

### Potential Share Issuances

As at October 31, 2007, we had reserved 1,641,923 common shares for potential issuance in respect of our Shareholder Dividend Reinvestment and Share Purchase Plan and 4,990,777 common shares in respect of the exchange of certain shares of BMSCL. We also have reserved 21,380,724 common shares for the potential exercise of stock options, as further described in Note 22.

### Change in Accounting Policy

On November 1, 2004, we adopted the CICA's new accounting requirements on the classification of financial instruments as liabilities or equity. The new rules require that our preferred shares and capital trust securities, which are ultimately convertible into a variable number of our common shares at the holders' option, be classified as liabilities. We reclassified $850 million of our Class B Preferred shares, Series 3, 4 and 6, from share capital to preferred share liability. We also reclassified $1,150 million of our capital trust securities, Series A, B and C, previously recorded in other liabilities as non-controlling interest in subsidiaries, to capital trust securities. The dividends declared on those preferred shares, as well as the distributions made on those capital trust securities, are now recorded as interest expense. This change did not impact earnings per share or net income available to common shareholders since preferred share dividends are deducted from net income in determining those measures.

The impact of this change in accounting policy on our Consolidated Statement of Income for the years ended October 31, 2007, 2006 and 2005 was as follows:

| (Canadian $ in millions) | 2007 | 2006 | 2005 |
|---|---|---|---|
| Increase (decrease) in net income | | | |
| Interest Expense – Preferred shares and capital trust securities | $(99) | $(99) | $(97) |
| Non-controlling interest in subsidiaries | 51 | 42 | 42 |
| Income taxes | 28 | 37 | 37 |
| Net Income | (20) | (20) | (18) |
| Preferred share dividends | 20 | 20 | 18 |
| Net income available to common shareholders | $  – | $  – | $  – |

---

## Note 22: Employee Compensation – Stock-Based Compensation

We determine the fair value of stock options on their grant date and record this amount as compensation expense over the period that the stock options vest, with a corresponding increase to contributed surplus. When these stock options are exercised, we record the amount of proceeds, together with the amount recorded in contributed surplus, in share capital.

### Stock Option Plan

We maintain a Stock Option Plan for designated officers, employees and directors. Options are granted at an exercise price equal to the closing price of our common shares on the day prior to the grant date. Options granted under the plan from 1995 to 1999 vest five fiscal years from November 1 of the year in which the options were granted to the officer or employee, if we have met certain performance targets. Options granted since 1999 vest 25% per year over a four-year period starting from their grant date. A portion of the options granted since 1999 can only be exercised once certain performance targets are met. All options expire 10 years from their grant date.

The following table summarizes information about our Stock Option Plan:

| (Canadian $, except as noted) | 2007 | | 2006 | | 2005 | |
|---|---|---|---|---|---|---|
| | Number of stock options | Weighted-average exercise price | Number of stock options | Weighted-average exercise price | Number of stock options | Weighted-average exercise price |
| Outstanding at beginning of year | 23,254,639 | $ 38.55 | 26,919,349 | $ 35.86 | 30,442,060 | $ 33.87 |
| Granted | 1,229,500 | 68.96 | 1,390,700 | 63.04 | 1,471,764 | 56.60 |
| Exercised | 3,774,644 | 31.86 | 5,014,557 | 30.87 | 4,736,826 | 29.30 |
| Forfeited/cancelled | 43,882 | 54.42 | 37,053 | 46.77 | 257,649 | 36.77 |
| Expired | 8,900 | 19.93 | 3,800 | 15.50 | – | n/a |
| Outstanding at end of year | 20,656,713 | 41.55 | 23,254,639 | 38.55 | 26,919,349 | 35.86 |
| Exercisable at end of year | 15,585,532 | 36.01 | 17,947,453 | 34.35 | 20,016,144 | 32.68 |
| Available for grant | 3,863,301 | | 2,047,729 | | 3,397,576 | |
| Outstanding stock options as a percentage of outstanding shares | 4.14% | | 4.64% | | 5.38% | |

n/a – not applicable

Employee compensation expense related to this plan for the years ended October 31, 2007, 2006 and 2005 was $11 million, $14 million and $13 million before tax, respectively ($10 million, $13 million and $12 million after tax, respectively).

The intrinsic value of a stock option grant is the difference between the current market price for our common shares and the strike price of the option. The aggregate intrinsic value for stock options outstanding at October 31, 2007, 2006 and 2005 was $443 million, $719 million and $591 million, respectively. The aggregate intrinsic value for stock options exercisable at October 31, 2007, 2006 and 2005 was $421 million, $629 million and $503 million, respectively.

Options outstanding and options exercisable as at October 31, 2007 and 2006 by range of exercise price were as follows:

| (Canadian $, except as noted) | 2007 | | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Options outstanding | | | Options exercisable | | | Options outstanding | | Options exercisable |
| Range of exercise prices | Number of stock options | Weighted-average remaining contractual life (years) | Weighted-average exercise price | Number of stock options | Weighted-average exercise price | Number of stock options | Weighted-average remaining contractual life (years) | Weighted-average exercise price | Number of stock options | Weighted-average exercise price |
| $15.50 to $20.00 | – | – | $ – | – | $ – | 140,387 | 0.1 | $ 19.93 | 140,387 | $ 19.93 |
| $20.01 to $30.00 | 2,492,855 | 2.0 | 25.60 | 2,492,855 | 25.60 | 3,441,275 | 3.0 | 25.60 | 3,441,275 | 25.60 |
| $30.01 to $40.00 | 10,604,596 | 3.1 | 35.69 | 10,184,016 | 35.57 | 13,135,225 | 3.9 | 35.36 | 12,313,275 | 35.24 |
| $40.01 to $68.32 | 6,342,762 | 6.3 | 52.37 | 2,908,661 | 46.48 | 6,537,752 | 7.2 | 52.16 | 2,052,516 | 44.67 |
| $68.33 and over | 1,216,500 | 9.0 | 68.97 | – | – | – | – | – | – | – |

The following table summarizes nonvested stock option activity for the years ended October 31, 2007 and 2006:

| (Canadian $, except as noted) | 2007 | | 2006 | |
|---|---|---|---|---|
| | Number of stock options | Weighted-average grant date fair value | Number of stock options | Weighted-average grant date fair value |
| Nonvested at beginning of year | 5,307,186 | $ 8.89 | 6,903,205 | $ 7.82 |
| Granted | 1,229,500 | 7.56 | 1,390,700 | 10.17 |
| Vested | 1,442,754 | 8.25 | 2,953,266 | 7.14 |
| Forfeited/cancelled | 22,751 | 10.16 | 33,453 | 9.19 |
| Nonvested at end of year | 5,071,181 | $ 8.74 | 5,307,186 | $ 8.89 |

The following table summarizes further information about our Stock Option Plan:

| (Canadian $ in millions, except as noted) | 2007 | 2006 | 2005 |
|---|---|---|---|
| Unrecognized compensation cost for nonvested stock option awards | $ 10 | $ 12 | $ 13 |
| Weighted-average period over which it is recognized (in years) | 2.6 | 3.0 | 2.9 |
| Total intrinsic value of stock options exercised | $ 138 | $ 170 | $ 131 |
| Cash proceeds from stock options exercised | $ 120 | $ 155 | $ 139 |
| Actual tax benefits realized on stock options exercised | $ 4 | $ 14 | $ 7 |

### Change in Accounting Policy

During the year ended October 31, 2006, we adopted the CICA's new accounting requirements for stock-based compensation. The new rules require that stock-based compensation granted to employees eligible to retire be expensed at the time of grant. Previously, we amortized the cost over the vesting period.

Notes

We have restated prior years' consolidated financial statements to reflect this change. The impact of this change in accounting policy on our consolidated financial statements for the current and prior years as at October 31 is as follows:

| (Canadian $ in millions) | 2007 | 2006 | 2005 |
|---|---|---|---|
| Increase (decrease) in net income | | | |
| **Consolidated Statement of Income** | | | |
| Employee compensation | $ (6) | $ (2) | $ (5) |
| Income taxes | 2 | – | 1 |
| Net Income | $ (4) | $ (2) | $ (4) |
| Increase (decrease) | | | |
| **Consolidated Balance Sheet** | | | |
| Other assets | $(30) | $(24) | $(25) |
| Other liabilities | 2 | 1 | (1) |
| Contributed surplus | 17 | 16 | 15 |

We determine the fair value of options granted using a trinomial option pricing model. Expected volatility is based on the implied volatility from traded options on our share price and the historical volatility of our share price. The weighted-average fair value of options granted during the years ended October 31, 2007, 2006 and 2005 was $7.56, $10.17 and $10.34, respectively. The following weighted-average assumptions were used to determine the fair value of options on the date of grant:

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Expected dividend yield | 4.2% | 3.4% | 3.4% |
| Expected share price volatility | 15.6% | 20.2% | 22.8% |
| Risk-free rate of return | 4.0% | 4.0% | 4.2% |
| Expected period until exercise (in years) | 7.4 | 7.2 | 7.1 |

Changes in the input assumptions can result in materially different fair value estimates.

## Other Stock-Based Compensation Plans

### Share Purchase Plan
We offer our employees the option of contributing a portion of their gross salary toward the purchase of our common shares. We match 50% of employee contributions up to 6% of their individual gross salaries. The shares in the employee share purchase plan are purchased on the open market and are considered outstanding for purposes of computing earnings per share. The dividends earned on our common shares held by the plan are used to purchase additional common shares on the open market.

We account for our contribution as employee compensation expense when it is contributed to the plan.

Employee compensation expense related to this plan for the years ended October 31, 2007, 2006 and 2005 was $36 million, $35 million and $33 million, respectively. There were 13,102,696, 12,809,736 and 12,184,377 common shares held in this plan for the years ended October 31, 2007, 2006 and 2005, respectively.

### Mid-Term Incentive Plans
We offer mid-term incentive plans for executives and certain senior employees. Depending on the plan, these pay either a single cash payment at the end of the three-year period of the plan, or three annual cash payments in each of the three years of the plan. The amount of the payment is adjusted to reflect dividends and changes in the market value of our common shares. For the majority of executive and some senior employee grants, a portion of the incentive payment also varies based on performance targets driven by annualized total shareholder return compared with that of our competitors.

Mid-term incentive plan units granted during the years ended October 31, 2007, 2006 and 2005 totalled 3,210,864, 3,387,493 and 3,105,178, respectively. We entered into agreements with third parties to assume most of our obligations related to these plans in exchange for cash payments of $220 million, $202 million and $187 million in the years ended October 31, 2007, 2006 and 2005, respectively. Amounts paid under these agreements were recorded in our Consolidated Balance Sheet in other assets and are recorded as employee compensation expense evenly over the period prior to payment to employees. Amounts related to units granted to employees who are eligible to retire are expensed at the time of grant. We no longer have any liability for the obligations transferred to third parties because any future payments required will be the responsibility of the third parties. The amount deferred and recorded in other assets in our Consolidated Balance Sheet totalled $104 million and $96 million as at October 31, 2007 and 2006, respectively. The deferred amount as at October 31, 2007 is expected to be recognized over a weighted-average period of 1.8 years (1.7 years in 2006).

For the remaining obligations related to plans for which we have not entered into agreements with third parties, the amount of compensation expense is amortized over the period prior to payment to employees and adjusted to reflect the current market value of our common shares. The liability related to these plans as at October 31, 2007 and 2006 was $19 million and $nil, respectively.

Employee compensation expense related to these plans for the years ended October 31, 2007, 2006 and 2005 was $212 million, $190 million and $174 million before tax, respectively ($138 million, $122 million and $112 million after tax, respectively).

A total of 8,298,718, 8,272,824 and 8,933,847 share units were outstanding for the years ended October 31, 2007, 2006 and 2005, respectively.

### Deferred Incentive Plans
We offer deferred incentive plans for certain senior executives and key employees in our BMO Capital Markets and Private Client Groups and members of our Board of Directors. Under these plans, fees, annual incentive payments and/or commissions can be deferred as stock units of our common shares. The amount of fees, deferred incentive payments and/or commissions is adjusted to reflect dividends and changes in the market value of our common shares.

Depending on the plan, deferred incentive payments can be paid upon retirement/resignation, over the three-year period of the plan or at the end of the three-year period of the plan. The deferred incentive payments can be made in cash, shares or a combination of both.

Employee compensation expense for these plans is recorded in the year the incentive payment and/or commission is earned. Changes in the amount of the incentive payments as a result of dividends and share price movements are recorded as employee compensation expense in the period of the change.

Deferred incentive plan units granted during the years ended October 31, 2007, 2006 and 2005 totalled 442,583, 471,662 and 398,605, respectively. We have entered into derivative instruments to hedge our exposure to these plans. Changes in the fair value of these derivatives are recorded as employee compensation expense in the period in which they arise.

Liabilities related to these plans are recorded in other liabilities in our Consolidated Balance Sheet and totalled $169 million and $171 million as at October 31, 2007 and 2006, respectively.

Employee compensation expense related to these plans for the years ended October 31, 2007, 2006 and 2005 was $13 million, $33 million and $6 million before tax, respectively ($8 million, $21 million and $4 million after tax, respectively). Hedging gains of $6 million, $25 million and $2 million before tax, respectively, were also recognized, resulting in net employee compensation expense of $7 million, $8 million and $4 million before tax, respectively ($5 million, $5 million and $3 million after tax, respectively).

A total of 2,686,903, 2,542,696 and 2,099,577 deferred stock units were outstanding for the years ended October 31, 2007, 2006 and 2005, respectively.

# Note 23: Employee Compensation – Pension and Other Employee Future Benefits

### Pension and Other Employee Future Benefit Plans

We have a number of arrangements in Canada, the United States and the United Kingdom that provide pension and other employee future benefits to our retired and current employees.

Pension arrangements include defined benefit statutory pension plans, as well as supplemental arrangements that provide pension benefits in excess of statutory limits. Generally, under these plans we provide retirement benefits based on an employee's years of service and average annual earnings over a period of time prior to retirement. We are responsible for ensuring that the statutory pension plans have sufficient assets to pay the pension benefits upon retirement of employees. Voluntary contributions can be made by employees but are not required.

We also provide defined contribution pension plans to employees in some of our subsidiaries. Under these plans, we are responsible for contributing a predetermined amount to a participant's retirement savings, based on a percentage of that employee's salary. We recognize the cost of our defined contribution pension plans in employee compensation expense as the employees work for us.

We also provide other employee future benefits, including health and dental care benefits and life insurance for current and retired employees.

### Pension and Other Employee Future Benefit Liabilities

We have two types of benefit liabilities: our defined benefit pension liabilities and our other employee future benefit liabilities. These benefit liabilities represent the amount of pension and other employee future benefits that our employees and retirees have earned as at year end.

Our actuaries perform valuations of our benefit liabilities for pension and other employee future benefits as at October 31 of each year for our Canadian plans (September 30 for our U.S. plans), using the projected benefit method prorated on service, based on management's assumptions about discount rates, salary growth, retirement age, mortality and health care cost trend rates. The discount rate is determined by management with reference to market conditions at year end. Other assumptions are determined with reference to long-term expectations.

Components of the change in our benefit liabilities year over year and our pension and other employee future benefit expense are as follows:

**Benefits earned by employees** represent benefits earned in the current year. They are determined with reference to the current workforce and the amount of benefits to which they will be entitled upon retirement, based on the provisions of our benefit plans.

**Interest cost on benefit liabilities** represents the increase in the liabilities that results from the passage of time.

**Actuarial gains or losses** may arise in two ways. First, each year our actuaries recalculate the benefit liabilities and compare them to those estimated as at the prior year end. Any differences that result from changes in assumptions or from plan experience being different

from management's expectations at the previous year end are considered actuarial gains or losses. Secondly, actuarial gains and losses arise when there are differences between expected and actual returns on plan assets.

At the beginning of each year, we determine whether the unrecognized actuarial gain or loss is more than 10% of the greater of our plan asset or benefit liability balances. Any unrecognized actuarial gain or loss in excess of this 10% threshold is recognized in expense over the remaining service period of active employees. Amounts below the 10% threshold are not recognized in income.

**Plan amendments** are changes in our benefit liabilities as a result of changes to provisions of the plans. These amounts are recognized in expense over the remaining service period of active employees.

**Expected return on assets** represents management's best estimate of the long-term rate of return on plan assets applied to the fair value of plan assets. We establish our estimate of the expected rate of return on plan assets based on the plan's target asset allocation and estimated rates of return for each asset class. Estimated rates of return are based on expected returns from fixed income securities, which take into consideration bond yields. An equity risk premium is then applied to estimate equity returns. Returns from other asset classes are set to reflect the relative risks of these classes as compared to fixed income and equity assets. Differences between expected and actual returns on assets are included in our actuarial gain or loss balance, as described above.

**Settlements** occur when benefit liabilities for plan participants are settled, usually through lump sum cash payments, and as a result we no longer have a liability to provide them with benefit payments in the future.

### Funding of Pension and Other Employee Future Benefit Plans

Our statutory pension plans in Canada and the United States are funded by us and the assets in these plans are used to pay retirees benefits.

Our supplementary pension plans in Canada are partially funded, while in the United States the plan is unfunded. Our other employee future benefit plans in the United States and Canada are partially funded. Pension and benefit payments related to these plans are either paid through the respective plan, or paid directly by us.

We measure the fair value of plan assets as at October 31 for our Canadian plans (September 30 for our U.S. plans). In addition to actuarial valuations for accounting purposes, we are required to prepare valuations for determining our pension contributions (our "funding valuation"). The most recent funding valuation for our main Canadian plan was performed as at October 31, 2007. We are required to file funding valuations for that plan with the Office of the Superintendent of Financial Institutions Canada at least every three years. An annual funding valuation is required for our U.S. statutory plan. The most recent valuation was performed as at January 1, 2007.

The benefit liability and the fair value of plan assets in respect of plans that are not fully funded are as follows:

| (Canadian $ in millions) | Pension benefit plans | | | Other employee future benefit plans | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2007** | 2006 | 2005 | **2007** | 2006 | 2005 |
| Accrued benefit liability | **$ 832** | $ 955 | $ 959 | **$ 908** | $ 952 | $ 852 |
| Fair value of plan assets | **706** | 729 | 693 | **68** | 68 | 66 |
| Unfunded benefit liability | **$ 126** | $ 226 | $ 266 | **$ 840** | $ 884 | $ 786 |

Notes

## Asset Allocations

The investment policy for the main Canadian pension plan assets is to have a diversified mix of quality investments that is expected to provide a superior real rate of return over the long term, while limiting performance volatility. Plan assets are rebalanced within ranges around target allocations. Allocations as at the end of each year and the target allocations for October 31 are as follows:

| | Funded pension benefit plans (1) | | | | Funded other employee future benefit plans | | | |
|---|---|---|---|---|---|---|---|---|
| | Target 2007 | Actual 2007 | Actual 2006 | Actual 2005 | Target 2007 | Actual 2007 | Actual 2006 | Actual 2005 |
| Equities | 53% | 45% | 43% | 50% | 65% | 73% | 65% | 67% |
| Fixed income investments | 35% | 38% | 41% | 38% | 35% | 27% | 33% | 33% |
| Other | 12% | 17% | 16% | 12% | – | – | 2% | – |

(1) Excludes the Canadian supplementary plan, whose assets are fully invested in fixed income investments.

## Pension and Other Employee Future Benefit Expenses

Pension and other employee future benefit expenses are determined as follows:

| (Canadian $ in millions, except as noted) | Pension benefit plans | | | Other employee future benefit plans | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | 2005 | 2007 | 2006 | 2005 |
| **Annual Benefits Expense** | | | | | | |
| Benefits earned by employees | $ 149 | $ 137 | $ 127 | $ 22 | $ 18 | $ 17 |
| Interest cost on accrued benefit liability | 217 | 208 | 205 | 49 | 46 | 46 |
| Actuarial loss recognized in expense | 59 | 82 | 69 | 18 | 14 | 10 |
| Amortization of plan amendment costs | 11 | 6 | 4 | (7) | (7) | (7) |
| Expected return on plan assets | (277) | (253) | (230) | (5) | (5) | (5) |
| Annual benefits expense | 159 | 180 | 175 | 77 | 66 | 61 |
| Canada and Quebec pension plan expense | 52 | 49 | 45 | – | – | – |
| Defined contribution expense | 13 | 10 | 11 | – | – | – |
| Total annual pension and other employee future benefit expenses recognized in the Consolidated Statement of Income | $ 224 | $ 239 | $ 231 | $ 77 | $ 66 | $ 61 |
| **The impact on annual benefits expense if we had recognized all costs and expenses as they arose** | | | | | | |
| Total annual pension and other employee future benefit expenses recognized in the Consolidated Statement of Income | $ 224 | $ 239 | $ 231 | $ 77 | $ 66 | $ 61 |
| (Excess) of actual returns over expected returns on plan assets | (157) | (231) | (141) | (6) | (1) | (5) |
| (Excess) shortfall of actuarial (gains) losses amortized over actuarial (gains) losses arising | (328) | 37 | 320 | (78) | 44 | 59 |
| (Excess) shortfall of plan amendment costs amortized over plan amendment costs arising | 44 | (6) | 11 | (1) | 7 | 7 |
| Total pro forma annual pension and other employee future benefit expenses if we had recognized all costs and benefits during the year | $(217) | $ 39 | $ 421 | $ (8) | $ 116 | $ 122 |
| **Weighted-average assumptions used to determine benefit expenses** | | | | | | |
| Estimated average service period of active employees (in years) | 11 | 10 | 10 | 12 | 12 | 12 |
| Discount rate at beginning of year | 5.1% | 5.3% | 6.0% | 5.3% | 5.5% | 6.2% |
| Expected long-term rate of return on plan assets | 6.6% | 6.6% | 6.7% | 8.0% | 8.0% | 8.0% |
| Rate of compensation increase | 3.8% | 3.8% | 3.9% | 3.8% | 3.8% | 3.9% |
| Assumed overall health care cost trend rate | n/a | n/a | n/a | 7.5%(1) | 7.7%(1) | 8.0%(1) |

(1) Trending to 4.5% in 2013 and remaining at that level thereafter.
n/a – not applicable

Notes

Changes in the estimated financial positions of our pension benefit plans and other employee future benefit plans are as follows:

| (Canadian $ in millions, except as noted) | Pension benefit plans | | | Other employee future benefit plans | | |
|---|---|---|---|---|---|---|
| | **2007** | 2006 | 2005 | **2007** | 2006 | 2005 |
| **Benefit liability** | | | | | | |
| Benefit liability at beginning of year | **$ 4,248** | $ 4,013 | $ 3,479 | **$ 952** | $ 852 | $ 741 |
| Benefits earned by employees | **149** | 137 | 127 | **22** | 18 | 17 |
| Interest cost on benefit liability | **217** | 208 | 205 | **49** | 46 | 46 |
| Benefits paid to pensioners and employees | **(218)** | (202) | (185) | **(32)** | (18) | (19) |
| Voluntary employee contributions | **6** | 6 | 6 | **–** | – | – |
| (Gain) loss on the benefit liability arising from changes in assumptions | **(269)** | 121 | 389 | **(60)** | 58 | 69 |
| Plan amendments (b) | **55** | – | 15 | **(8)** | – | – |
| Other, primarily foreign exchange | **(106)** | (35) | (23) | **(15)** | (4) | (2) |
| Benefit liability at end of year | **$ 4,082** | $ 4,248 | $ 4,013 | **$ 908** | $ 952 | $ 852 |
| **Weighted-average assumptions used to determine the benefit liability** | | | | | | |
| Discount rate at end of year | **5.6%** | 5.1% | 5.3% | **5.5%** | 5.3% | 5.5% |
| Rate of compensation increase | **3.9%** | 3.8% | 3.8% | **3.9%** | 3.8% | 3.8% |
| Assumed overall health care cost trend rate | **n/a** | n/a | n/a | **7.0%**(1) | 7.5%(1) | 7.7%(1) |
| **Fair value of plan assets** | | | | | | |
| Fair value of plan assets at beginning of year | **$ 4,339** | $ 3,881 | $ 3,511 | **$ 68** | $ 66 | $ 58 |
| Actual return on plan assets | **434** | 484 | 371 | **11** | 6 | 10 |
| Bank contributions | **58** | 194 | 192 | **32** | 18 | 19 |
| Voluntary employee contributions | **6** | 6 | 6 | **–** | – | – |
| Benefits paid to pensioners and employees | **(218)** | (202) | (185) | **(32)** | (18) | (19) |
| Other, primarily foreign exchange | **(86)** | (24) | (14) | **(11)** | (4) | (2) |
| Fair value of plan assets at end of year | **$ 4,533** | $ 4,339 | $ 3,881 | **$ 68** | $ 68 | $ 66 |
| **Plan funded status** | **$ 451** | $ 91 | $ (132) | **$(840)** | $(884) | $(786) |
| Unrecognized actuarial loss | **537** | 1,034 | 1,234 | **211** | 299 | 256 |
| Unrecognized cost (benefit) of plan amendments (b) | **95** | 50 | 57 | **(46)** | (45) | (52) |
| Net benefit asset (liability) at end of year | **$ 1,083** | $ 1,175 | $ 1,159 | **$(675)** | $(630) | $(582) |
| **Recorded in:** | | | | | | |
| Other assets | **$ 1,094** | $ 1,195 | $ 1,177 | **$ –** | $ – | $ – |
| Other liabilities | **(11)** | (20) | (18) | **(675)** | (630) | (582) |
| Net benefit asset (liability) at end of year | **$ 1,083** | $ 1,175 | $ 1,159 | **$(675)** | $(630) | $(582) |

The plans paid $3 million for the year ended October 31, 2007 ($3 million in 2006; $3 million in 2005) to us and certain of our subsidiaries for investment management, record-keeping, custodial and administrative services rendered on the same terms that we offer these services to our customers. The plans did not hold any of our shares directly as at October 31, 2007, 2006 and 2005.

(1) Trending to 4.5% in 2013 and remaining at that level thereafter.

n/a – not applicable

(a) A continuity of our actuarial losses is as follows:

| (Canadian $ in millions) | Pension benefit plans | | | Other employee future benefit plans | | |
|---|---|---|---|---|---|---|
| | **2007** | 2006 | 2005 | **2007** | 2006 | 2005 |
| Unrecognized actuarial loss at beginning of year | **$ 1,034** | $ 1,234 | $ 1,059 | **$ 299** | $ 256 | $ 202 |
| (Gain) loss on the benefit liability arising from changes in assumptions | **(269)** | 121 | 389 | **(60)** | 58 | 69 |
| (Excess) of actual returns over expected returns on plan assets | **(157)** | (231) | (141) | **(6)** | (1) | (5) |
| Recognition in expense of a portion of the unrecognized actuarial loss | **(59)** | (82) | (69) | **(18)** | (14) | (10) |
| Impact of foreign exchange and other | **(12)** | (8) | (4) | **(4)** | – | – |
| Unrecognized actuarial loss at end of year | **$ 537** | $ 1,034 | $ 1,234 | **$ 211** | $ 299 | $ 256 |

(b) A continuity of the unrecognized cost (benefit) of plan amendments is as follows:

| (Canadian $ in millions) | Pension benefit plans | | | Other employee future benefit plans | | |
|---|---|---|---|---|---|---|
| | **2007** | 2006 | 2005 | **2007** | 2006 | 2005 |
| Unrecognized cost (benefit) of plan amendments at beginning of year | **$ 50** | $ 57 | $ 46 | **$ (45)** | $ (52) | $ (59) |
| Cost (benefit) of plan amendments initiated during the year | **55** | – | 15 | **(8)** | – | – |
| Recognition in expense of a portion of the unrecognized cost (benefit) of plan amendments | **(11)** | (6) | (4) | **7** | 7 | 7 |
| Impact of foreign exchange and other | **1** | (1) | – | **–** | – | – |
| Unrecognized cost (benefit) of plan amendments at end of year | **$ 95** | $ 50 | $ 57 | **$ (46)** | $ (45) | $ (52) |

Notes

## Sensitivity of Assumptions

Key weighted-average economic assumptions used in measuring the pension benefit liability, the other employee future benefit liability and related expenses are outlined in the adjoining table. The sensitivity analysis provided in the table should be used with caution as it is hypothetical and changes in each key assumption may not be linear. The sensitivities in each key variable have been calculated independently of changes in other key variables.

Actual experience may result in changes in a number of key assumptions simultaneously. Changes in one factor may result in changes in another, which could amplify or reduce certain sensitivities.

| (Canadian $ in millions, except as noted) | Pension | | Other employee future benefits | |
| | Benefit liability | Benefit expense | Benefit liability | Benefit expense |
|---|---|---|---|---|
| Discount rate (%) | 5.6 | 5.1 | 5.5 | 5.3 |
| Impact of: 1% increase ($) | (475) | (14) | (126) | (3) |
| 1% decrease ($) | 606 | 19 | 159 | 4 |
| Rate of compensation increase (%) | 3.9 | 3.8 | 3.9 | 3.8 |
| Impact of: 0.25% increase ($) | 34 | 2 | 1 | – |
| 0.25% decrease ($) | (33) | (2) | (1) | – |
| Expected rate of return on assets (%) | n/a | 6.6 | n/a | 8.0 |
| Impact of: 1% increase ($) | n/a | (40) | n/a | (1) |
| 1% decrease ($) | n/a | 40 | n/a | 1 |
| Assumed overall health care cost trend (%) | n/a | n/a | 7.0(1) | 7.5(1) |
| Impact of: 1% increase ($) | n/a | n/a | 136 | 12 |
| 1% decrease ($) | n/a | n/a | (109) | (10) |

(1) Trending to 4.5% in 2013 and remaining at that level thereafter.
n/a – not applicable

## Cash Flows

Cash payments made by us during the year in connection with our employee future benefit plans are as follows:

| (Canadian $ in millions) | Pension benefit plans | | | Other employee future benefit plans | | |
| | 2007 | 2006 | 2005 | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|
| Contributions to defined benefit plans | $ 37 | $ 179 | $ 177 | $ – | $ – | $ – |
| Contributions to defined contribution plans | 13 | 10 | 11 | – | – | – |
| Benefits paid directly to pensioners | 21 | 15 | 15 | 32 | 18 | 19 |
| Total | $ 71 | $ 204 | $ 203 | $ 32 | $ 18 | $ 19 |

Our best estimate of the amounts we expect to contribute for the year ended October 31, 2008 is $49 million to our pension plans and $34 million to our other employee future benefit plans.

### Estimated Future Benefit Payments

Estimated future benefit payments in the next five years and thereafter are as follows:

| (Canadian $ in millions) | Pension benefit plans | Other employee future benefit plans |
|---|---|---|
| 2008 | $ 212 | $ 34 |
| 2009 | 220 | 36 |
| 2010 | 233 | 40 |
| 2011 | 244 | 42 |
| 2012 | 259 | 45 |
| 2013–2017 | 1,470 | 270 |

# Note 24: Income Taxes

We report our provision for income taxes in our Consolidated Statement of Income based upon transactions recorded in our consolidated financial statements regardless of when they are recognized for income tax purposes, with the exception noted below for repatriation of retained earnings from our foreign subsidiaries.

In addition, we record income tax expense or benefit directly in shareholders' equity when the taxes relate to amounts recorded in shareholders' equity. For example, income tax expense on hedging gains related to our net investment in foreign operations is recorded in shareholders' equity as part of accumulated other comprehensive gain (loss) on translation of net foreign operations.

The future income tax balances included in other assets of $235 million and other liabilities of $nil as at October 31, 2007 ($84 million and $17 million, respectively, in 2006) are the cumulative amount of tax applicable to temporary differences between the accounting and tax values of our assets and liabilities. Future income tax assets and liabilities are measured at the tax rates expected to apply when these differences reverse. Changes in future income tax assets and liabilities related to a change in tax rates are recorded in income in the period the tax rate change is substantively enacted.

We expect that we will realize our future income tax assets in the normal course of our operations.

**Components of Future Income Tax Balances**

| (Canadian $ in millions) | 2007 | 2006 |
|---|---|---|
| **Future Income Tax Assets** | | |
| Allowance for credit losses | $ 374 | $ 396 |
| Employee future benefits | 233 | 224 |
| Deferred compensation benefits | 176 | 197 |
| Other Comprehensive Income | 67 | – |
| Other | 33 | 14 |
| Total future income tax assets | $ 883 | $ 831 |
| **Future Income Tax Liabilities** | | |
| Premises and equipment | $(168) | $(255) |
| Pension benefits | (356) | (392) |
| Intangible assets | (81) | (83) |
| Other | (43) | (34) |
| Total future income tax liabilities | $(648) | $(764) |

Income that we earn in foreign countries through our branches or subsidiaries is generally subject to tax in those countries. We are also subject to Canadian taxation on the income earned in our foreign branches. Canada allows a credit for foreign taxes paid on this income. Upon repatriation of earnings from certain foreign subsidiaries, we would be required to pay tax on certain of these earnings. As repatriation of

such earnings is not planned in the foreseeable future, we have not recorded the related future income tax liability. The maximum Canadian and foreign taxes that would be payable, at existing tax rates, if all of our foreign subsidiaries' earnings were repatriated as at October 31, 2007, 2006 and 2005 are estimated to be $599 million, $583 million and $532 million, respectively.

### Provision for Income Taxes

| (Canadian $ in millions) | 2007 | 2006 | 2005 (1) |
|---|---|---|---|
| **Consolidated Statement of Income** | | | |
| Provision for income taxes – Current | $ 214 | $ 872 | $ 784 |
| – Future | (25) | (155) | 90 |
| | 189 | 717 | 874 |
| **Shareholders' Equity** | | | |
| Income tax expense related to: | | | |
| Unrealized gains on available-for-sale securities, net of hedging activities | 19 | – | – |
| Losses on cash flow hedges | (86) | – | – |
| Hedging of unrealized loss on translation of net foreign operations | 575 | 156 | 101 |
| Other | (37) | – | – |
| Total | $ 660 | $ 873 | $ 975 |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.

### Components of Total Provision for Income Taxes

| (Canadian $ in millions) | 2007 | 2006 | 2005 (1) |
|---|---|---|---|
| Canada: Current income taxes | | | |
| Federal | $ 457 | $ 494 | $ 430 |
| Provincial | 227 | 266 | 227 |
| | 684 | 760 | 657 |
| Canada: Future income taxes | | | |
| Federal | (70) | (110) | 34 |
| Provincial | (34) | (51) | 9 |
| | (104) | (161) | 43 |
| Total Canadian | 580 | 599 | 700 |
| Foreign: Current income taxes | 93 | 268 | 228 |
| Future income taxes | (13) | 6 | 47 |
| Total foreign | 80 | 274 | 275 |
| Total | $ 660 | $ 873 | $ 975 |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.

Set out below is a reconciliation of our statutory tax rates and income tax that would be payable at these rates to the effective income tax rates and provision for income taxes that we have recorded in our Consolidated Statement of Income:

| (Canadian $ in millions, except as noted) | 2007 | | 2006 | | 2005 (1) | |
|---|---|---|---|---|---|---|
| Combined Canadian federal and provincial income taxes at the statutory tax rate | $ 838 | 35.0% | $ 1,206 | 34.9% | $ 1,160 | 34.8% |
| Increase (decrease) resulting from: | | | | | | |
| Tax-exempt income | (116) | (4.9) | (91) | (2.6) | (88) | (2.7) |
| Foreign operations subject to different tax rates | (493) | (20.6) | (332) | (9.6) | (211) | (6.3) |
| Large corporations tax | – | – | – | – | 4 | 0.1 |
| Change in tax rate for future income taxes | 2 | 0.1 | (3) | (0.1) | – | – |
| Intangible assets not deductible for tax purposes | 10 | 0.4 | 10 | 0.2 | 13 | 0.5 |
| Other | (52) | (2.1) | (73) | (2.1) | (4) | (0.1) |
| Provision for income taxes and effective tax rate | $ 189 | 7.9% | $ 717 | 20.7% | $ 874 | 26.3% |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.

## Note 25: Earnings Per Share

### Basic Earnings per Share

Our basic earnings per share is calculated by dividing our net income, after deducting total preferred share dividends, by the daily average number of fully paid common shares outstanding throughout the year.

#### Basic earnings per share

| (Canadian $ in millions, except as noted) | 2007 | 2006 | 2005 (1) |
|---|---|---|---|
| Net income | $ 2,131 | $ 2,663 | $ 2,396 |
| Dividends on preferred shares | (43) | (30) | (30) |
| Net income available to common shareholders | $ 2,088 | $ 2,633 | $ 2,366 |
| Average number of common shares outstanding (in thousands) | 499,950 | 501,257 | 500,060 |
| Basic earnings per share (Canadian $) | $ 4.18 | $ 5.25 | $ 4.73 |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.

### Diluted Earnings per Share

Diluted earnings per share represents what our earnings per share would have been if instruments convertible into common shares that had the impact of reducing our earnings per share had been converted either at the beginning of the year for instruments that were outstanding all year or from the date of issue for instruments issued during the year.

#### Convertible Shares

In determining diluted earnings per share, we increase net income available to common shareholders by dividends paid on convertible shares as these dividends would not have been paid if the shares had been converted at the beginning of the year. These dividends were less than $1 million for the years ended October 31, 2007, 2006 and 2005. Similarly, we increase the average number of common shares outstanding by the number of shares that would have been issued had the conversion taken place at the beginning of the year.

Our Series 6 and 10 Class B Preferred shares, in certain circumstances, are convertible into common shares. These conversions are not included in the calculation of diluted earnings per share as we have the option to settle the conversion in cash instead of common shares.

Notes

*Employee Stock Options*

In determining diluted earnings per share, we increase the average number of common shares outstanding by the number of shares that would have been issued if all stock options with a strike price below the average share price for the year had been exercised. When performance targets have not been met, affected options are excluded from the calculation. We also decrease the average number of common shares outstanding by the number of our common shares that we could have repurchased if we had used the proceeds from the exercise of stock options to repurchase them on the open market at the average share price for the year. We do not adjust for stock options with a strike price above the average share price for the year because including them would increase our earnings per share, not dilute it.

| Diluted earnings per share (Canadian $ in millions, except as noted) | 2007 | 2006 | 2005 (1) |
|---|---|---|---|
| Net income available to common shareholders | $ 2,088 | $ 2,633 | $ 2,366 |
| Average number of common shares outstanding (in thousands) | 499,950 | 501,257 | 500,060 |
| Convertible shares | 271 | 328 | 361 |
| Stock options potentially exercisable (2) | 18,492 | 21,629 | 25,424 |
| Common shares potentially repurchased | (10,099) | (12,041) | (15,000) |
| Average diluted number of common shares outstanding (in thousands) | 508,614 | 511,173 | 510,845 |
| Diluted earnings per share (Canadian $) | $ 4.11 | $ 5.15 | $ 4.63 |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.
(2) In computing diluted earnings per share we excluded average stock options outstanding of 317,266, 174,485 and 410,265 with weighted-average exercise prices of $67.89, $63.14 and $56.60 for the years ended October 31, 2007, 2006 and 2005, respectively.

# Note 26: Operating and Geographic Segmentation

## Operating Groups

We conduct our business through operating groups, each of which has a distinct mandate. We determine operating groups based on our management structure and therefore our groups, and results attributed to them, may not be comparable with those of other financial services companies. We evaluate the performance of our groups using measures such as net income, revenue growth, return on equity, net economic profit and non-interest expense-to-revenue (productivity) ratio.

Beginning in the year ended October 31, 2006, we amended our operating group segmentation to include both Personal and Commercial Banking Canada and Personal and Commercial Banking U.S. as reporting units. Prior period information has been restated to reflect this new reporting basis.

## Personal and Commercial Banking

Personal and Commercial Banking ("P&C") is comprised of two operating segments: Personal and Commercial Banking Canada and Personal and Commercial Banking U.S.

## Personal and Commercial Banking Canada

Personal and Commercial Banking Canada ("P&C Canada") offers a full range of consumer and business loan and deposit products, including deposit and investment services, mortgages, consumer credit, business lending, cash management and other banking services.

## Personal and Commercial Banking U.S.

Personal and Commercial Banking U.S. ("P&C U.S.") offers a full range of products and services to personal and business clients in the United States, primarily in the Chicago area and Indiana, through branches and direct banking channels such as telephone banking, online banking and a network of automated banking machines.

## Private Client Group

Private Client Group ("PCG") brings together all of our wealth management businesses. Operating under the BMO brand in Canada and Harris in the United States, PCG serves a full range of client segments, from mainstream to ultra-high net worth, as well as select institutional market segments. We offer our clients a broad range of wealth management products and services, including full-service and online brokerage in Canada and private banking and investment products in Canada and the United States.

## BMO Capital Markets

BMO Capital Markets ("BMO CM") combines all of our businesses serving corporate, institutional and government clients. In Canada and the United States, its clients span a broad range of industry sectors.

BMO CM also serves clients in the United Kingdom, Europe, Asia and Australia. It offers clients complete financial solutions, including equity and debt underwriting, corporate lending and project financing, mergers and acquisitions advisory services, merchant banking, securitization, treasury and market risk management, debt and equity research and institutional sales and trading.

## Corporate Services

Corporate Services includes the corporate units that provide expertise and governance support in areas such as strategic planning, law, finance, internal audit, risk management, corporate communications, economics, corporate marketing, human resources and learning. Operating results include revenues and expenses associated with certain securitization activities, the hedging of foreign-source earnings, and activities related to the management of certain balance sheet positions and our overall asset liability structure.

Technology and Operations ("T&O") manages, maintains and provides governance over our information technology, operations services, real estate and sourcing. T&O focuses on enterprise-wide priorities that improve quality and efficiency to deliver an excellent customer experience.

Operating results for T&O are included with Corporate Services for reporting purposes. However, costs of T&O services are transferred to three operating groups. As such, results for Corporate Services largely reflect the activities outlined above.

Corporate Services also includes residual revenues and expenses representing the differences between actual amounts earned or incurred and the amounts allocated to operating groups.

## Basis of Presentation

The results of these operating segments are based on our internal financial reporting systems. The accounting policies used in these segments are generally consistent with those followed in the preparation of our consolidated financial statements as disclosed in Note 1 and throughout the consolidated financial statements. Notable accounting measurement differences are the taxable equivalent basis adjustment and the provision for credit losses, as described below.

*Taxable Equivalent Basis*

We analyze net interest income on a taxable equivalent basis ("teb"). This basis includes an adjustment which increases GAAP revenues and the GAAP provision for income taxes by an amount that would raise revenues on certain tax-exempt securities to a level that would incur tax at the statutory rate.

Analysis on a teb basis neutralizes the impact of investing in tax-exempt or tax-advantaged securities rather than fully taxable securities with higher yields. It reduces distortions in net interest income related to the choice of tax-advantaged and taxable investments.

*Provisions for Credit Losses*
Provisions for credit losses are generally allocated to each group based on expected losses for that group over an economic cycle. Differences between expected loss provisions and provisions required under GAAP are included in Corporate Services.

## Inter-Group Allocations
Various estimates and allocation methodologies are used in the preparation of the operating groups' financial information. We allocate expenses directly related to earning revenue to the groups that earned the related revenue. Expenses not directly related to earning revenue,

such as overhead expenses, are allocated to operating groups using allocation formulas applied on a consistent basis. Operating group net interest income reflects internal funding charges and credits on the groups' assets, liabilities and capital, at market rates, taking into account relevant terms and currency considerations. The offset of the net impact of these charges and credits is reflected in Corporate Services.

## Geographic Information
We operate primarily in Canada and the United States but also have operations in the United Kingdom, Europe, the Caribbean and Asia, which are grouped in Other countries. We allocate our results by geographic region based on the location of the unit responsible for managing the related assets, liabilities, revenues and expenses, except for the consolidated provision for credit losses, which is allocated based upon the country of ultimate risk.

Our results and average assets, grouped by operating segment and geographic region, are as follows:

| (Canadian $ in millions) | P&C Canada | P&C U.S. | PCG | BMO CM | Corporate Services(1) | Total (teb basis) | Teb adjustments | Total (GAAP basis) | Canada | United States | Other countries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2007** | | | | | | | | | | | |
| Net interest income | $ 3,065 | $ 730 | $ 613 | 974 | $ (359) | 5,023 | $(180) | $ 4,843 | $ 3,745 | $ 973 | $ 305 |
| Non-interest revenue | 1,678 | 178 | 1,441 | 995 | 214 | 4,506 | – | 4,506 | 3,836 | 582 | 88 |
| Total Revenue | 4,743 | 908 | 2,054 | 1,969 | (145) | 9,529 | (180) | 9,349 | 7,581 | 1,555 | 393 |
| Provision for credit losses | 323 | 35 | 3 | 77 | (85) | 353 | – | 353 | 257 | 99 | (3) |
| Non-interest expense | 2,670 | 696 | 1,427 | 1,565 | 243 | 6,601 | – | 6,601 | 4,785 | 1,653 | 163 |
| Income before taxes and non-controlling interest in subsidiaries | 1,750 | 177 | 624 | 327 | (303) | 2,575 | (180) | 2,395 | 2,539 | (197) | 233 |
| Income taxes | 500 | 63 | 216 | (98) | (312) | 369 | (180) | 189 | 546 | (150) | (27) |
| Non-controlling interest in subsidiaries | – | – | – | – | 75 | 75 | – | 75 | 55 | 20 | – |
| Net Income | $ 1,250 | $ 114 | $ 408 | 425 | $ (66) | 2,131 | $ – | 2,131 | 1,938 | (67) | $ 260 |
| Average Assets | $119,164 | $23,477 | $7,091 | $207,084 | $3,759 | $360,575 | $ – | $360,575 | $216,572 | $111,150 | $32,853 |
| Goodwill (As at) | $ 106 | $ 628 | $ 313 | 91 | $ 2 | 1,140 | $ – | $ 1,140 | 423 | 717 | $ – |
| **2006** | | | | | | | | | | | |
| Net interest income | $ 2,941 | $ 740 | $ 569 | 773 | $ (152) | 4,871 | $(127) | $ 4,744 | $ 3,709 | $ 1,016 | $ 146 |
| Non-interest revenue | 1,639 | 166 | 1,324 | 2,007 | 105 | 5,241 | – | 5,241 | 3,686 | 1,375 | 180 |
| Total Revenue | 4,580 | 906 | 1,893 | 2,780 | (47) | 10,112 | (127) | 9,985 | 7,395 | 2,391 | 326 |
| Provision for credit losses | 314 | 30 | 3 | 79 | (250) | 176 | – | 176 | 181 | (3) | (2) |
| Non-interest expense | 2,597 | 681 | 1,342 | 1,602 | 131 | 6,353 | – | 6,353 | 4,520 | 1,695 | 138 |
| Income before taxes and non-controlling interest in subsidiaries | 1,669 | 195 | 548 | 1,099 | 72 | 3,583 | (127) | 3,456 | 2,694 | 699 | 190 |
| Income taxes | 527 | 80 | 193 | 239 | (195) | 844 | (127) | 717 | 650 | 207 | (13) |
| Non-controlling interest in subsidiaries | – | – | – | – | 76 | 76 | – | 76 | 55 | 21 | – |
| Net Income | $ 1,142 | $ 115 | $ 355 | 860 | $ 191 | 2,663 | $ – | 2,663 | 1,989 | 471 | 203 |
| Average Assets | $ 114,364 | $ 21,890 | $ 6,545 | $161,811 | $ 4,521 | $309,131 | $ – | $309,131 | $191,929 | 90,317 | $26,885 |
| Goodwill (As at) | $ 93 | $ 582 | $ 323 | 98 | $ 2 | 1,098 | $ – | 1,098 | 410 | 688 | $ – |
| **2005** (2) | | | | | | | | | | | |
| Net interest income | $ 2,829 | $ 732 | $ 578 | 966 | $ (199) | 4,906 | $(119) | $ 4,787 | $ 3,584 | $ 1,186 | $ 136 |
| Non-interest revenue | 1,490 | 165 | 1,459 | 1,775 | 163 | 5,052 | – | 5,052 | 3,435 | 1,454 | 163 |
| Total Revenue | 4,319 | 897 | 2,037 | 2,741 | (36) | 9,958 | (119) | 9,839 | 7,019 | 2,640 | 299 |
| Provision for credit losses | 269 | 30 | 4 | 98 | (222) | 179 | – | 179 | 190 | 15 | (26) |
| Non-interest expense | 2,481 | 659 | 1,529 | 1,480 | 183 | 6,332 | – | 6,332 | 4,323 | 1,881 | 128 |
| Income before taxes and non-controlling interest in subsidiaries | 1,569 | 208 | 504 | 1,163 | 3 | 3,447 | (119) | 3,328 | 2,506 | 744 | 197 |
| Income taxes | 493 | 84 | 190 | 313 | (87) | 993 | (119) | 874 | 800 | 246 | (53) |
| Non-controlling interest in subsidiaries | – | – | – | – | 58 | 58 | – | 58 | 36 | 22 | – |
| Net Income | $ 1,076 | $ 124 | $ 314 | 850 | $ 32 | 2,396 | $ – | 2,396 | 1,670 | 476 | 250 |
| Average Assets | $ 105,963 | $ 21,055 | $ 7,061 | $ 157,234 | $ 5,189 | $ 296,502 | $ – | $ 296,502 | $ 188,124 | 82,789 | $ 25,589 |
| Goodwill (As at) | $ 93 | $ 568 | $ 327 | 100 | $ 3 | 1,091 | $ – | 1,091 | 411 | 680 | $ – |

(1) Corporate Services includes Technology and Operations.
(2) Amounts have been restated to reflect the change in accounting policy described in Notes 3 and 22.

Prior years have been restated to give effect to the current year's organization structure and presentation changes.

Notes

# Note 27: Related Party Transactions

Related parties include directors, executives and their affiliates, along with joint ventures and equity-accounted investees.

## Directors, Executives and Their Affiliates

Effective September 1, 1999, new loans and mortgages to executives were no longer available at preferred rates, other than loans related to transfers we initiate. The transferee loan amounts outstanding under preferred rate mortgage loan agreements were $68 million and $70 million at October 31, 2007 and 2006, respectively. The interest earned on these loans is recorded in interest, dividend and fee income in our Consolidated Statement of Income.

We provide certain banking services to our directors, executives and their affiliated entities. We offer these services on the same terms that we offer to our customers. Loans to directors, executives and their affiliates totalled $10 million and $8 million at October 31, 2007 and 2006, respectively.

## Board of Directors Compensation

*Stock Option Plan*

In fiscal 2002, we introduced a stock option plan for non-officer directors, the terms of which are the same as the plan for designated officers and employees described in Note 22. During fiscal year 2003, we granted 42,000 stock options at an exercise price of $43.25 per share. The granting of options under the Non-Officer Director Stock Option Plan was discontinued effective November 1, 2003.

Stock option expense for this plan is calculated in the same manner as employee stock option expense. It was included in other expenses in our Consolidated Statement of Income and was less than $1 million for the years ended October 31, 2007, 2006 and 2005.

*Deferred Share Units*

Members of our Board of Directors are required to take 100% of their annual retainers and other fees in the form of either our common shares (purchased on the open market) or deferred share units until such time as the directors' shareholdings are greater than six times their annual retainers as directors. After this threshold is reached, directors are required to take at least 50% of their annual retainers in this form.

Deferred share units allocated under this deferred share unit plan are adjusted to reflect dividends and changes in the market value of our common shares. The value of these deferred share units will be paid upon termination of service as a director. The expense for this plan was included in other expenses in our Consolidated Statement of Income and totalled $5 million, $2 million and $3 million for the years ended October 31, 2007, 2006 and 2005, respectively.

## Joint Ventures and Equity-Accounted Investees

We provide banking services to our joint ventures and equity-accounted investees on the same terms that we offer to our customers.

We are a 50% joint venture partner for which our common share investment was $296 million at October 31, 2007 ($275 million in 2006), which was eliminated upon proportionate consolidation.

Our investment in the entities where we exert significant influence totalled $962 million as at October 31, 2007 ($937 million in 2006).

## Employees

A select suite of customer loan and mortgage products is now offered to employees at rates normally accorded to preferred customers. We also offer employees a fee-based subsidy on annual credit card fees.

---

# Note 28: Contingent Liabilities

## (a) Legal Proceedings

In the bankruptcy of Adelphia Communications Corporation ("Adelphia"), the Official Committees of Unsecured Creditors and Equity Security Holders filed Complaints against Bank of Montreal, its indirect subsidiary BMO Capital Markets Corp. (previously Harris Nesbitt Corp.) and approximately 380 other financial institutions. The Complaints allege various federal statutory and common law claims and seek an unspecified amount of compensatory and punitive damages, along with equitable relief. The actions have now been withdrawn from the Bankruptcy Court and are pending before the United States District Court for the Southern District of New York. As a result of the confirmation of various Adelphia plans of reorganization, a special purpose entity, the Adelphia Recovery Trust ("ART"), has replaced the committees as the plaintiff in these actions.

In addition, Bank of Montreal and BMO Capital Markets Corp. are two of many financial institutions named in civil actions brought by investors in Adelphia securities. Defendants reached a settlement agreement in connection with the most significant of these actions, a consolidated class action brought by Adelphia security holders, which settlement was subsequently approved by the District Court. The settlement is currently being appealed by certain putative class members. Unless the appeal of the consolidated class action settlement is successful, that settlement bars all future civil actions against Bank of Montreal and BMO Capital Markets Corp. by Adelphia investors except for two actions brought by groups of plaintiffs who chose to opt out of the consolidated class action settlement. Actions by these two groups of plaintiffs, seeking unspecified damages, are currently pending before the District Court. Since the ART action is brought by Adelphia

and its creditors, as opposed to Adelphia's investors, it is not affected by the class action settlement.

As these matters remain in various intermediate procedural stages, we are unable to determine the eventual outcome of these matters, but management believes that the Bank and BMO Capital Markets Corp. have strong defences to these claims and will vigorously defend against all such actions.

BMO Nesbitt Burns Inc., an indirect subsidiary of Bank of Montreal, has been named as a defendant in several individual actions and proposed class actions in Canada brought on behalf of shareholders of Bre-X Minerals Ltd. ("Bre-X"). Two of the proposed class actions in Canada have been dismissed as to BMO Nesbitt Burns Inc. A proposed U.S. class action was dismissed as against BMO Nesbitt Burns Inc. in October 2005. BMO Nesbitt Burns Inc., Bank of Montreal and BMO Capital Markets Corp. (previously Harris Nesbitt Corp.) are also defendants in an individual action in the United States.

Other defendants named in one or more of the actions referred to above include Bre-X, officers and directors of Bre-X, a mining consulting firm retained by Bre-X, Bre-X's financial advisor, brokerage firms which sold Bre-X common stock and a major gold production company. These actions are largely based on allegations of negligence and negligent and/or fraudulent misrepresentation in connection with the sale of Bre-X securities.

As these matters are all in the early stages, we are unable to determine the eventual outcome of these matters, but management believes that BMO Nesbitt Burns Inc., the Bank and BMO Capital Markets Corp. have strong defences to these claims and will vigorously defend against all such actions.

Following our disclosures of mark-to-market losses in our commodities trading businesses on April 27, 2007 and May 17, 2007 aggregating $680 million (pre-tax) as of April 30, 2007, the Bank has received inquiries, requests for documents or subpoenas pertaining to those trading losses from securities, commodities, banking and law enforcement authorities. The Bank is cooperating with all of these authorities.

The Bank and its subsidiaries are party to other legal proceedings, including regulatory investigations, in the ordinary course of their businesses. While there is inherent difficulty in predicting the outcome of these proceedings, management does not expect the outcome of any of these other proceedings, individually or in the aggregate, to have a material adverse effect on the consolidated financial position or results of the Bank's operations.

### (b) Pledged Assets
In the normal course of our business, we pledge assets as security for various liabilities that we incur. The following tables summarize our pledged assets, to whom they are pledged and in relation to what activity:

| (Canadian $ in millions) | 2007 | 2006 |
|---|---|---|
| Cash resources | $ 65 | $ 9 |
| Securities | | |
| Issued or guaranteed by Canada | 8,758 | 5,999 |
| Issued or guaranteed by a Canadian province, municipality or school corporation | 3,648 | 2,234 |
| Other securities | 17,441 | 17,724 |
| Securities borrowed or purchased under resale agreements and other | 25,475 | 25,436 |
| **Total assets pledged** | **$ 55,387** | **$ 51,402** |

Excludes restricted cash resources disclosed in Note 2.

| (Canadian $ in millions) | 2007 | 2006 |
|---|---|---|
| **Assets pledged to:** (1) | | |
| Clearing systems, payment systems and depositories | $ 1,371 | $ 1,351 |
| Bank of Canada | 1,768 | 1,734 |
| Foreign governments and central banks | 1,381 | 3,247 |
| **Assets pledged in relation to:** | | |
| Obligations related to securities lent or sold under repurchase agreements | 24,837 | 28,477 |
| Securities borrowing and lending | 19,435 | 11,709 |
| Derivatives transactions | 3,959 | 2,010 |
| Other | 2,636 | 2,874 |
| **Total** | **$ 55,387** | **$ 51,402** |

Certain comparative figures have been reclassified to conform with the current year's presentation.

Excludes cash pledged with central banks disclosed as restricted cash in Note 2.

(1) Includes assets pledged in order to participate in clearing and payment systems and depositories or to have access to the facilities of central banks in foreign jurisdictions.

# Note 29: Fair Value of Financial Instruments

We record trading assets and liabilities, derivatives, available-for-sale securities and securities sold but not yet purchased at market values and other non-trading assets and liabilities at their original amortized cost less allowances or write-downs for impairment. Fair value is subjective in nature, requiring a variety of valuation techniques and assumptions. The values are based upon the estimated amounts for individual assets and liabilities and do not include an estimate of the fair value of any of the legal entities or underlying operations that comprise our business.

Fair value amounts disclosed represent point-in-time estimates that may change in subsequent reporting periods due to market conditions or other factors. Fair value represents our estimate of the amounts for which we could exchange the financial instruments with willing third parties who were interested in acquiring the instruments. In most cases, however, the financial instruments are not typically exchangeable or exchanged and therefore it is difficult to determine their fair value. In those cases, we have estimated fair value taking into account only changes in interest rates and credit risk that have occurred since we acquired them or entered into the underlying contract. These calculations represent management's best estimates based on a range of methodologies and assumptions; since they involve uncertainties, the fair values may not be realized in an actual sale or immediate settlement of the instruments.

Interest rate changes are the main cause of changes in the fair value of our financial instruments.

Items that are not financial instruments, such as premises and equipment, goodwill and intangible assets, have been excluded from our estimate of fair value. The assets excluded totalled $3,244 million as at October 31, 2007 ($3,297 million in 2006).

### Financial Instruments Whose Book Value Approximates Fair Value
Fair value is assumed to equal book value for acceptance-related assets and liabilities and securities lent or sold under repurchase agreements, due to the short-term nature of these assets and liabilities. Fair value is also assumed to equal book value for our cash resources, certain other assets and certain other liabilities.

### Loans
In determining the fair value of our loans, we incorporate the following assumptions:
- For fixed rate performing loans, we discount the remaining contractual cash flows, adjusted for estimated prepayment, at market interest rates currently offered for loans with similar terms.
- For floating rate performing loans, changes in interest rates have minimal impact on fair value since loans reprice to market frequently. On that basis, fair value is assumed to equal carrying value.

The value of our loan balances determined using the above assumptions is further reduced by the allowance for credit losses to determine the fair value of our loan portfolio.

### Securities
The fair value of our securities, both trading and available-for-sale, by instrument type and the methods used to determine fair value are provided in Note 3.

### Derivative Instruments
The methods used to determine the fair value of derivative instruments are provided in Note 9.

### Deposits
In determining the fair value of our deposits, we incorporate the following assumptions:
- For fixed rate, fixed maturity deposits, we discount the remaining contractual cash flows for these deposits, adjusted for expected redemptions, at market interest rates currently offered for deposits with similar terms and risks.
- For floating rate, fixed maturity deposits, changes in interest rates have minimal impact on fair value since deposits reprice to market frequently. On that basis, fair value is assumed to equal book value.
- For deposits with no defined maturities, we consider fair value to equal book value based on book value being equivalent to the amount payable on the reporting date.

## Subordinated Debt, Preferred Share Liability and Capital Trust Securities

The fair value of our subordinated debt, preferred share liability and capital trust securities is determined by referring to current market prices for similar instruments. Set out in the following table are the amounts that would be reported if all of our financial instrument assets and liabilities were reported at their fair values.

| (Canadian $ in millions) | | | 2007 | | | 2006 |
|---|---|---|---|---|---|---|
| | Book value | Fair value | Fair value over (under) book value | Book value | Fair value | Fair value over (under) book value |
| **Assets** | | | | | | |
| Cash resources | $ 22,890 | $ 22,890 | $ — | $ 19,608 | $ 19,608 | $ — |
| Securities | 98,277 | 98,277 | — | 67,411 | 67,466 | 55 |
| Loans and customers' liability under acceptances, net of the allowance for credit losses | 201,188 | 199,970 | (1,218) | 190,994 | 189,731 | (1,263) |
| Derivative instruments | 32,585 | 32,585 | — | 30,411 | 30,481 | 70 |
| Other assets | 8,340 | 8,340 | — | 8,257 | 8,257 | — |
| | $ 363,280 | $ 362,062 | $(1,218) | $ 316,681 | $ 315,543 | $(1,138) |
| **Liabilities** | | | | | | |
| Deposits | $ 232,050 | $ 232,202 | $ 152 | $ 203,848 | $ 203,992 | $ 144 |
| Derivative instruments | 33,584 | 33,584 | — | 31,446 | 31,555 | 109 |
| Acceptances | 12,389 | 12,389 | — | 7,223 | 7,223 | — |
| Securities sold but not yet purchased | 25,039 | 25,039 | — | 15,398 | 15,398 | — |
| Securities lent or sold under repurchase agreements | 31,263 | 31,263 | — | 31,918 | 31,918 | — |
| Other liabilities | 12,055 | 12,023 | (32) | 10,758 | 10,780 | 22 |
| Subordinated debt | 3,446 | 3,491 | 45 | 2,726 | 2,888 | 162 |
| Preferred share liability | 250 | 250 | — | 450 | 462 | 12 |
| Capital trust securities | 1,150 | 1,198 | 48 | 1,150 | 1,253 | 103 |
| | $ 351,226 | $ 351,439 | $ 213 | $ 304,917 | $ 305,469 | $ 552 |
| Total | | | $(1,431) | | | $(1,690) |

Certain comparative figures have been reclassified to conform with the current year's presentation.

# Note 30: Reconciliation of Canadian and United States Generally Accepted Accounting Principles

We prepare our consolidated financial statements in accordance with GAAP in Canada, including interpretations of GAAP by our regulator, the Superintendent of Financial Institutions Canada.

We have included the significant differences that would result if United States GAAP were applied in the preparation of our Consolidated Statement of Income, Consolidated Statement of Comprehensive Income, Consolidated Balance Sheet, and Consolidated Statement of Accumulated Other Comprehensive Income. We have not included our Consolidated Statement of Cash Flows as the differences are immaterial.

### Condensed Consolidated Statement of Income
For the Year Ended October 31 (Canadian $ in millions, except per share amounts)

| | 2007 | 2006 | 2005 (1) |
|---|---|---|---|
| Net income, as reported under Canadian GAAP | $ 2,131 | $ 2,663 | $ 2,396 |
| Adjustments to arrive at United States GAAP: | | | |
| Net Interest Income | | | |
| Liabilities and equity (j) | 99 | 99 | 97 |
| Non-Interest Revenue | | | |
| Merchant banking (k) | 7 | (21) | (83) |
| Fair value option (b) | (8) | — | — |
| Variable interest entities (a) | — | — | (13) |
| Derivatives (d) | — | (32) | (66) |
| Non-Interest Expense | | | |
| Stock-based compensation (e) | (17) | (31) | (6) |
| Software development costs (f) | (42) | (42) | (42) |
| Pension and related benefits (c) | — | 4 | 2 |
| Goodwill and other assets (g) | 5 | 5 | 5 |
| Income taxes and net change in income taxes (h) (including adjustments due to items listed above) | 19 | 40 | 65 |
| Non-controlling interest in subsidiaries (j) | (79) | (79) | (79) |
| Net income based on United States GAAP | $ 2,115 | $ 2,606 | $ 2,276 |
| Earnings per share: basic  – Canadian GAAP net income | $ 4.18 | $ 5.25 | $ 4.73 |
| – United States GAAP net income | 4.14 | 5.14 | 4.49 |
| Earnings per share: diluted  – Canadian GAAP net income | $ 4.11 | $ 5.15 | $ 4.63 |
| – United States GAAP net income | 4.08 | 5.04 | 4.40 |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.

## Consolidated Statement of Comprehensive Income
For the Year Ended October 31 (Canadian $ in millions)

| | 2007 | 2006 | 2005 (1) |
|---|---|---|---|
| Total Comprehensive Income, as reported under Canadian GAAP | $ 1,435 | $ 2,486 | $ 2,281 |
| Adjustments to arrive at United States GAAP: | | | |
| Net income adjustments, as per Condensed Consolidated Statement of Income (m) (2) | (16) | (57) | (120) |
| Unrealized holding gains on available-for-sale securities, net of hedging activities (m) (2) | – | 151 | 99 |
| Realized gains on available-for-sale securities recognized in net income (m) (3) | – | (94) | (107) |
| Unrealized losses on derivatives designated as cash flow hedges (d) (4) | – | (71) | (49) |
| Net gains (losses) on derivatives designated as cash flow hedges recognized in net income (d) (5) | – | (5) | 5 |
| Unrealized gain on translation of net foreign operations, net of hedging activities (g) | 9 | 5 | 1 |
| Pension and other employee future benefits (c) (6) | (486) | 6 | 12 |
| Total Comprehensive Income based on United States GAAP | $ 942 | $ 2,421 | $ 2,122 |

(1) Amounts have been restated to reflect the change in accounting policy described in Note 22.
(2) Net of income taxes of $82 million in 2006 and $53 million in 2005.
(3) Net of income taxes of $51 million in 2006 and $58 million in 2005.
(4) Net of income taxes of $38 million in 2006 and $26 million in 2005.
(5) Net of income taxes of $3 million in 2006 and $41 million in 2005.
(6) Net of income taxes of $279 million in 2007, $3 million in 2006 and $26 million in 2005.

## Condensed Consolidated Balance Sheet
As at October 31 (Canadian $ in millions)

| | 2007 | | | | | 2006 |
|---|---|---|---|---|---|---|
| | Canadian GAAP | Increase (Decrease) | United States GAAP | Canadian GAAP | Increase (Decrease) | United States GAAP |
| **Assets** | | | | | | |
| Cash Resources (o) | $ 22,890 | $ (1,994) | $ 20,896 | $ 19,608 | $ (2,119) | $ 17,489 |
| Securities – Trading (n) | 70,773 | (505) | 70,268 | 51,820 | – | 51,820 |
| – Available-for-sale (d,i,k,m,n) | 26,010 | 2,225 | 28,235 | – | 18,024 | 18,024 |
| – Other and loan substitutes (k,m) | 1,494 | (97) | 1,397 | 15,591 | (15,591) | – |
| Loans and customers' liability under acceptances, net of the allowance for credit losses (d,o) | 201,188 | 1,994 | 203,182 | 190,994 | 2,088 | 193,082 |
| Derivative instruments (d) | 32,585 | – | 32,585 | 30,411 | 377 | 30,788 |
| Premises and equipment (f) | 1,980 | (3) | 1,977 | 2,047 | 38 | 2,085 |
| Goodwill (g) | 1,140 | (33) | 1,107 | 1,098 | (39) | 1,059 |
| Intangible assets (c,g) | 124 | (8) | 116 | 152 | (15) | 137 |
| Other assets (c,d,e,n) | 8,340 | 7,629 | 15,969 | 8,257 | 7,371 | 15,628 |
| Total Assets | $ 366,524 | $ 9,208 | $ 375,732 | $ 319,978 | $ 10,134 | $ 330,112 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Deposits (b,d) | $ 232,050 | $ 8 | $ 232,058 | $ 203,848 | $ 62 | $ 203,910 |
| Derivative instruments (d) | 33,584 | – | 33,584 | 31,446 | 153 | 31,599 |
| Acceptances | 12,389 | – | 12,389 | 7,223 | – | 7,223 |
| Securities sold but not yet purchased | 25,039 | – | 25,039 | 15,398 | – | 15,398 |
| Securities lent or sold under repurchase agreements | 31,263 | – | 31,263 | 31,918 | – | 31,918 |
| Other liabilities (c,d,i,j,n) | 12,055 | 10,963 | 23,018 | 10,758 | 11,109 | 21,867 |
| Subordinated debt (d) | 3,446 | – | 3,446 | 2,726 | (45) | 2,681 |
| Preferred share liability (j) | 250 | (250) | – | 450 | (450) | – |
| Capital trust securities (j) | 1,150 | (1,150) | – | 1,150 | (1,150) | – |
| Shareholders' equity (d,e,l) | 15,298 | (363) | 14,935 | 15,061 | 455 | 15,516 |
| Total Liabilities and Shareholders' Equity | $ 366,524 | $ 9,208 | $ 375,732 | $ 319,978 | $ 10,134 | $ 330,112 |

## Consolidated Statement of Accumulated Other Comprehensive Income
For the Year Ended October 31 (Canadian $ in millions)

| | 2007 | 2006 |
|---|---|---|
| Total Accumulated Other Comprehensive Loss, as reported under Canadian GAAP | $ (1,533) | $ (789) |
| Adjustments to arrive at United States GAAP: | | |
| Net unrealized gains on available-for-sale securities (m) | – | 60 |
| Unrealized gains on derivatives designated as cash flow hedges (d) | – | 154 |
| Unrealized gain on translation of net foreign operations, net of hedging activities (c) | 41 | 32 |
| Pension and other employee future benefits (c) | (518) | (32) |
| Total Accumulated Other Comprehensive Loss based on United States GAAP | $ (2,010) | $ (575) |

*(a) Variable Interest Entities*

Under United States GAAP, we adopted a new accounting standard on the consolidation of variable interest entities ("VIEs") effective January 31, 2004. The standard is now consistent with Canadian GAAP.

When we adopted this new U.S. accounting standard on January 31, 2004, it resulted in the consolidation of our multi-seller conduits. We recorded a one-time transition adjustment of $111 million in the Consolidated Statement of Income as the cumulative effect of an accounting change related to unrealized losses on interest rate swaps held by our VIEs to hedge their exposure to interest rate risk. These derivative instruments had been accounted for as hedging

derivatives under Canadian GAAP but did not meet the detailed hedge accounting requirements under United States GAAP in prior periods. As a result, although they were effective as economic hedges, they were required to be marked to market under United States GAAP.

On April 29, 2005, we restructured our multi-seller conduits by either terminating or changing the terms of our swaps with the VIEs and amending some of the rights of noteholders in the VIEs. As a result, they no longer meet the criteria for consolidation. The impact of deconsolidating these VIEs was a decrease in non-interest revenue of $13 million representing the reversal of unamortized mark-to-market losses on swaps.

Notes

During the year ended October 31, 2006, under United States GAAP we adopted new accounting guidance that provides clarification on VIEs and their consolidation requirements. There was no material impact on our consolidated financial statements under United States GAAP as a result of this accounting guidance.

*(b) Fair Value Option*
Effective November 1, 2006, we adopted a new Canadian accounting standard which allows us to elect to measure financial instruments that would not otherwise be accounted for at fair value as trading instruments, with changes in fair value recorded in income provided they meet certain criteria. Financial instruments must have been designated on November 1, 2006, when the standard was adopted, or when new financial instruments were acquired, and the designation is irrevocable.

The Financial Accounting Standards Board (FASB) has issued new rules that will eliminate this difference. We expect to adopt these new rules in fiscal 2008. Until we adopt these new rules under United States GAAP, an adjustment is made to our Consolidated Statement of Income to reverse the impact of the changes in fair value recorded in income under Canadian GAAP.

*(c) Pension and Other Employee Future Benefits*
Effective October 31, 2007, United States GAAP requires us to recognize the excess of the fair value of our plan assets compared to the corresponding benefit obligation as an asset and the shortfall of the fair value of our plan assets compared to the corresponding benefit obligation as a liability. This is done on a plan-by-plan basis. The offsetting adjustment is recorded in Accumulated Other Comprehensive Income. This new guidance replaces the United States GAAP requirement to recognize an additional minimum pension liability in cases where the obligation, calculated without taking salary increases into account, exceeds the fair value of plan assets at year end. There is no change in the calculation of the pension and other employee future benefits expense. Under Canadian GAAP, there is no similar requirement.

Under United States GAAP, both pension and other employee future benefits are recorded in our Consolidated Statement of Income in the period services are provided by our employees. The related obligations are valued using current market rates. Under Canadian GAAP, prior to November 1, 2000, pension benefits were recorded in our Consolidated Statement of Income in the period services were provided by our employees, with the corresponding obligation valued using management's best estimate of the long-term rate of return on plan assets, while other employee future benefits were expensed as incurred. Effective November 1, 2000, we adopted a new Canadian accounting standard on pension and other employee future benefits that eliminated the difference between Canadian and United States GAAP. When we adopted this new standard, we accounted for the change in accounting as a charge to retained earnings. As a result, there will continue to be an adjustment to our Consolidated Statement of Income until amounts previously deferred under United States GAAP have been fully amortized to income.

*(d) Derivatives*
Under United States GAAP, hedging derivatives are recorded at fair value in our Consolidated Balance Sheet. Changes in the fair value of hedging derivatives are either offset in our Consolidated Statement of Income against the change in the fair value of the hedged asset, liability or firm commitment, or are recorded in accumulated other comprehensive income until the hedged item is recorded in our Consolidated Statement of Income. If the change in the fair value of the derivative is not completely offset by the change in the fair value of the item it is hedging, the difference is recorded immediately in our Consolidated Statement of Income.

Prior to November 1, 2006, hedging derivatives were accounted for on an accrual basis, with gains or losses deferred and recorded in income on the same basis as the underlying hedged item under Canadian GAAP. Canadian GAAP changed on November 1, 2006 to eliminate this difference.

*(e) Stock-based Compensation*
Under United States GAAP, the fair value of stock options on their grant date is recorded as compensation expense over the period that the options vest. Under Canadian GAAP, prior to November 1, 2002, we included the amount of proceeds in shareholders' equity when the options were exercised and did not recognize any compensation expense. Effective November 1, 2002, we adopted a new Canadian accounting standard on stock-based compensation that eliminated this difference for stock options granted on or after November 1, 2002. As a result, there will continue to be an adjustment to our Consolidated Statement of Income until stock option expense has been fully recognized for stock options granted prior to November 1, 2002 under United States GAAP.

Effective November 1, 2005, under United States GAAP, stock-based compensation granted to employees who are eligible to retire was expensed at the time of grant. We adopted this new standard prospectively, beginning with grants issued in fiscal 2006. We retroactively adopted new Canadian accounting guidance on stock-based compensation during the year ended October 31, 2006, which conformed with the United States accounting standard. Due to the differences in the methods of adoption, there will continue to be an adjustment to our Consolidated Statement of Income until the stock-based compensation granted prior to November 1, 2005 has been fully amortized.

*(f) Software Development Costs*
Under United States GAAP, costs of internally developed software are required to be capitalized and amortized over the expected useful life of the software. Under Canadian GAAP, prior to November 1, 2003, only costs paid to third parties related to internally developed software were capitalized and amortized over the expected useful life of the software. Effective November 1, 2003, we adopted a new Canadian accounting standard on sources of GAAP that eliminated this difference for software development costs incurred after October 31, 2003. There will continue to be an adjustment to our Consolidated Statement of Income until software development costs capitalized prior to fiscal 2004 are fully amortized.

*(g) Goodwill and Other Assets*
Under United States GAAP, our acquisition of Suburban Bancorp, Inc. in 1994 would have been accounted for using the pooling of interests method. Under Canadian GAAP, we accounted for this acquisition using the purchase method, which resulted in the recognition and amortization of goodwill and other intangible assets associated with the acquisition. Effective November 1, 2001, goodwill is no longer amortized to income under either United States or Canadian GAAP. The remaining difference relates to the amortization of intangible assets under Canadian GAAP.

Notes

*(h) Income Taxes*
In addition to the tax impact of differences outlined above, under United States GAAP, tax rate changes do not impact the measurement of our future income tax balances until they are passed into law. Under Canadian GAAP, tax rate changes are recorded in income in the period the tax rate change is substantively enacted.

*(i) Non-Cash Collateral*
Under United States GAAP, non-cash collateral received in security lending transactions that we are permitted by contract to sell or re-pledge is recorded as an asset in our Consolidated Balance Sheet and a corresponding liability is recorded for the obligation to return the collateral. Under Canadian GAAP, such collateral and the related obligation are not recorded in our Consolidated Balance Sheet. As a result of this difference, available-for-sale securities and other liabilities have been increased by $2,225 million and $1,545 million for the years ended October 31, 2007 and 2006, respectively.

*(j) Liabilities and Equity*
Under United States GAAP, certain of our preferred shares and capital trust securities are classified as equity and non-controlling interest, with payments recognized as dividends and minority interest, respectively. Under Canadian GAAP, as both instruments are ultimately convertible into a variable number of our common shares at the holders' option, they are classified as liabilities, with payments recognized as interest expense.

*(k) Merchant Banking Investments*
Under United States GAAP, our merchant banking subsidiaries account for their investments at cost or under the equity method. Under Canadian GAAP, these subsidiaries account for their investments at fair value, with changes in fair value recorded in income as they occur.

*(l) Shareholders' Equity*
Accumulated other comprehensive income is recorded as a separate component of shareholders' equity under United States GAAP. Prior to November 1, 2006, Canadian GAAP did not permit presentation of other comprehensive income. Effective November 1, 2006, Canadian GAAP changed to eliminate this difference.

*(m) Available-for-Sale Securities*
Under United States GAAP, we have designated as available-for-sale all of our securities other than trading securities, loan substitute securities and investments in corporate equity where we exert significant influence but not control. Available-for-sale securities are carried at fair value, with any unrealized gains or losses recorded in other comprehensive income unless impaired. Other than temporary impairment is recorded in income. Prior to November 1, 2006, under Canadian GAAP, investment securities were carried at cost or amortized cost. Canadian GAAP changed on November 1, 2006 to eliminate this difference.

*(n) Accounting for Securities Transactions*
Under United States GAAP, securities transactions are recognized in our Consolidated Balance Sheet when the transaction is entered into. Under Canadian GAAP, securities transactions are recognized in our Consolidated Balance Sheet when the transaction is settled.

*(o) Bankers' Acceptances*
Under United States GAAP, bankers' acceptances purchased from other banks are classified as loans. Under Canadian GAAP, bankers' acceptances purchased from other banks are recorded as cash resources (deposits with banks) in our Consolidated Balance Sheet.

## Changes in Accounting Policy
*Hybrid Financial Instruments*
Effective November 1, 2006, we adopted the new United States accounting standard on hybrid financial instruments. The new rules allow us to elect to measure certain hybrid financial instruments at fair value in their entirety, with any changes in fair value recognized in earnings. Under the previous rules, only the embedded derivative in the hybrid financial instrument was recorded at fair value. We did not elect to measure any hybrid financial instruments at fair value. The new standard did not have any impact on our consolidated financial statements.

## Future Changes in Accounting Policy
*Accounting for Uncertainty in Income Taxes*
The FASB issued guidance on the accounting for uncertainty in income taxes recognized in an entity's financial statements. This interpretation clarifies that an entity's tax benefits recognized in tax returns must be more likely than not of being sustained on audit prior to recording the related tax benefit in the financial statements. This standard is effective November 1, 2007. The impact of this standard will not be significant.

*Fair Value Measurement*
The FASB has issued a new standard which clarifies the definition of "fair value" applicable under all United States accounting standards, with some limited exceptions. The standard establishes a single definition of fair value, sets out a framework for measuring fair value and requires additional disclosures about fair value measurements. The objective of the standard is to increase consistency, reliability and comparability in fair value measurements, and to enhance disclosures to help users of financial statements assess the effects of the fair value measurements used in financial reporting. The framework provides a hierarchy for reliably determining fair value based on the definition in the standard. This standard is effective November 1, 2008. Our current policy on accounting for fair value measurement is consistent with this guidance.

Notes

# Principal Subsidiaries

| Entities in which the Bank owns more than 50% of the issued and outstanding voting shares | Head office | Book value of shares owned by the Bank (Canadian $ in millions) |
|---|---|---|
| 4197569 Canada Inc. | Toronto, Canada | 1 |
| Bank of Montreal Assessoria e Serviços Ltda. | Rio de Janeiro, Brazil | – |
| Bank of Montreal Capital Markets (Holdings) Limited | London, England | 94 |
|   BMO Capital Markets Limited | London, England | |
| Bank of Montreal Finance Ltd. | Toronto, Canada | 39 |
| Bank of Montreal Global Capital Solutions Ltd. | Calgary, Canada | 13 |
| Bank of Montreal Holding Inc. | Calgary, Canada | 21,586 |
|   Bank of Montreal Holding Enterprise Inc. | Calgary, Canada | |
|   Bank of Montreal Holding Investments Inc. | Calgary, Canada | |
|   Bank of Montreal Securities Canada Limited | Toronto, Canada | |
|     BMO Nesbitt Burns Corporation Limited | Montreal, Canada | |
|       BMO Nesbitt Burns Inc. and subsidiaries | Toronto, Canada | |
|   BMO Holding Finance, LLC | Wilmington, United States | |
|   BMO Investments Inc. and subsidiary | Toronto, Canada | |
|   BMO Investments Limited | Hamilton, Bermuda | |
|     Bank of Montreal (Barbados) Limited | St. Michael, Barbados | |
|     Bank of Montreal Insurance (Barbados) Limited | St. Michael, Barbados | |
|     BMO (Channel Islands) Limited | Guernsey, Channel Islands | |
|   BMO InvestorLine Inc. | Toronto, Canada | |
|   BMO Nesbitt Burns Trading Corp. S.A. | Münsbach, Luxembourg | |
|   BMO Service Inc. | Calgary, Canada | |
| Bank of Montreal Ireland plc | Dublin, Ireland | 1,071 |
| Bank of Montreal Mortgage Corporation | Calgary, Canada | 1,793 |
|   BMRI Realty Investments | Toronto, Canada | |
| Bay Street Number Twenty-Nine Ltd. | Wilmington, United States | 3 |
| bcpbank Canada | Toronto, Canada | 21 |
| BMO Capital Corporation | Toronto, Canada | 80 |
| BMO Funding, L.P. | Chicago, United States | 152 |
|   BMO (NS) Investment Company and subsidiary | Halifax, Canada | |
| BMO GP Inc. | Toronto, Canada | – |
| BMO Ireland Finance Company | Dublin, Ireland | 463 |
| BMO Life Insurance Company | Toronto, Canada | 74 |
| BMO Nevada LP | Chicago, United States | 169 |
|   BMO (NS) Capital Funding Company and subsidiary | Halifax, Canada | |
| BMO Private Equity (Canada) Inc. | Toronto, Canada | 103 |
|   BMO Equity Partners Fund Inc. and subsidiaries | Toronto, Canada | |
|   BMO Equity Partners Management Inc. | Toronto, Canada | |
|   BMO Nesbitt Burns Employee Co-Investment Fund I Management (Canada) Inc. and subsidiaries | Toronto, Canada | |
| BMO Trust Company | Toronto, Canada | 473 |
|   Guardian Group of Funds Ltd. and subsidiary | Toronto, Canada | |
| BMO (US) Lending, LLC | Chicago, United States | 123 |
| Harris Financial Corp. | Wilmington, United States | 4,962 |
|   BMO Capital Markets Corp. | Wilmington, United States | |
|   BMO Capital Markets Equity Group (U.S.), Inc. and subsidiaries | Wilmington, United States | |
|   BMO Capital Markets Financing, Inc. | Dover, United States | |
|   BMO Financial, Inc. | Wilmington, United States | |
|   BMO Financial Products Corp. | Chicago, United States | |
|   BMO Global Capital Solutions, Inc. | Chicago, United States | |
|   Harris Bancorp Insurance Services, Inc. | Chicago, United States | |
|   Harris Bankcorp, Inc. | Chicago, United States | |
|     First National Investments, Inc. | Kokomo, United States | |
|     Harris Central N.A. | Roselle, United States | |
|     Harris Investment Management, Inc. and subsidiary | Chicago, United States | |
|     Harris Investor Services, Inc. | Chicago, United States | |
|     Harris Life Insurance Company | Scottsdale, United States | |
|     Harris National Association and subsidiaries | Chicago, United States | |
|     Harris Trade Services Limited | Hong Kong, China | |
|     The Harris Bank N.A. | Scottsdale, United States | |
|   Harris RIA Holdings, Inc. and subsidiaries | Wilmington, United States | |
| MyChoice Inc. | Toronto, Canada | – |

The above is a list of all our directly held subsidiaries, as well as their directly held subsidiaries, and thereby includes all of our major operating subsidiaries. The book values of the subsidiaries shown represent the total common and preferred equity value of our holdings or our partnership interest where appropriate.

We own 100% of the voting shares of the above subsidiaries except for Bank of Montreal Finance Ltd., of which we own 50.01%, MyChoice Inc., of which we own 80% and BMO (Channel Islands) Limited, of which we own 99.96%.

We own 100% of the outstanding non-voting shares of subsidiaries except for Bank of Montreal Securities Canada Limited, of which we own 98.9% of the outstanding non-voting shares.

# Members of Performance Committee

In 2007, as part of our increased rigour on performance management, we established a new committee comprised of the heads of all lines of business and functional groups. This committee meets quarterly to discuss performance against established targets and courses of action to improve performance.

**William A. Downe**
President and
Chief Executive Officer
BMO Financial Group

**Personal and Commercial
Banking Canada**

**Frank J. Techar**
President and
Chief Executive Officer
Personal and Commercial
Banking Canada

**Susan M. Brown**
Senior Vice-President
Ontario Regional Division

**Alex P. Dousmanis-Curtis**
Senior Vice-President
Greater Toronto Division

**Sandra L. Hanington**
Executive Vice-President
Customer Strategies
& Marketing

**Gordon J. Henderson**
Senior Vice-President, Insurance

**François M.P. Hudon**
Senior Vice-President
Quebec Division

**Maurice A.D. Hudon**
Senior Executive Vice-President
Personal and Commercial
Banking Canada

**James B. Kelsey**
Senior Vice-President
Corporate Finance Division

**Michael J. Kitchen**
Senior Vice-President, Card
and Retail Payment Services

**Ted R. McCarron**
Senior Vice-President
Prairies Division

**Steve C. Murphy**
Senior Vice-President
Atlantic Provinces Division

**Richard D. Rudderham**
Senior Vice-President
British Columbia Division

**Personal and Commercial
Banking U.S.**

**Ellen M. Costello**
Chief Executive Officer
Harris Bankcorp, Inc.

**Timothy S. Crane**
President
Community Banking
Harris Bankcorp, Inc.

**Peter B. McNitt**
Vice-Chair
Harris Bankcorp, Inc. and
Head of Business Banking

**Private Client Group**

**Gilles G. Ouellette**
President and
Chief Executive Officer
Private Client Group

**Harold Hillier**
Senior Vice-President and
Head of BMO Asset Management
and Guardian Group of Funds Ltd.

**Terry A. Jenkins**
Senior Vice-President and Head
of Harris Private Bank, U.S.

**Ed N. Legzdins**
Senior Vice-President and
Head of Retail Investments

**Dean Manjuris**
Head of Full Service Brokerage
Line of Business, President and
Director, Private Client Division

**Graham T. Parsons**
Executive Vice-President
Global Private Banking and
End-to-End Strategic Initiatives

**Connie A. Stefankiewicz**
Vice-President and President
BMO InvestorLine Inc.

**BMO Capital Markets**

**Yvan J.P. Bourdeau**
Chief Executive Officer
and Head of Investment
Banking Group
BMO Capital Markets

**William Butt**
Executive Managing Director
Head of Investment and Corporate
Banking Canada

**Mark E. Caplan***
Executive Managing Director
and Co-Head, Financial Products

**David R. Casper**
Executive Managing Director
and Co-Head, Investment and
Corporate Banking, U.S.

**Patrick Cronin***
Executive Managing Director
and Co-Head, Financial Products

**David Fleck***
Executive Managing Director and
Co-Head, Equity Products Group

**Andre L. Hidi**
Executive Managing Director
and Head, North America Mergers
and Acquisitions

**Marnie J. Kinsley**
Executive Managing Director
and Head of Global Treasury
Management

**Michael Miller***
Executive Managing Director and
Co-Head, Equity Products Group

**Thomas V. Milroy**
Co-President
BMO Capital Markets

**Peter A. Myers**
Executive Managing Director
Equity Capital Markets

**Dominic A. Petito**
Executive Managing Director
and Co-Head, Investment and
Corporate Banking, U.S. and
Head of BMO Capital Markets,
New York

**Charles N. Piermarini**
Executive Managing Director
Debt Products and Head of
N.A. Securitization Group

**Surjit S. Rajpal**
Executive Managing Director
Loan Products Group
and Merchant Banking

**Jamie K. Thorsen**
Executive Managing Director
Foreign Exchange and Capital
Markets China

**Eric C. Tripp**
Co-President
BMO Capital Markets

**BMO Financial Group**

**L. Jacques Ménard**
Chairman, BMO Nesbitt Burns and
President, BMO Financial Group
Quebec

**Communications, Legal,
Finance and Enterprise Risk
and Portfolio Management**

**Karen E. Maidment**
Chief Financial and
Administrative Officer
BMO Financial Group

**Thomas E. Flynn**
Executive Vice-President
Finance and Treasurer and
Acting Chief Financial Officer

**Pierre O. Greffe**
Executive Vice-President
Finance

**Viki A. Lazaris**
Senior Vice-President
Investor Relations

**Neil R. Macmillan**
Executive Vice-President
and Senior Risk Officer
BMO Capital Markets

**Robert L. McGlashan**
Executive Vice-President
and Chief Risk Officer

**Wendy L. Millar**
Executive Vice-President
and Senior Risk Officer
Personal and Commercial
Banking/Private Client Group

**Andrew P.M. Plews**
Senior Vice-President
Corporate Communications

**Ronald B. Sirkis**
Executive Vice-President
General Counsel and Taxation

**Penny F. Somerville**
Executive Vice-President and
Senior Market Risk Officer

**Human Resources**

**Rose M. Patten**
Senior Executive Vice-President
Head of Human Resources
and Senior Leadership Advisor

**April L. Taggart**
Senior Vice-President
Talent Management
and Diversity

**Gabriella R.J. Zillmer**
Senior Vice-President
Performance Alignment
and Compensation

**Office of Strategic Management
and Corporate Marketing**

**Joan T. Dea**
Executive Vice-President
Head of Strategic Management
and Corporate Marketing

**Susan M. Payne**
Senior Vice-President
and Chief Marketing Officer

**Technology and Operations**

**Barry K. Gilmour**
Group Head, Technology
and Operations

**Karen L. Metrakos**
Senior Vice-President
Operations

**David J. Revell**
Senior Vice-President
Corporate Technology
Development

*Rotating members of the Performance Committee

# Glossary of Financial Terms

**Allowance for Credit Losses**
Represents an amount deemed adequate by management to absorb credit-related losses on loans and acceptances and other credit instruments. Allowances for credit losses can be specific or general and are recorded on the balance sheet as a deduction from loans and acceptances or, as it relates to credit instruments, as other liabilities.

**Assets under Administration and under Management**
Assets administered or managed by a financial institution that are beneficially owned by clients and therefore not reported on the balance sheet of the administering or managing financial institution.

**Asset-backed Commercial Paper**
A short-term investment with a maturity that is typically less than 180 days. The commercial paper is backed by physical assets such as trade receivables, and are generally used for short-term financing needs.

**Average Earning Assets**
Represents the daily or monthly average balance of deposits with other banks and loans and securities, over a one-year period.

**Bankers' Acceptances (BAs)**
Bills of exchange or negotiable instruments drawn by a borrower for payment at maturity and accepted by a bank. BAs constitute a guarantee of payment by the bank and can be traded in the money market. The bank earns a "stamping fee" for providing this guarantee.

**Basis Point**
One one-hundredth of a percentage point.

**Derivatives**
Contracts whose value is "derived" from movements in interest or foreign exchange rates, or equity or commodity prices. Derivatives allow for the transfer, modification or reduction of current or expected risks from changes in rates and prices.

**Hedging**
A risk management technique used to neutralize or manage interest rate, foreign currency, equity, commodity or credit exposures arising from normal banking activities.

**Impaired Loans**
Loans for which there is no longer reasonable assurance of the timely collection of principal or interest.

**Innovative Tier 1 Capital**
OSFI allows banks to issue instruments that qualify as "Innovative" Tier 1 capital. In order to qualify, these instruments have to be issued indirectly through a special purpose vehicle, be permanent in nature and receive acceptable accounting treatment. Innovative Tier 1 capital cannot comprise more than 20% of net Tier 1 capital, at time of issue, with 15% qualifying as Tier 1 capital and the additional 5% included in total capital.

**Mark-to-Market**
Represents valuation of securities and derivatives held for trading purposes at market rates as of the balance sheet date, where required by accounting rules.

**Notional Amount**
The principal used to calculate interest and other payments under derivative contracts. The principal amount does not change hands under the terms of a derivative contract, except in the case of cross-currency swaps.

**Provision for Credit Losses**
A charge to income that represents an amount deemed adequate by management to fully provide for impairment in loans and acceptances and other credit instruments, given the composition of the portfolios, the probability of default, the economic environment and the allowance for credit losses already established.

**Regulatory Capital Ratios**
The percentage of risk-weighted assets supported by capital, as defined by OSFI under the framework of risk-based capital standards agreed upon in 1988 at the Bank for International Settlements. These ratios are labeled Tier 1 and Total. Tier 1 capital is considered to be more permanent, consisting of common shareholders' equity together with any qualifying non-cumulative preferred shares and innovative instruments, less unamortized goodwill. Tier 2 capital consists of other preferred shares, subordinated debentures and the general allowance, within prescribed limits. The assets-to-capital multiple is defined as assets plus guarantees and letters of credit, net of specified deductions (or adjusted assets), divided by total capital.

**Securities Borrowed or Purchased under Resale Agreements**
Low-cost, low-risk loans, often supported by the pledge of cash collateral, which arise from transactions that involve the borrowing or purchase of securities.

**Securities Lent or Sold under Repurchase Agreements**
Low-cost, low-risk liabilities, often supported by cash collateral, which arise from transactions that involve the lending or sale of securities.

| Other Definitions | Page |
|---|---|
| Cash Productivity Ratio | 40 |
| Earnings per Share (EPS) | 32 |
| Expense-to-Revenue Ratio (or Productivity Ratio) | 40 |
| Forwards and Futures | 108 |
| General Allowance | 101 |
| Net Economic Profit (NEP) | 33 |
| Net Interest Income | 36 |
| Net Interest Margin | 36 |
| Off-Balance Sheet Arrangements | 59 |
| Operating Leverage | 23 |
| Options | 108 |
| Productivity Ratio (see Expense-to-Revenue Ratio) | 40 |
| Return on Equity (ROE) | 33 |
| Specific Allowances | 101 |
| Swaps | 108 |
| Taxable Equivalent Basis (teb) | 36 |
| Tier 1 Capital Ratio (see Regulatory Capital Review) | 57 |
| Total Capital Ratio (see Regulatory Capital Review) | 57 |
| Total Shareholder Return (TSR) | 31 |
| Trading-Related Revenues | 38 |
| Variable Interest Entities (VIEs) | 59 |

**Risk-Related Definitions**

| | Page |
|---|---|
| Business Risk Due to Earnings Volatility | 72 |
| Credit and Counterparty Risk | 67 |
| Earnings Volatility (EV) | 68 |
| Economic Capital | 66 |
| Environmental Risk | 73 |
| Issuer Risk | 68 |
| Liquidity and Funding Risk | 71 |
| Market Risk | 68 |
| Market Value Exposure (MVE) | 68 |
| Operational Risk | 72 |
| Reputation Risk | 73 |
| Value at Risk (VaR) | 68 |

## Corporate Governance

Our web site at www.bmo.com contains information on our corporate governance practices, including our code of conduct, *FirstPrinciples*, our *Code of Ethics for the CEO and Senior Financial Officers*, our *Director Independence Standards* and the Board and Committee Charters.

**Proxy Circular**
Our proxy circular contains information on each of the directors, Board Committee reports and a complete discussion of our corporate governance practices. It is published in January 2008 and is available online at www.bmo.com/investorrelations.

**New York Stock Exchange Governance Requirements**
A summary of the significant ways in which our corporate governance practices differ from the corporate governance practices required to be followed by U.S. domestic companies under New York Stock Exchange Listing Standards is posted on our web site.

## Corporate Responsibility

The *BMO Corporate Responsibility Report*, to be released in February 2008, documents our corporate citizenship activities throughout the year. You can find more information about our corporate responsibility activities online at www.bmo.com/community.

BMO reports on the economic, social and environmental components of our corporate responsibility performance and activities according to guidelines set out by the Global Reporting Initiative. To learn more about the Global Reporting Initiative and its Sustainability Reporting Guidelines, visit www.globalreporting.org.

# Shareholder Information

**Common Share Trading Information during Fiscal 2007**

| Primary stock exchanges | Ticker | Year-end price October 31, 2007 | High | Low | Total volume of shares traded |
|---|---|---|---|---|---|
| Toronto | BMO | $ 63.00 | $ 72.75 | $ 60.21 | 394.7 million |
| New York | BMO | US$ 66.58 | US$ 67.32 | US$ 56.80 | 16.2 million |

**Dividends per Share Declared during Fiscal Year**

| Issue/Class | Ticker | Shares outstanding at October 31, 2007 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|
| Common | BMO | 498,562,702 | $ 2.71 | $ 2.26 | $ 1.85 | $ 1.59 | $ 1.34 |
| Preferred Class B | | | | | | | |
| Series 3 (a) | BMO F | – | – | – | – | $ 1.18 | $ 1.39 |
| Series 4 (b) | BMO G | – | $ 0.99 | $ 1.20 | $ 1.20 | $ 1.20 | $ 1.20 |
| Series 5 (c) | BMO H | 8,000,000 | $ 1.33 | $ 1.33 | $ 1.33 | $ 1.33 | $ 1.33 |
| Series 6 (c) | BMO I | 10,000,000 | $ 1.19 | $ 1.19 | $ 1.19 | $ 1.19 | $ 1.19 |
| Series 10 (d) | BMO V | 12,000,000 | US$ 1.49 | US$ 1.49 | US$ 1.49 | US$ 1.49 | US$ 1.49 |
| Series 13 (e) | BMO J | 14,000,000 | $ 0.96 | – | – | – | – |
| Series 14 (e) | BMO K | 10,000,000 | $ 0.50 | – | – | – | – |

(a) The Class B Preferred Shares Series 3 were redeemed in September 2004.
(b) The Class B Preferred Shares Series 4 were redeemed in August 2007.
(c) The Class B Preferred Shares Series 5 were issued in February 1998 and the Class B Preferred Shares Series 6 were issued in May 1998.
(d) The Class B Preferred Shares Series 10 were issued in December 2001.
(e) The Class B Preferred Shares Series 13 were issued in January 2007 and the Class B Preferred Shares Series 14 were issued in September 2007.

**2008 Dividend Dates**
(Subject to approval by the Board of Directors)

| Common and preferred shares record dates | Preferred shares payment dates | Common shares payment dates |
|---|---|---|
| February 1 | February 25 | February 28 |
| May 2 | May 26 | May 29 |
| August 1 | August 25 | August 28 |
| October 31 | November 25 | November 27 |

The Bank Act prohibits a bank from paying or declaring a dividend if it is or would thereby be in contravention of capital adequacy regulations. Currently, this limitation does not restrict the payment of dividends on Bank of Montreal's common or preferred shares.

**Shareholder Administration**
Computershare Trust Company of Canada, with transfer facilities in the cities of Halifax, Montreal, Toronto, Winnipeg, Calgary and Vancouver, serves as transfer agent and registrar for common and preferred shares. In addition, Computershare Investor Services PLC and Computershare Trust Company, N.A. serve as transfer agents and registrars for common shares in London, England and Golden, Colorado, respectively.

For address information, change in share registration or address, lost certificates, estate transfers, or to advise of duplicate mailings, please call Bank of Montreal's Transfer Agent and Registrar at 1-800-340-5021 (Canada and the United States), or at (514) 982-7800 (international), or write to Computershare Trust Company of Canada, 100 University Avenue, 9th Floor, Toronto, Ontario M5J 2Y1, e-mail to service@computershare.com, or fax 1-888-453-0330 (Canada and the United States) or (416) 263-9394 (international).

For all other shareholder inquiries, please write to Shareholder Services in the Corporate Secretary's Department, 19th Floor, 1 First Canadian Place, Toronto, Ontario M5X 1A1, e-mail to corp.secretary@bmo.com, call (416) 867-6785, or fax (416) 867-6793.

**Market for Securities of Bank of Montreal**
The common shares of Bank of Montreal are listed on the Toronto and New York stock exchanges. The preferred shares of Bank of Montreal are listed on the Toronto Stock Exchange.

**Shareholder Dividend Reinvestment and Share Purchase Plan**
The Shareholder Dividend Reinvestment and Share Purchase Plan provides a means for holders of record of common shares to reinvest cash dividends in common shares of Bank of Montreal without the payment of any commissions or service charges.

Shareholders of Bank of Montreal may also purchase additional common shares of Bank of Montreal in amounts up to $40,000 per fiscal year. Full details of the plan are available from Computershare Trust Company of Canada or Computershare Services.

**Direct Dividend Deposit**
Shareholders may choose to have dividends deposited directly to an account in any financial institution in Canada or the United States that provides electronic funds transfer facilities.

**General Information**
For general inquiries about company news and initiatives, or to obtain additional copies of the Annual Report, please contact the Corporate Communications Department, 302 Bay Street, 10th Floor, Toronto, Ontario M5X 1A1, or visit our web site at www.bmo.com.

**Annual Meeting**
The Annual Meeting of Shareholders will be held on Tuesday, March 4, 2008 at 9:30 a.m. (Eastern Standard Time) at Fairmont Le Château Frontenac, Quebec City, Quebec.

**Institutional Investors and Research Analysts**
Institutional investors or research analysts who would like to obtain financial information should write to the Senior Vice-President, Investor Relations, 18th Floor, 1 First Canadian Place, Toronto, Ontario M5X 1A1, e-mail to investor.relations@bmo.com, call (416) 867-6656, or fax (416) 867-3367. Alternatively, please visit our web site at www.bmo.com/investorrelations.

**Corporate Information**
This BMO Financial Group 2007 Annual Report is available for viewing/printing on our web site at www.bmo.com. For a printed copy, please contact:

Corporate Communications Department
BMO Financial Group
302 Bay Street, 10th Floor
Toronto, Ontario M5X 1A1
(On peut obtenir sur demande un exemplaire en français.)

**Online Information**
BMO Financial Group is committed to open and full financial disclosure and best practices in corporate governance. We invite you to visit our web site at www.bmo.com/investorrelations to find out more about our organization, our governance practices, our continuous disclosure materials including our Quarterly Financial Releases, our Annual Information Form as well as our Notice of Annual Meeting of Shareholders and Proxy Circular. Filings are accessible on the Canadian Securities Administrators' web site at www.sedar.com, and on the EDGAR section of the SEC's web site at www.sec.gov.

Strategic Design: Ove Design & Communications Ltd. www.ovedesign.com    Type: Moveable Inc.    Printing: graficom.MIL

# About the production of our Annual Report

In an era of increasing globalization, BMO is committed to contributing positively to communities and the environment by minimizing impacts and striving to understand and reduce our environmental footprint.

All paper in BMO's Annual Report came from well-managed forests or other controlled sources certified in accordance with the international standards of the Forest Stewardship Council (FSC). The report contains 30% post-consumer paper (recycled), was manufactured in Canada, is EcoLogo certified and was manufactured using biogas energy.

    

The use of eco-friendly recycled paper helps the environment in a number of ways. The following savings were achieved by using FSC and recycled papers for this Annual Report:

| 468 trees | 192 lbs waterborne waste | 286,547 gallons of water | 30,360 lbs solid waste | 84,676 lbs air emissions | 231,578 ft³ natural gas |

# This Annual Report is Carbon Neutral

This BMO Financial Group Annual Report 2007 is carbon neutral. The carbon emissions resulting from the manufacturing, printing and transportation of this publication have been balanced out using Zerofootprint's forest restoration carbon offsets and verified to the ISO 14064-2 standard.

## About FSC

The Forest Stewardship Council (FSC) is an international organization that brings people together to find solutions that promote environmentally appropriate, socially beneficial and economically viable management of the world's forests. Through consultative processes with its diverse group of stakeholders, FSC sets international standards for responsible forest management.

The FSC trademark provides international recognition for organizations that support responsible forest management, and its product label allows consumers worldwide to recognize their products. Over the past 13 years, over 90 million hectares in more than 70 countries have been certified according to FSC®5 standards. Several thousand products are now manufactured using FSC-certified wood and carrying the FSC label. FSC operates through its network of National Initiatives in 45 countries.

TM/® Trademark/registered trademark of Bank of Montreal
TM* Trademark of BMO Nesbitt Burns Corporation Limited
®* "Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited
®1 Registered trademark of Harris N.A.
®1 Registered trademark of AIR MILES International Trading B.V.
®2 Registered trademark of MasterCard International Incorporated
®3 Registered trademark of Skate Canada
®4 Registered trademark of Kids Help Foundation
®5 Registered trademark of Forest Stewardship Council, A.C.
®6 Registered trademark of The McGraw-Hill Companies, Inc.
®7 Registered trademark of MIS Quality Management Corp.
TM1 Trademark of Bullfrog Power Inc.

Visit our online Annual Report
www.bmo.com/annualreport2007

