# EXHIBIT B

# EXHIBIT B

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| **Short Interest for August 15 2007** | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 157,650 | (16.84) | 146,878 | 1.07 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| **Short Interest for July 13 2007** | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 189,576 | (7.51) | 374,491 | 1.00 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| Short Interest for June 15 2007 | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 204,970 | (84.40) | 660,230 | 1.00 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| **Short Interest for May 15 2007** | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 1,313,702 | (62.69) | 3,605,644 | 1.00 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| **Short Interest for April 13 2007** | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 3,521,242 | 33.07 | 929,648 | 3.79 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| **Short Interest for March 15 2007** | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 2,646,124 | 264.29 | 554,473 | 4.77 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| Short Interest for February 15 2007 | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 726,369 | 2,413.56 | 1,426,332 | 1.00 |

CLOSE

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| Short Interest for January 12 2007 | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 28,898 | 424.94 | 483,101 | 1.00 |

[CLOSE]

| OPTIONABLE INC (OPBL) | | | OTC Type: OTCBB |
|---|---|---|---|
| **Short Interest for December 15 2006** | | | |
| Short Interest | Percent Change | Average Daily Share Volume | Days to Cover |
| 5,505 | (50.92) | 522,939 | 1.00 |

[CLOSE]