## CERTIFICATE OF SERVICE

I, Lawrence R. Gelber, an attorney duly admitted to practice in the courts of the state of New York, including the United States District Court for the Southern District of New York, do hereby affirm and certify, that on Friday, February 15, 2008, I served a copy of the foregoing "Affirmation of Lawrence R. Gelber in Support of Defendant Kevin Cassidy's Motion to Dismiss The Consolidated Amended Class Action Complaint" on counsel for the plaintiffs, and upon counsel for each defendant by electronic mail, as follows;

Kim Elaine Miller, Esq.
KAHN GAUTHIER SWICK LLC
114 East 39th Street
New York, New York 10016
T: 212 696 3730
Email: kim.miller@kgscounsel.com
Attorneys for Plaintiffs

Eliot Lauer, Esq.
CURTIS, MALLET-PREVOST, COLT
 & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
T:  212 696 6000
F:  212 697 1559
Email: elauer@cm-p.com
*Attorneys for Defendant Mark Nordlicht*

Liam O'Brien, Esq.
MCCORMICK & O'BRIEN, LLP
42 West 38th Street, 7th Floor
New York, New York 10018
T: 212 286 4471
F; 212 504 9574
Email: lobrien@mcoblaw.com
*Attorneys for Defendant Edward O'Connor*

Michael G. Bongiorno, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
T: 212 330 8800
Email: michael.bongiorno@wilmerhale.com
*Attorneys for Defendant Optionable, Inc.*

Peter J. Pizzi, Esq.
CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
T: 973 533 4221
F: 973 535 9217
Email: ppizzi@connellfoley.com
*Attorneys for Defendant Albert Helmig*

Laurie E. Morrison, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington AvenueNew York, New York 10022-1200
T: 212 912 2916
F: 212 308 4844
Email:  lmorrison@eapdlaw.com

-and-

John L. Reed, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
T: 302 425 7114
F: 302 777 7263
Email: jreed@eapdlaw.com
*Attorneys for Defendant Marc-Andre Boisseau*

Dated:      Brooklyn, New York
            February 15, 2008

_____
Lawrence R. Gelber
Attorney at Law

2