UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re: Optionable Securities Litigation     :
                                            :
                                            :          07 Civ. 3753
                                            :
                                            :
------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the annexed affidavit of Liam O'Brien, Esq. sworn to on February 15, 2008, together with the exhibits attached thereto, and Defendant Edward J. O'Connor's Memorandum of Law in Support of His Motion to Dismiss, Defendant Edward J. O'Connor ("O'Connor") hereby moves this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the United States Courthouse at 500 Pearl Street, New York, New York, for an order dismissing with prejudice Plaintiffs' Consolidated Amended Class Action Complaint as against O'Connor, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, and granting such other and further relief as the Court deems just and proper.

O'Connor submits this motion subject to and without waiving any arguments concerning other defenses that may be raised subsequently in the above-captioned actions or any other actions consolidated before this Court.

Dated: New York, New York
       February 19, 2008

*****Signature Page Follows*****

        McCormick & O'Brien, LLP

By: /s/ Liam O'Brien
    Liam O'Brien (LO- 3930 )
    Jeffrey B. Silverstein (JS-4818)
    McCormick & O'Brien, LLP
    42 West 38th Street, 7th Floor
    New York, New York 10018
    Phone: 212-286-4471
    Fax: 212-504-9574
    Email: lobrien@mcoblaw.com
           jsilverstein@mcoblaw.com

**Attorneys for Defendant
Edward J. O'Connor**

## CERTIFICATE OF SERVICE

I, Liam O'Brien, an attorney duly admitted to practice in the courts of the State of New York, including the United States District Court for the Southern District of New York, do hereby affirm and certify, that on Tuesday, February 19, 2008, I served a copy of the foregoing Affidavit of Liam O'Brien in Support of Defendant Edward J. O'Connor's Memorandum of Law in Support of His Motion to Dismiss, Edward J. O'Connor's Memorandum of Law in Support of His Motion to Dismiss, and the Notice of Motion to Dismiss on counsel for the plaintiffs, and upon counsel for each defendant by electronic mail, as follows:

Kim Elaine Miller, Esq.
KAHN GAUTHIER SWICK LLC
114 East 39th Street
New York, New York 10016
T: (212) 696 3730
Email: kim.miller@kgscounsel.com
*Attorneys for Plaintiffs*

Eliot Lauer, Esq.
CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
T: (212) 696-6000
F: (212) 697-1559
Email: elauer@cm-p.com
*Attorneys for Defendant Mark Nordlicht*

Lawrence R. Gelber, Esq.
Attorney at Law
The Vanderbilt Plaza
34 Plaza Street, Suite 1107
Brooklyn, New York 11238
T: (718) 638-2383
F: (718) 857-9339
Email: Gelberlaw@aol.com
*Attorney for Defendant Kevin Cassidy*

Michael G. Bongiorno, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
T: (212) 330-8800
Email:
Michael.bongiorno@wilmerhale.com
*Attorneys for Defendant Optionable, Inc.*

Peter J. Pizzi, Esq.
CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
T: (973) 533-4221
F: (973) 535-9217
Email: ppizzi@connellfoley.com
*Attorneys for Defendant Albert Helmig*

Laurie E. Morrison, Esq.
EDWARDS ANGELL PALMER
& DODGE LLP
750 Lexington Avenue
New York, New York 10022-1200
T: (212) 912-2916
F: (212) 308-4844
Email: lmorrison@eapdlaw.com
*Attorney for Defendant
Marc-Andre Boisseau*

John L. Reed, Esq.
EDWARDS ANGELL PALMER & DODGE, LLP
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
T: (302) 425-7114
F: (302) 777-7263
Email: jreed@eapdlaw.com
*Attorney for Defendant Marc-Andre Boisseau*


Dated: New York, New York
February 19, 2008

                                          MCCORMICK & O'BRIEN, LLP


                                          By: /s/ Liam O'Brien
                                          Liam O'Brien (LO- 3930 )
                                          Jeffrey B. Silverstein (JS-4818)
                                          McCormick & O'Brien, LLP
                                          42 West 38th Street, 7th Floor
                                          New York, New York 10018
                                          Phone: 212-286-4471
                                          Fax: 212-504-9574
                                          Email: lobrien@mcoblaw.com
                                                    jsilverstein@mcoblaw.com

                                          **Attorneys for Defendant**
                                          **Edward J. O'Connor**