Paul E. Dans
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022-1200
(212) 912-2736

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
                                                   :

In re: OPTIONABLE, INC.          :      No. 07-cv-3753 (LAK)
SECURITIES LITIGATION         :

                                                   :      ORAL ARGUMENT REQUESTED

-------------------------------------------------x

**DEFENDANT MARC-ANDRE BOISSEAU'S MOTION TO DISMISS
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Opening Memorandum of Law in Support of Defendant Marc-Andre Boisseau's Motion to Dismiss the Consolidated Amended Class Action Complaint, dated February 19, 2008, and all prior proceedings had herein, Defendant Marc-Andre Boisseau, by and through his undersigned counsel, will move before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Consolidated Amended Class Action Complaint with prejudice to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

- 2 -

Dated: New York, New York
February 19, 2008

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/ Paul E. Dans
Paul E. Dans
750 Lexington Avenue
New York, NY 10022-1200
T: (212) 308-4411
F: (212) 308-4844
E: pdans@eapdlaw.com

*Attorneys for Defendant Marc-Andre Boisseau*

Of Counsel:

John L. Reed
Michael J. Maimone
Paul D. Brown
Joseph B. Cicero
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
T: (302) 777-7770
F: (302) 777-7263
E: jreed@eapdlaw.com
   mmaimone@eapdlaw.com
   pdbrown@eapdlaw.com
   jcicero@eapdlaw.com