UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
In re: OPTIONABLE, INC.                         :    Index No. 07-cv-3753 (LAK)
SECURITIES LITIGATION                           :
                                                :    **AFFIDAVIT OF SERVICE**
                                                :
-------------------------------------------------------x

STATE OF NEW YORK      :
                       .ss
COUNTY OF NEW YORK     :

JOHN FRANCAVILLO, being duly sworn, deposes and says:

I am not a party to this action. I am over the age of 18 years and employed by Edwards Angell Palmer & Dodge, LLP.

On February 20, 2008 I seved the Motion To Dismiss The Consolidated Action Complaint By Defendant Marc-Andre Boisseau, and Memorandum Of Law to:


**Frederick S. Fox**
Kaplan, Kaplan, Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022

**Donald R. Hall**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

**Lewis Stephen Kahn**
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130

by mailing true copies to the above mentioned parties, in a properly addressed post-paid wrapper, under the exclusive care of the U.S. Postal Office within the state of New York.

_____
JOHN FRANCAVILLO

Sworn to before me this
20day of February 2008

_____
Notary Public

GLENN M. HUZINEC
Notary Public, State of New York
No. 01HU4873127
Qualified in Kings County a NY County
Commission Expires Oct. 6, 2010