UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
)
)
In re OPTIONABLE SECURITIES  )    No. 07 Civ. 3753 (LAK)
LITIGATION                    )
)
)
)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

## NOTICE OF WITHDRAWAL OF COALE P. ANDERSON

To the Clerk of this Court and all parties of record:

Please take notice that Wilmer Cutler Pickering Hale and Dorr, LLP, by Michael G. Bongiorno and Coale P. Anderson, currently appears as counsel of record in the above-captioned matter for Defendant Optionable, Inc.

Please further take notice that as of February 15, 2008, Coale P. Anderson will no longer be employed with Wilmer Cutler Pickering Hale and Dorr, LLP, and will no longer have any association with this case. Wilmer Cutler Pickering Hale and Dorr, LLP, by Michael G. Bongiorno, will remain the attorneys for Defendant Optionable, Inc. in this case.

Dated: February 20, 2008

Respectfully Submitted,

WILMERHALE LLP

By: _____
Coale P. Anderson
WilmerHale LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
coale.andersom@wilmerhale.com

SO ORDERED:

_____
U.S.D.J.
2/21/08

US1DOCS 6532052v1