UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, effective immediately, Justina L. Geraci, an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), admitted to practice in this District and a member in good standing of this Court, will be appearing on behalf of Optionable, Inc. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

>Justina L. Geraci
>WILMERHALE
>399 Park Avenue
>New York, NY 10022
>Tel: (212) 295-6380
>Fax: (212) 230-8888
>justina.geraci@wilmerhale.com

Dated: March 21, 2008

Respectfully submitted,

By: _____
Justina L. Geraci  (Bar # JG 0007)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: 212-295-6380
Fax: 212-230-8888
justina.geraci@wilmerhale.com

*Counsel for Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

WILMERHALE LLP

By: _____
Justina L. Geraci
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: 212-295-6380
Fax: 212-230-8888
justina.geraci@wilmerhale.com

*Counsel for Optionable, Inc.*