UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re OPTIONABLE SECURITIES LITIGATION

This Paper Applies to:          All Cases                                     07 Civ. 3753 (LAK)

------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Having reviewed the exceptionally duplicative filings on behalf of each of the five individual defendants on the motions to dismiss, the Court directs that the individual defendants may file only a single joint reply memorandum which shall not exceed 15 pages in length absent contrary order of the Court.

      SO ORDERED.

Dated:     April 3, 2008

_____
Lewis A. Kaplan
United States District Judge