**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE OPTIONABLE SECURITIES LITIGATION** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 07-3753 (LAK)** <br><br> **DECLARATION OF KIM E. MILLER IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

I, Kim E. Miller, hereby declare as follows:

1. I am a member in good standing of the bar of the Southern District of New York. I am a member of the law firm of Kahn Gauthier Swick, LLC, Lead Counsel for the Class. I submit this Declaration in Support of Lead Plaintiffs' Opposition to Defendants' Motions To Dismiss the Consolidated Amended Class Action Complaint.

2. Attached as exhibits are true and correct copies of the following:

Exhibit A:   Class Period historical trading data for Optionable, including daily trading volume and calculated average daily trading volume, downloaded from Yahoo!Finance.com; and

Exhibit B:   Optionable's Form 4 filed with the SEC on May 9, 2007.

I declare under penalty of perjury under the laws of the United States if America that the foregoing facts are true and correct.

Executed this 4th day of April, 2008, at New York, New York.



                                                             /s/ Kim E. Miller
                                                               Kim E. Miller

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Memorandum was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 4, 2008.

                                                            /s/ Kim E. Miller

# EXHIBIT A

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 5/14/2007 | 0.8 | 0.82 | 0.42 | 0.43 | 11373300 | 0.43 |
| 5/11/2007 | 0.84 | 1.22 | 0.77 | 1.01 | 9569000 | 1.01 |
| 5/10/2007 | 2.74 | 2.92 | 0.74 | 0.85 | 19040000 | 0.85 |
| 5/9/2007 | 3.02 | 3.25 | 2.61 | 2.81 | 11472300 | 2.81 |
| 5/8/2007 | 4.79 | 4.9 | 4.5 | 4.64 | 710500 | 4.64 |
| 5/7/2007 | 4.32 | 4.77 | 4.3 | 4.63 | 1098800 | 4.63 |
| 5/4/2007 | 4.33 | 4.42 | 4 | 4.18 | 2727400 | 4.18 |
| 5/3/2007 | 4.62 | 4.63 | 3.78 | 3.94 | 5346600 | 3.94 |
| 5/2/2007 | 6 | 6.15 | 4.49 | 4.82 | 5258800 | 4.82 |
| 5/1/2007 | 5.62 | 5.63 | 4.97 | 5.34 | 2604100 | 5.34 |
| 4/30/2007 | 5.7 | 5.99 | 5.31 | 5.65 | 1853300 | 5.65 |
| 4/27/2007 | 7.2 | 7.21 | 5.26 | 5.56 | 5854900 | 5.56 |
| 4/26/2007 | 6.32 | 7.01 | 6.3 | 7.01 | 1371300 | 7.01 |
| 4/25/2007 | 6.22 | 6.37 | 6.11 | 6.32 | 211400 | 6.32 |
| 4/24/2007 | 6.23 | 6.35 | 6.19 | 6.2 | 241800 | 6.2 |
| 4/23/2007 | 6.4 | 6.45 | 6.03 | 6.14 | 547800 | 6.14 |
| 4/20/2007 | 6.45 | 6.57 | 6.25 | 6.45 | 276600 | 6.45 |
| 4/19/2007 | 6.55 | 6.55 | 6.3 | 6.4 | 179600 | 6.4 |
| 4/18/2007 | 6.72 | 6.76 | 6.45 | 6.55 | 608200 | 6.55 |
| 4/17/2007 | 6.65 | 6.8 | 6.4 | 6.66 | 405400 | 6.66 |
| 4/16/2007 | 6.6 | 6.77 | 6.26 | 6.55 | 1478100 | 6.55 |
| 4/13/2007 | 6.85 | 7.08 | 6.56 | 6.58 | 792900 | 6.58 |
| 4/12/2007 | 6.93 | 7 | 6.41 | 6.65 | 613700 | 6.65 |
| 4/11/2007 | 7.66 | 7.78 | 6.66 | 6.83 | 1385500 | 6.83 |
| 4/10/2007 | 7.2 | 7.63 | 7.01 | 7.29 | 861200 | 7.29 |
| 4/9/2007 | 7.05 | 7.25 | 6.63 | 7.23 | 774400 | 7.23 |
| 4/5/2007 | 5.97 | 7.23 | 5.96 | 7.01 | 1847100 | 7.01 |
| 4/4/2007 | 6 | 6.05 | 5.93 | 5.95 | 267900 | 5.95 |
| 4/3/2007 | 6.16 | 6.16 | 5.93 | 6.03 | 286600 | 6.03 |
| 4/2/2007 | 5.89 | 6.2 | 5.86 | 6 | 469000 | 6 |
| 3/30/2007 | 6.01 | 6.15 | 5.85 | 5.93 | 520100 | 5.93 |
| 3/29/2007 | 5.97 | 6.41 | 5.97 | 6 | 776400 | 6 |
| 3/28/2007 | 6.25 | 6.3 | 5.93 | 5.98 | 849300 | 5.98 |
| 3/27/2007 | 6.49 | 6.53 | 6.23 | 6.25 | 462500 | 6.25 |
| 3/26/2007 | 6.29 | 6.88 | 6.12 | 6.5 | 955600 | 6.5 |
| 3/23/2007 | 6.06 | 6.35 | 5.9 | 6.31 | 403200 | 6.31 |
| 3/22/2007 | 5.79 | 6.14 | 5.49 | 6.03 | 911000 | 6.03 |
| 3/21/2007 | 5.01 | 5.9 | 4.9 | 5.9 | 1633400 | 5.9 |
| 3/20/2007 | 5.64 | 5.65 | 4.9 | 5 | 2443800 | 5 |
| 3/19/2007 | 5.91 | 6.15 | 5.6 | 5.65 | 995900 | 5.65 |
| 3/16/2007 | 6.25 | 6.58 | 5.87 | 5.9 | 1351600 | 5.9 |
| 3/15/2007 | 6.6 | 6.88 | 6.1 | 6.25 | 1236300 | 6.25 |
| 3/14/2007 | 6.12 | 6.42 | 5.7 | 6.42 | 695500 | 6.42 |
| 3/13/2007 | 6.37 | 6.44 | 6.1 | 6.12 | 299700 | 6.12 |
| 3/12/2007 | 6.37 | 6.4 | 6.05 | 6.36 | 595400 | 6.36 |
| 3/9/2007 | 6.45 | 6.58 | 6.01 | 6.36 | 891900 | 6.36 |
| 3/8/2007 | 6.7 | 6.78 | 6.2 | 6.4 | 1125400 | 6.4 |
| 3/7/2007 | 7 | 7 | 6.42 | 6.49 | 1123700 | 6.49 |
| 3/6/2007 | 6.55 | 7.17 | 6.45 | 6.98 | 987400 | 6.98 |
| 3/5/2007 | 6.66 | 6.88 | 6.27 | 6.34 | 984700 | 6.34 |

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 3/2/2007 | 6.98 | 7.3 | 6.75 | 6.95 | 1106700 | 6.95 |
| 3/1/2007 | 6.98 | 7.38 | 6.64 | 6.96 | 1086200 | 6.96 |
| 2/28/2007 | 7.35 | 7.7 | 6.95 | 7.2 | 1434200 | 7.2 |
| 2/27/2007 | 7.91 | 8.14 | 7.05 | 7.19 | 1922100 | 7.19 |
| 2/26/2007 | 8.16 | 9.1 | 8.14 | 8.29 | 1727000 | 8.29 |
| 2/23/2007 | 7.3 | 8.14 | 7.25 | 7.98 | 1258700 | 7.98 |
| 2/22/2007 | 7.7 | 7.75 | 6.88 | 7.25 | 1592700 | 7.25 |
| 2/21/2007 | 7.98 | 8.05 | 7.55 | 7.6 | 869400 | 7.6 |
| 2/20/2007 | 8.14 | 8.14 | 7.85 | 7.92 | 1058500 | 7.92 |
| 2/16/2007 | 8.09 | 8.25 | 7.8 | 8.05 | 911300 | 8.05 |
| 2/15/2007 | 8.33 | 8.37 | 7.76 | 8.09 | 987800 | 8.09 |
| 2/14/2007 | 8.83 | 8.84 | 7.93 | 8.31 | 2513900 | 8.31 |
| 2/13/2007 | 7.89 | 8.79 | 7.75 | 8.62 | 4015900 | 8.62 |
| 2/12/2007 | 7.35 | 8.03 | 6.76 | 7.8 | 2849000 | 7.8 |
| 2/9/2007 | 5.95 | 7.2 | 5.95 | 7.17 | 6104500 | 7.17 |
| 2/8/2007 | 5.77 | 6 | 5.65 | 5.95 | 588900 | 5.95 |
| 2/7/2007 | 6 | 6 | 5.5 | 5.8 | 1428200 | 5.8 |
| 2/6/2007 | 6.11 | 6.12 | 5.44 | 5.99 | 1361600 | 5.99 |
| 2/5/2007 | 6.12 | 6.18 | 5.95 | 6.09 | 640300 | 6.09 |
| 2/2/2007 | 6.29 | 6.29 | 6.01 | 6.1 | 818700 | 6.1 |
| 2/1/2007 | 6.16 | 6.33 | 5.96 | 6.21 | 1301100 | 6.21 |
| 1/31/2007 | 6.1 | 6.4 | 5.69 | 6 | 1375400 | 6 |
| 1/30/2007 | 5.4 | 6.17 | 5.05 | 6.06 | 1015200 | 6.06 |
| 1/29/2007 | 5.75 | 5.75 | 5.28 | 5.4 | 864400 | 5.4 |
| 1/26/2007 | 5.96 | 6.03 | 5.41 | 5.69 | 1440100 | 5.69 |
| 1/25/2007 | 6.26 | 6.42 | 5.74 | 5.9 | 2575300 | 5.9 |
| 1/24/2007 | 5.47 | 6.55 | 5.11 | 6.51 | 4680000 | 6.51 |
| 1/23/2007 | 5.55 | 5.55 | 4.71 | 5.5 | 5095700 | 5.5 |
| 1/22/2007 | 4.11 | 4.38 | 4.03 | 4.34 | 535800 | 4.34 |

average daily trading volume: **2049733**

# EXHIBIT B



# Form 4
## Optionable Inc - OPBL.OB
**May, 8 2007**
Statement of changes in beneficial ownership of securities

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* Cassidy Kevin | 2. Issuer Name **and** Ticker or Trading Symbol Optionable Inc [ OPBL.OB ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)         (First)         (Middle) 465 COLUMBUS AVE. SUITE 280 | 3. Date of Earliest Transaction (Month/Day/Year) 05/07/2007 | X Director ☐ 10% Owner X Officer (give title below) ☐ Other (specify below) Chief Executive Officer |
| (Street) VALHALLA    NY    10595 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | | | 298,772 | D | |
| Common Stock | | | | | | | | 113,665 | I | By daughter, Kerry Cassidy |
| Common Stock | | | | | | | | 400,000 | I | By Pierpont Capital, Inc. (1) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Options (Right to buy) | $4.63 | 05/07/2007 | | A | | 55,000 | | 05/07/2007 | 05/07/2017 | Common Stock | 55,000 | $0 (2) | 55,000 | D | |
| Options (Right to buy) | $7.17 | | | | | | | 02/09/2007 | (3) | Common Stock | 10,000 | | 10,000 | D | |
| Warrants (Right to buy) | $0.95 | | | | | | | 07/01/2006 | 02/23/2009 | Common Stock | 200,000 | | 200,000 | I | By Pierpont Capital, Inc. (1) |

**Explanation of Responses:**

1. The Reporting Person is the director, vice president, treasurer, secretary and a principal stockholder of Pierpont Capital, Inc.
2. Issued pursuant to an Amended and Restated Employment Agreement, dated April 10, 2007, which requires the Issuer to issue to employee 5,000 options each time a firm registers with and executes its first 10,000 lots on Issuer's OPEX platform.
3. The options shall terminate upon the first anniversary of Optionee's death or immediately upon termination of the Optionee's employment for cause.

**Remarks:**

| /s/ Kevin Cassidy | 05/08/2007 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**