UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Optionable, Inc. Securities Litigation

This Paper Applies to:     All Cases

07 Civ. 3753 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08

## ORDER

The opinion dated September 15, 2008 is hereby amended by substituting the attached page for the cover page of the original.

SO ORDERED.

Dated:     September 16, 2008

_____
Lewis A. Kaplan
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re OPTIONABLE SECURITIES LITIGATION

This Paper Applies to:   All Cases                               07 Civ. 3753 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM OPINION

Appearances:

      Kim E. Miller
      Lewis S. Kahn
      KAHN GAUTHIER SWICK, LLC
      *Attorneys for Plaintiffs*


      Michael G. Bongiorno
      WILMER CUTLER PICKERING HALE AND DORR LLP
      *Attorneys for Defendant Optionable, Inc.*

      Paul E. Dans
      EDWARDS ANGELL PALMER & DODGE LLP
      *Attorneys for Defendant Marc-Andre Boisseau*

      Lawrence R. Gelber
      *Attorney for Defendant Kevin Cassidy*

      Peter J. Pizzi
      Christine I. Gannon
      Susan Kwiatkowski
      CONNELL FOLEY LLP
      *Attorneys for Defendant Albert Helmig*

      Eliott Lauer
      Daniel R. Marcus
      Rachel Yocum
      CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
      *Attorneys for Defendant Mark Nordlicht*